IN THE SUPREME COURT OF THE STATE OF MONTANA

No. AF 06-0263

_____

IN RE THE APPROVAL OF THE APRIL 2010
MONTANA SUPREME COURT BOND SCHEDULE        O R D E R
FOR COURTS OF LIMITED JURISDICTION

_____

The Supreme Court's Commission on Courts of Limited Jurisdiction Bond Book Subcommittee, in conjunction with the Office of the Court Administrator, has prepared, reviewed and approved the attached April 2010 Montana Supreme Court Bond Schedule for Courts of Limited Jurisdiction. It is appropriate that this Court enter an order authorizing use of this revised bond schedule. Therefore,

IT IS ORDERED that the attached 2010 Montana Supreme Court Bond Schedule for Courts of Limited Jurisdiction is approved for use by the courts of limited jurisdiction, provided, however, that this schedule of bonds is RECOMMENDED ONLY and shall not be deemed to in any way infringe upon the discretion of the judge or justice of the peace to order or set any lesser or greater bond that may be authorized by law under the circumstances of the case, and further, that to the extent of any conflict between recommended bond and a controlling statute, rule or other legal authority, the latter shall control.

IT IS FURTHER ORDERED that the Supreme Court Administrator's Office shall furnish each judge of a court of limited jurisdiction and each justice of the peace one

copy of this Order and the attached April 2010 Montana Supreme Court Bond Schedule, and post a copy of the document in electronic form on the Judicial Branch website.

DATED the 20th day of April, 2010.

/S/ MIKE McGRATH
/S/ JAMES C. NELSON
/S/ W. WILLIAM LEAPHART
/S/ JIM RICE
/S/ PATRICIA O. COTTER
/S/ MICHAEL E WHEAT
/S/ BRIAN MORRIS

# MONTANA SUPREME COURT
# BOND SCHEDULE



## APRIL 2010

**Developed by the Montana Supreme Court
and the COCOLJ Bond Book Subcommittee**

301 South Park Avenue, Suite 328
Helena, MT  59601
1-800-284-6017

# Montana Supreme Court Bond Schedule
# April 2010
# Bond Book Contacts

## Court Contacts

Lisa Mader, FullCourt Coordinator                                          Montana Supreme Court

Judge Larry Herman, Bond Book Subcommittee Chair                          Yellowstone County Justice Court
    lherman@co.yellowstone.mt.gov

Judge Larry Carver, Bond Book Subcommittee Member                        Judith Basin County Justice Court

Judge Gayle Stahl, Bond Book Subcommittee Member                         Phillips County Justice Court

## Agency                                                                ## Contact Name

Department of Fish, Wildlife, and Parks, Enforcement                     Mike Korn

Department of Fish, Wildlife, and Parks, Enforcement                     Jim Kropp

Department of Justice, Board of Crime Control                            Tom Woodgerd

Department of Justice, Gambling Control                                  Rick Ask

Department of Justice, Montana Highway Patrol – Havre                    Mark Bosch

Department of Justice, Motor Vehicle Division                            Greg Noose

Department of Livestock -- http://www.liv.mt.gov/                        John Grainger

Department of Labor & Industry, Business & Occupational Licensing        Jeannie Worsech

Department of Transportation, Motor Carrier Services                     Jodee Alm

Department of Transportation, Motor Carrier Services                     Daniel Moore

# FELONY ENHANCEMENTS

# TITLE 45: FELONY ENHANCEMENTS

| Section | Crime | MCA Pg. | Offense | Maximum Penalties | Mandatory Minimums |
|---------|-------|---------|---------|-------------------|--------------------|
| § 45-5-206 | PARTNER OR FAMILY MEMBER ASSAULT | | 1st | • $1,000 fine and 1 year jail.<br>• Pay for/complete counseling assessment with focus on violence, controlling behavior, dangerousness and chemical dependency, and follow all recommendations.<br>• 40 hours counseling and treatment.<br>• Restitution as to victim's actual medical, housing, wage loss and counseling costs based upon ability to pay as provided for in § 46-18-242.<br>• Probation may be ordered as well as any other treatment the Court feels necessary.<br>• Offender may be prohibit an offender from possessing or using the firearm used in the assault. The Court may enforce 4-58-323 if a firearm was used in the assault.<br>• The Judge should consider the presence of a minor. | • $100 fine and 1 day jail.<br>• Pay for/complete counseling assessment with focus on violence, controlling behavior, dangerousness and chemical dependency, and follow all recommendations.<br>• 40 hours counseling and treatment.<br>• Restitution as to victim's actual medical, housing, wage loss and counseling costs based upon ability to pay as provided for in § 46-18-242.<br>• Probation may be ordered as well as any other treatment the Court feels necessary.<br>• Offender may be prohibit an offender from possessing or using the firearm used in the assault. The Court may enforce 4-58-323 if a firearm was used in the assault.<br>• The Judge should consider the presence of a minor. |
| | | | 2nd | • $1,000 fine and 1 year jail. (See ACE and restitution requirements above). | • $300 fine and 72 hours jail. (See ACE and restitution requirements above.) |
| | | | 3rd or Subsequent | **FELONY ENHANCEMENT**<br>Maximum Penalty $50,000 fine or 5 years imprisonment, or both.<br>Minimum Penalty $500 fine and 30 days jail, or both.<br>**Upon conviction, federal prohibition of firearm use and ownership.** | |
| § 45-5-220 | STALKING (NO RESTRAINING ORDER IN PLACE) | | 1st | • $1,000 fine or 1 year jail, or both.<br>• May be sentenced to pay all medical, counseling and other costs incurred by or on behalf of the victim as a result of the offense. | |
| | | | 2nd or Subsequent | **FELONY ENHANCEMENT**<br>Maximum Penalty $10,000 fine or 5 years imprisonment, or both.<br>Note: If the victim has a restraining order in place, the first offense is a felony. | |

| Section | Crime | MCA Pg. | Offense | Maximum Penalties | Mandatory Minimums |
|---|---|---|---|---|---|
| § 45-5-223 | SURREPTITIOUS VISUAL OBSERVATION OR RECORDATION – PLACE OF RESIDENCE | | 1st | • $500 fine or 6 months jail, or both. | |
| | | | 2nd | • $1,000 fine or 1 year jail, or both. | |
| | | | 3rd or Subsequent | **FELONY ENHANCEMENT** Maximum Penalty $10,000 fine or 5 years imprisonment, or both. | |
| | SURREPTITIOUS VISUAL OBSERVATION OR RECORDATION – PUBLIC ESTABLISHMENT | | If Adult Victim | • $1,000 fine or 6 months jail, or both. | |
| | | | If Minor Victim | **FELONY OFFENSE** Maximum Penalty $5,000 fine or 2 years imprisonment, or both. | |
| § 45-5-504 | INDECENT EXPOSURE | | 1st | • $500 fine or 6 months jail, or both. | |
| | | | 2nd | • $1,000 or 1 year jail, or both. | |
| | | | 3rd or Subsequent | **FELONY ENHANCEMENT** Maximum Penalty $10,000 fine and life imprisonment. Minimum Penalty 5 to 100 years imprisonment. | |
| § 45-5-601 | PROSTITUTION – PROSTITUTE | | 1st | • $500 or 6 months jail, or both. | |
| | PROSTITUTION – CLIENT | | 1st | • $1,000 or 1 year jail, or both. | |
| | | | 2nd or Subsequent | **FELONY ENHANCEMENT** Maximum Penalty $10,000 fine or 5 years imprisonment, or both. | |
| § 45-5-626 | VIOLATION OF ORDER OF PROTECTION | | 1st | • $500 fine or 6 months jail, or both. | |
| | | | 2nd | • $500 fine and 6 months jail. | • $200 fine and 24 hours jail. |
| | | | 3rd or Subsequent | **FELONY ENHANCEMENT** Maximum Penalty $2,000 fine and 2 years imprisonment in county jail or state prison. Minimum Penalty $500 fine and 10 days in county jail or state prison. | |
| § 45-6-319 | CHAIN DISTRIBUTOR SCHEMES | | 1st | • $1,000 fine or 1 year jail, or both | |
| | | | Subsequent | **FELONY ENHANCEMENT** Maximum Penalty $5,000 or 5 years jail, or both. | |

| Section | Crime | MCA Pg. | Offense | Maximum Penalties | Mandatory Minimums |
|---|---|---|---|---|---|
| § 45-8-211 | CRUELTY TO ANIMALS | | 1st | • $1,000 fine or 1 year jail, or both.<br>• Pay all reasonable costs for necessary veterinary attention and treatment for any affected animal.<br>• Prohibited or limited from owning, possessing or having custody of animals as the court believes appropriate.<br>• If the offender is the owner of the animal, may be required to forfeit any animal affected to the county. | |
| | | | 2nd or Subsequent | **FELONY ENHANCEMENT**<br>Maximum Penalty $2,500 fine and 2 years in jail, or both. Must pay all reasonable costs incurred in providing necessary veterinary attention and treatment for any animal affected. Shall be prohibited or limited from owning, possessing or having custody of animals as the court believes appropriate. If the offender is the owner of the animal, may be required to forfeit any animal affected to the county in which the person is convicted.<br>Felony also applies to first offense of Aggravated Cruelty to Animals pursuant to M.C.A. § 45-8-217. | |
| § 45-8-213 | PRIVACY IN COMMUNICATIONS | | 1st | • $500 fine or 6 months jail, or both. | |
| | | | 2nd | • $1,000 fine or 1 year jail, or both. | |
| | | | 3rd or Subsequent | **FELONY ENHANCEMENT**<br>Maximum Penalty $10,000 fine or 5 years in jail, or both. | |
| § 45-8-316 | CARRYING CONCEALED WEAPONS | | 1st | • $500 fine or 6 months jail, or both.<br>• See § 45-8-317 for exceptions. | • See § 45-8-317 for exceptions. |
| | | | 2nd or Subsequent | **FELONY ENHANCEMENT**<br>Maximum Penalty $1,000 fine or 5 years jail, or both. **Note: In order to trigger the felony, the person must have been previously convicted of an offense committed on a different occasion than the offense other this section for which a sentence to a term of imprisonment in excess of 1 year could have been imposed. **See 45-8-317 for Exceptions.** | |

| Section | Crime | MCA Pg. | Offense | Maximum Penalties | Mandatory Minimums |
|---|---|---|---|---|---|
| § 45-8-340 | SAWED-OFF FIREARM | | 1st | • $500 fine or 6 months jail, or both. | • $200 fine or 5 days jail, or both. |
| | | | 2nd or Subsequent | **FELONY EHANCEMENT** Maximum Penalty $1000 fine or 5 years jail, or both. Felony also applies if the defendant has one ore more prior felony convictions. | |
| § 45-9-102 | CRIMINAL POSSESSION OF DANGEROUS DRUGS – MARIJUANA NOT EXCEEDING 60 GRAMS OR 1 GRAM OF HASHISH | | 1st | • $500 fine and 6 months jail.  Minimum fine must be imposed as a condition of a suspended or deferred sentence. <br> • Drug information course required. <br> • Chemical dependency evaluation may be ordered, with defendant required to follow all recommendations pursuant to § 45-9-208. <br> • Fine of 35% of the market value of the drugs as determined by the Court pursuant to § 45-9-130, to be sent to the Department of Revenue on January 10th of each year. <br> • Presumed to be entitled to deferred imposition of sentence. | • $100 fine.  Minimum fine must be imposed as a condition of a suspended or deferred sentence. <br> • Drug information course required. <br> • Chemical dependency evaluation may be ordered, with defendant required to follow all recommendations pursuant to § 45-9-208. <br> • Fine of 35% of the market value of the drugs as determined by the Court pursuant to § 45-9-130, to be sent to the Department of Revenue on January 10th of each year. <br> • Presumed to be entitled to deferred imposition of sentence. |
| | | | 2nd or Subsequent | **FELONY ENHANCEMENT** Maximum Penalty $1,000 fine and 1 year in county jail, or both, or in state prison for not more than 3 years. | |
| | CRIMINAL POSSESSION OF DANGEROUS DRUGS – POSSESSION OF ANABOLIC STEROID | | 1st | • $500 fine and 6 months jail. <br> • Drug information course required. <br> • Chemical dependency evaluation may be ordered, with defendant required to follow all recommendations pursuant to § 45-9-208. <br> • Fine of 35% of the market value of the drugs as determined by the Court pursuant to § 45-9-130, to be sent to the Department of Revenue on January 10th of each year. <br> • Presumed to be entitled to deferred imposition of sentence. | • $100 fine. <br> • Drug information course required. <br> • Chemical dependency evaluation may be ordered, with defendant required to follow all recommendations pursuant to § 45-9-208. <br> • Fine of 35% of the market value of the drugs as determined by the Court pursuant to § 45-9-130, to be sent to the Department of Revenue on January 10th of each year. <br> • Presumed to be entitled to deferred imposition of sentence. |
| | | | 2nd or Subsequent | **FELONY ENHANCEMENT** Maximum Penalty $1,000 fine and 1 year in county jail, or both, or in state prison for not more than 3 years. | |

| Section | Crime | MCA Pg. | Offense | Maximum Penalties | Mandatory Minimums |
|---|---|---|---|---|---|
| § 45-9-127 | CARRYING DANGEROUS DRUGS ON A TRAIN | | 1st | • $500 fine and 6 months jail. Minimum fine must be imposed as a condition of a suspended or deferred sentence.<br>• Drug information course required.<br>• Chemical dependency evaluation may be ordered, with defendant required to follow all recommendations pursuant to § 45-9-208.<br>• Fine of 35% of the market value of the drugs as determined by the Court pursuant to § 45-9-130, to be sent to the Department of Revenue on January 10th of each year.<br>• Presumed to be entitled to deferred imposition of sentence. | • $100 fine. Minimum fine must be imposed as a condition of a suspended or deferred sentence.<br>• Drug information course required.<br>• Chemical dependency evaluation may be ordered, with defendant required to follow all recommendations pursuant to § 45-9-208.<br>• Fine of 35% of the market value of the drugs as determined by the Court pursuant to § 45-9-130, to be sent to the Department of Revenue on January 10th of each year.<br>• Presumed to be entitled to deferred imposition of sentence. |
| | | | 2nd or Subsequent | **FELONY ENHANCEMENT**<br>Maximum Penalty $1,000 fine and 1 year in county jail, or both, or in state prison for not more than 3 years | |

# TITLE 61: FELONY ENHANCEMENTS

| Section | Crime | MCA Pg. | Offense | Maximum Penalties | Mandatory Minimums |
|---------|-------|---------|---------|-------------------|--------------------|
| § 61-8-401 | DRIVING UNDER INFLUENCE OF ALCOHOL OR DRUGS – DEFENDANT OVER THE AGE OF 18 | | 1st | • $1,000 fine and 6 months jail.<br>• If one or more passengers are under the age of 16, maximum $2,000 fine and 12 months jail.<br>• Initial 24 hours must be served in jail, not under home arrest.<br>• Except for initial 24 hours, imprisonment sentence may be suspended for up to 1 year pending completion of a chemical dependency evaluation and treatment. (§ 61-8-714)<br>• Chemical dependency assessment. (May be ordered pre-sentencing.)<br>• Chemical dependency treatment must be ordered upon a finding of chemical dependency by a licensed addiction counselor.<br>• Chemical dependency education course. (Must be DPHS approved ACT.)<br>• Jurisdiction maintained for 1 year whenever judge suspends a sentence and orders a chemical dependency treatment. (§ 61-8-732)<br>• Court **may** require an ignition interlock device if granting a probationary license. (§ 61-8-442)<br>• Deferred imposition of sentence not allowed.   (§ 61-8-734) | • $300 fine and 1 day jail.<br>• If one or more passengers are under the age of 16, minimum $600 fine and 2 days jail.<br>• Initial 24 hours must be served in jail, not under home arrest.<br>• Except for initial 24 hours, imprisonment sentence may be suspended for up to 1 year pending completion of a chemical dependency evaluation and treatment. (§ 61-8-714)<br>• Chemical dependency assessment. (May be ordered pre-sentencing.)<br>• Chemical dependency treatment must be ordered upon a finding of chemical dependency by a licensed addiction counselor.<br>• Chemical dependency education course. (Must be DPHS approved ACT.)<br>• Jurisdiction maintained for 1 year whenever judge suspends a sentence and orders a chemical dependency treatment. (§ 61-8-732)<br>• Deferred of imposition of sentence not allowed.   (§ 61-8-734) |

| Section | Crime | MCA Pg. | Offense | Maximum Penalties | Mandatory Minimums |
|---|---|---|---|---|---|
| §61-8-401 (cont'd) | DRIVING UNDER INFLUENCE OF ALCOHOL OR DRUGS – DEFENDANT OVER THE AGE OF 18 | | 2nd | • $1,000 fine and 6 months jail.<br>• If one or more passengers are under the age of 16, maximum $2,000 fine and 12 months jail.<br>• At least 48 hours must be served consecutively in jail, not under home arrest.<br>• Except for initial 5 days of imprisonment, sentence may be suspended for up to 1 year pending completion of a chemical dependency evaluation and treatment. (§ 61-8-714)<br>• Chemical dependency assessment and treatment. Monthly monitoring must continue for a period of at least 1 year from the date of admission to the treatment program.<br>• Chemical dependency education course. (Must be DPHS approved ACT.) (§ 61-8-732)<br>• Each motor vehicle owned by the person at the time of the incident **shall** be seized and for-feited or equipped with an interlock device. (§ 61-8-442 and § 61-8-733)<br>• Deferred of imposition of sentence not allowed. (§ 61-8-734) | • $600 fine and 7 days jail.<br>• If one or more passengers are under the age of 16, minimum $1,200 fine and 14 days jail.<br>• At least 48 hours must be served consecutively in jail, not under home arrest.<br>• Except for initial 5 days of imprisonment, sentence may be suspended for up to 1 year pending completion of a chemical dependency evaluation and treatment. (§ 61-8-714)<br>• Chemical dependency assessment and treatment. Monthly monitoring must continue for a period of at least 1 year from the date of admission to the treatment program.<br>• Chemical dependency education course. (Must be DPHS approved ACT.) (§ 61-8-732)<br>• Each motor vehicle owned by the person at the time of the incident **shall** be seized and for-feited or equipped with an interlock device. (§ 61-8-421 and § 61-8-733)<br>• Deferred of imposition of sentence not allowed. (§ 61-8-734) |

| §61-8-401 (cont'd) | DRIVING UNDER INFLUENCE OF ALCOHOL OR DRUGS – DEFENDANT OVER THE AGE OF 18 | | 3rd | • $5,000 fine and 1 year jail.<br>• If one or more passengers are under the age of 16, maximum $10,000 fine and 12 months jail.<br>• At least 48 hours must be served consecutively in jail, not under home arrest.<br>• Except for initial 10 days of imprisonment, sentence may be suspended for up to 1 year pending completion of a chemical dependency evaluation and treatment.<br>• Chemical dependency assessment and treatment.  Monthly monitoring must continue for a period of at least 1 year from the date of admission to the treatment program.<br>• Chemical dependency education course. (Must be DPHS approved ACT.)  (§ 61-8-732)<br>• Each motor vehicle owned by the person at the time of the incident **shall** be seized and forfeited or equipped with an interlock device.  (§ 61-8-442 and § 61-8-733)<br>• Deferred of imposition of sentence not allowed.  (§ 61-8-734) | • $1,000 fine and 30 days jail.<br>• If one or more passengers are under the age of 16, minimum $2,000 fine and 60 days jail.<br>• At least 48 hours must be served consecutively in jail, not under home arrest.<br>• Except for initial 10 days of imprisonment, sentence may be suspended for up to 1 year pending completion of a chemical dependency evaluation and treatment.<br>• Chemical dependency assessment and treatment.  Monthly monitoring must continue for a period of at least 1 year from the date of admission to the treatment program.<br>• Chemical dependency education course.  (Must be DPHS approved ACT.)  (§ 61-8-732)<br>• Each motor vehicle owned by the person at the time of the incident **shall** be seized and forfeited or equipped with an interlock device.  (§ 61-8-421 and § 61-8-733)<br>• Deferred of imposition of sentence not allowed.   (§ 61-8-734) |
| §61-8-401 (cont'd) | DRIVING UNDER INFLUENCE OF ALCOHOL OR DRUGS – DEFENDANT OVER THE AGE OF 18 | | 4th or Subsequent | **FELONY ENHANCEMENT**<br>Maximum Penalty:  $10,000 fine and 5 years imprisonment.<br>Mandatory Minimums: $1,000 fine.  Department of Corrections placement in facility or program for a minimum of 13 months.  Probation for balance of sentence if offender completes the program before the expiration of 13 months.  Offender must complete other chemical dependency treatment as required by § 61-8-731. | |

| Section | Crime | MCA Pg. | Offense | Maximum Penalties | Mandatory Minimums |
|---|---|---|---|---|---|
| § 61-8-406<br><br>**(PER SE)** | OPERATION OF NONCOMMERCIAL VEHICLE BY PERSON WITH ALCOHOL CONCENTRATION OF .08 OR MORE – OPERATION OF COMMERCIAL VEHICLE BY PERSON WITH ALCOHOL CONCENTATION OF .04 OR MORE – DEFENDANT OVER THE AGE OF 18 | | 1st | • $1,000 fine and 10 days jail.<br>• If one or more passengers are under the age of 16, maximum $2,000 fine and 20 days jail.<br>• Chemical dependency assessment. (May be ordered pre-sentencing.)<br>• Chemical dependency treatment must be ordered upon a finding of chemical dependency by a licensed addiction counselor.<br>• Chemical dependency education course. (Must be DPHS approved ACT.)<br>• Jurisdiction maintained for 1 year whenever judge suspends a sentence and orders a chemical dependency treatment. (§ 61-8-732)<br>• Court **may** require an ignition interlock device if granting a probationary license. (§ 61-8-442)<br>• Deferred imposition of sentence not allowed. (§ 61-8-734) | • $300 fine.<br>• If one or more passengers are under the age of 16, minimum $600 fine.<br>• Chemical dependency assessment. (May be ordered pre-sentencing.)<br>• Chemical dependency treatment must be ordered upon a finding of chemical dependency by a licensed addiction counselor.<br>• Chemical dependency education course. (Must be DPHS approved ACT.)<br>• Jurisdiction maintained for 1 year whenever judge suspends a sentence and orders a chemical dependency treatment. (§ 61-8-732)<br>• Deferred of imposition of sentence not allowed. (§ 61-8-734) |

| Section | Crime | MCA Pg. | Offense | Maximum Penalties | Mandatory Minimums |
|---|---|---|---|---|---|
| § 61-8-406 (cont'd)<br><br>**(PER SE)** | OPERATION OF NONCOMMERCIAL VEHICLE BY PERSON WITH ALCOHOL CONCENTRATION OF .08 OR MORE – OPERATION OF COMMERCIAL VEHICLE BY PERSON WITH ALCOHOL CONCENTATION OF .04 OR MORE – DEFENDANT OVER THE AGE OF 18 | 953 | 2nd | • $1,000 fine and 30 days jail.<br>• If one or more passengers are under the age of 16, maximum $2,000 fine and 60 days jail.<br>• Jail sentence may not be served under home arrest. The first 5 days of the imprisonment sentence may not be suspended.<br>• Chemical dependency assessment and treatment.<br>• Chemical dependency education course. (Must be DPHS approved ACT.) (§ 61-8-732)<br>• Each motor vehicle owned by the person at the time of the incident **shall** be seized and forfeited or equipped with an interlock device. (§ 61-8-442 and § 61-8-733)<br>• Deferred of imposition of sentence not allowed. (§ 61-8-734) | • $600 fine and 5 days jail.<br>• If one or more passengers are under the age of 16, minimum $1,200 fine and 10 days jail.<br>• Jail sentence may not be served under home arrest. The first 5 days of the imprisonment sentence may not be suspended.<br>• Chemical dependency assessment and treatment.<br>• Chemical dependency education course. (Must be DPHS approved ACT.) (§ 61-8-732)<br>• Each motor vehicle owned by the person at the time of the incident **shall** be seized and forfeited or equipped with an interlock device. (§ 61-8-4421 and § 61-8-733)<br>• Deferred of imposition of sentence not allowed. (§ 61-8-734) |
| | | | 3rd | • $5,000 fine and 6 months jail.<br>• If one or more passengers are under the age of 16, maximum$10,000 fine and 12 months jail.<br>• At least 10 days may not be served under home arrest. The first 10 days of the imprisonment sentence may not be suspended.<br>• Chemical dependency assessment and treatment.<br>• Chemical dependency education course. (Must be DPHS approved ACT.) (§ 61-8-732)<br>• Each motor vehicle owned by the person at the time of the incident **shall** be seized and forfeited or equipped with an interlock device. (§ 61-8-4421 and § 61-8-733)<br>• Deferred of imposition of sentence not allowed. (§ 61-8-734) | • $1,000 fine and 10 days jail.<br>• If one or more passengers are under the age of 16, minimum $2,000 fine and 20 days jail.<br>• 10 days may not be served under home arrest, and may not be suspended.<br>• Chemical dependency assessment and treatment.<br>• Chemical dependency education course. (Must be DPHS approved ACT.) (§ 61-8-732)<br>• Each motor vehicle owned by the person at the time of the incident shall be seized and forfeited or equipped with an interlock device. (§ 61-8-4421 and § 61-8-733)<br>• Deferred of imposition of sentence not allowed. (§ 61-8-734) |
| | | | 4th or Subsequent | **FELONY ENHANCEMENT**<br>Maximum Penalty: $10,000 fine and 5 years imprisonment.<br>Mandatory Minimums: $1,000 fine. Department of Corrections placement in facility or program for a minimum of 13 months. Probation for balance of sentence if offender completes the program before the expiration of 13 months. Offender must complete other chemical dependency treatment as required by § 61-8-731. | |

# MONTANA
# CODE
# ANNOTATED

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Title 7** | | | | | | | | | | | | | |
| 7-33-2206 | | | Set A Fire Or Burning Within A Forest, Range Or Crop Land Without A Permit | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| **Title 13** | | | | | | | | | | | | | |
| 13-35-211 | | | Illegal Electioneering At Polling Place On Election Day | MISD | $285 | | $0 | $500 | $35 | | 0 | 6 Mo | 13-35-103 46-18-212 |
| **Title 15** | | | | | | | | | | | | | |
| 15-24-203 | V8045 | | Fail To Produce Tax Receipt When Requested - Mobile Home/Manufactured Home/House Trailer | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 15-24-204(1) |
| 15-24-204(1) [1] | V8055 | | Making False/Fraudulent Declaration Of Destination - Declaration Of Destination Or Tax Paid Receipt | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 15-24-204(1) |
| 15-24-204(1) [2] | V8056 | | Fail To Execute Declaration Of Destination - Declaration Of Destination Or Tax Paid Receipt | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 15-24-204(1) |
| 15-24-204(1) [3] | V8057 | | Fail To Display Or Produce Declaration Or Receipt - Declaration Of Destination Or Tax Paid Receipt | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 15-24-204(1) |
| 15-24-204(2) | V8050 | | Fail To Display A Property - Tax Paid Sticker While In The Process Of Moving | MISD | $85 | | $10 | $50 | $35 | N | 0 | 30 Days | 15-24-204(2) |
| 15-24-206(1) | V8046 | | Fail To Execute Or Display Declaration Of Destination - Mobile Home Arriving In State | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 15-24-206(3) | V8051 | | Fail To Execute Or Display Declaration Of Destination - Mobile Home Moved Within State | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 15-24-208 | V8058 | | Moving Mobile Home Or Manufactured Home On Which Taxes Due | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 15-24-208 |
| 15-70-205(1) | S0020 | | Failure To File Monthly Fuel Statement | MISD | $585 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 15-70-232 |
| 15-70-206 | S0021 | | Failure To Meet Recordkeeping Requirements | MISD | $135 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 15-70-232 |
| 15-70-207 | S0022 | | Failure Of A Distributor Or Aviation Dealer To Provide An Invoice | MISD | $135 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 15-70-232 |
| 15-70-208 | S0023 | | Examination Of Records | MISD | $1,020 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 15-70-232 |
| 15-70-209 | S0024 | | Information Reports - Confidentiality | MISD | $135 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 15-70-232 |
| 15-70-302(1)(a) | S0001 | | Operate Special Fuel Consuming Motor Vehicle W/O Special Fuel Vehicle Permit | MISD | $135 | | $100 | $1,000 | $35 | Y | 0 | 30 Days | 15-70-336 |
| 15-70-302(1)(b) [1] | S0002 | | Fail To Carry Special Fuel Permit In Proper Vehicle | MISD | $135 | | $100 | $1,000 | $35 | Y | 0 | 30 Days | 15-70-336 |
| 15-70-302(1)(b) [2] | S0003 | | Fail To Exhibit Special Fuel Permit For Inspection | MISD | $135 | | $100 | $1,000 | $35 | Y | 0 | 30 Days | 15-70-336 |
| 15-70-302(2) | S0005 | | Fail To Secure 90-Day Special Fuel Courtesy Permit | MISD | $135 | | $100 | $1,000 | $35 | Y | 0 | 30 Days | 15-70-336 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15-70-311 | S0004 | | Operating Without Temporary Special Fuel Permit | MISD | $85 | | $50 | $50 | $35 | N | 0 | 0 | 15-17-314 |
| 15-70-324(4) | | | Failure To Allow Inspection Of Vehicles | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 15-70-324(4) |
| 15-70-324(4) [1st] | S0006 | | Failure To Allow Inspection (Special Fuel User) - 1st Violation | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 15-70-324(4) |
| 15-70-324(4) [2nd] | S0006 | | Failure to Allow Inspection (Special Fuel User) - 2nd Violation | MISD | $1,035 | | $0 | $1,000 | $35 | N | 0 | 0 | 15-70-324(4) |
| 15-70-324(4) [3rd] | S0006 | | Failure to Allow Inspection (Special Fuel User) - 3rd Violation | MISD | $2,035 | | $0 | $2,000 | $35 | N | 0 | 0 | 15-70-324(4) |
| 15-70-330(3) [1st] | S0015 | | 1st Criminal Violation - Operation Of A Special Fuel-Consuming Vehicle In A Taxable Manner | MISD | $535 | | $100 | $1,000 | $35 | Y | 30 Days | 5 Mo | 15-70-336 |
| 15-70-330(3) [2nd] | S0015 | | 2nd & Subsequent Violations - Operation Of A Special Fuel-Consuming Vehicle In A Taxable Manner | MISD | $1,035 | | $100 | $1,000 | $35 | Y | 30 Days | 6 Mo | 15-70-336 |
| 15-70-341 | S0007 | | Failure To File An Application For License | MISD | $1,035 | | $0 | $1,000 | $35 | N | 0 | 30 Days | 15-70-366 |
| 15-70-343 | S0009 | | Failure To Pay Special Fuel License Tax | MISD | $535 | | $100 | $1,000 | $35 | Y | 0 | 30 Days | 15-70-336 |
| 15-70-344 | S0010 | | Failure To File Monthly Distributor's Statement | MISD | $535 | | $0 | $1,000 | $35 | N | 0 | 30 Days | 15-70-366 |
| 15-70-345 | S0011 | | Failure To Retain Required Fuel Records | MISD | $135 | | $100 | $1,000 | $35 | Y | 0 | 30 Days | 15-70-366 |
| 15-70-348 | S0012 | | Failure To Issue Invoice To Purchaser | MISD | $135 | | $100 | $1,000 | $35 | Y | 0 | 6 Mo | 15-70-366 |
| 15-70-349(3) [1st] | S0013 | | Fail To Allow Inspection Of Records, Equipment, Or Facility (Special Fuel Distributor)-1st Violation | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 15-70-349(3) |
| 15-70-349(3) [2nd] | S0013 | | Fail To Allow Inspection Of Records, Equipment, Or Facility (Special Fuel Distributor)-2nd Violation | MISD | $1,035 | | $0 | $1,000 | $35 | N | 0 | 0 | 15-70-349(3) |
| 15-70-349(3) [3rd] | S0013 | | Fail To Allow Inspection Of Records, Equipment, Or Facility (Special Fuel Distributor)-3rd Violation | MISD | $2,035 | | $0 | $2,000 | $35 | N | 0 | 0 | 15-70-349(3) |
| 15-70-351 | S0014 | | Failure To File Required Statement Showing Number Of Gallons In Shipment | MISD | $135 | | $100 | $1,000 | $35 | Y | 30 Days | 6 Mo | 15-70-336 |
| **Title 16** | | | | | | | | | | | | | |
| 16-2-103 | | | Duplicate Invoices Of Sales Required | MISD | $135 | | $0 | $100 | $35 | N | 0 | 6 Mo | 16-6-314 46-18-212 |
| 16-2-104 | | | Sale of Liquor During Closed Hours | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 16-6-314 46-18-212 |
| 16-2-105 | | | Selling Liquor At An Unauthorized Location | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 16-6-314 46-18-212 |
| 16-2-107 | | | Allowing An Open Liquor Container Or Consumption Of Liquor On Premises Of An Agency Store | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 16-6-314 46-18-212 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 2*

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16-3-233 | | | Unlawful Sale To Public By Wholesaler | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 16-6-314 46-18-212 |
| 16-3-234 | | | Consumption Of Beer/Wholesaler's Premises Unlawful | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 16-6-314 46-18-212 |
| 16-3-301(3) | | | Unlawful Purchase By Wholesaler Of Beer Or Wine | MISD | $535 | | $0 | $500 | $35 | N | 0 | 6 Mo | 16-6-314 45-5-624 |
| 16-3-301(4) | | | Licensee, Or Employee, Selling An Alcoholic Beverage To A Person Intoxicated Or Under Age 21 | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 16-6-314 46-18-212 |
| 16-3-301(5) [1] | | | Misrepresent A Person's Age To Obtain An Alcoholic Beverage (Under Age 18) - 1st Offense | MISD | $135 | | $100 | $300 | $35 | Y | 0 | 0 | 45-5-624(2) |
| 16-3-301(5) [2] | | | Misrepresent A Person's Age To Obtain An Alcoholic Beverage (Under Age 18) - 2nd Offense | MISD | $235 | | $200 | $600 | $35 | Y | 0 | 0 | 45-5-624(2) |
| 16-3-301(5) [3] | | | Misrepresent A Person's Age To Obtain An Alcoholic Beverage (Under Age 18) - 3rd Offense | MISD | $335 | | $300 | $900 | $35 | Y | 0 | 0 | 45-5-624(2) |
| 16-3-301(5) [4] | | | Misrepresent A Person's Age To Obtain An Alcoholic Beverage (Under Age 21) - 1st Offense | MISD | $135 | | $100 | $300 | $35 | Y | 0 | 0 | 45-5-624(3) |
| 16-3-301(5) [5] | | | Misrepresent A Person's Age To Obtain An Alcoholic Beverage (Under Age 21) - 2nd Offense | MISD | $235 | | $200 | $600 | $35 | Y | 0 | 0 | 45-5-624(3) |
| 16-3-301(5) [6] | | | Misrepresent A Person's Age To Obtain An Alcoholic Beverage (Under Age 21) - 3rd Offense | MISD | $335 | | $300 | $900 | $35 | Y | 0 | 0 | 45-5-624(3) |
| 16-3-304 | | | After Hours Operation Of A Liquor Establishment (2 a.m. to 8 a.m.) | MISD | $535 | | $0 | $500 | $35 | N | 0 | 6 Mo | 16-6-314 46-18-212 |
| 16-3-305 | | | Sale Of Alcoholic Beverages During Closed Hours Unlawful (Including Giving Away Or Consuming) | MISD | $545 | | $0 | $500 | $35 | N | 0 | 6 Mo | 16-6-314 46-18-212 |
| 16-3-321(1) | | | Selling A Keg Of Beer Without An Identification Tag Attached | MISD | $135 | | $0 | $100 | $35 | N | | | 16-3-324(1) |
| 16-3-324(2) | | | Removal Or Deface A Keg Registration | MISD | $235 | | $0 | $500 | $35 | N | 0 | 6 Mo | 16-3-324(2) |
| 16-6-301 | | | Transfer/Sale/Possession Of Alcoholic Beverage - Unlawful | MISD | $535 | | $0 | $500 | $35 | N | 0 | 6 Mo | 16-6-314 46-18-212 |
| 16-6-303 | | | Keeping For Sale Liquor Not Purchased From An Agency Store | MISD | $535 | | $500 | $1,500 | $35 | Y | 3 Mo | 1 Yr | 16-6-303 |
| 16-6-304 | | | Providing Alcoholic Beverage To An Intoxicated Person | MISD | $535 | | $0 | $500 | $35 | N | 0 | 6 Mo | 16-6-314 46-18-212 |
| 16-6-304(1) | | | Retail Employee Provide Alcohol To Individual Under Influence | MISD | $535 | | $0 | $500 | $35 | N | 0 | 6 Mo | 16-6-314 46-18-212 |
| 16-6-304(2) | | | Provide Alcohol Beverage To Person Under The Influence | MISD | $535 | | $0 | $500 | $35 | N | 0 | 6 Mo | 16-6-314 46-18-212 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 3*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16-6-305 | | | Selling Or Providing Alcoholic Beverages To Person Under 21 Years | MISD | $535 | | $0 | $500 | $35 | Y | 0 | 6 Mo | 16-6-314 45-5-624 |
| 16-6-305(3) [1] | V0035 | | Fraudulently Misrepresent Age/Procure ID Card To Obtain Alcoholic Beverages (< Age 18)-1st Offense | MISD | $185 | | $100 | $300 | $85 | Y | 0 | 0 | 45-5-624(2) |
| 16-6-305(3) [2] | V0035 | | Fraudulently Misrepresent Age/Procure ID Card To Obtain Alcoholic Beverages (< Age 18)-2nd Offense | MISD | $235 | | $200 | $600 | $35 | Y | 0 | 0 | 45-5-624(2) |
| 16-6-305(3) [3] | V0035 | | Fraudulently Misrepresent Age/Procure ID Card To Obtain Alcoholic Beverages (< Age 18)-3rd Offense | MISD | $335 | | $300 | $900 | $35 | Y | 0 | 0 | 45-5-624(2) |
| 16-6-305(3) [4] | V0035 | | Fraudulently Misrepresent Age/Procure ID Card To Obtain Alcoholic Beverages (> Age 18)-1st Offense | MISD | $135 | | $100 | $300 | $35 | Y | 0 | 0 | 45-5-624(3) |
| 16-6-305(3) [5] | V0035 | | Fraudulently Misrepresent Age/Procure ID Card To Obtain Alcoholic Beverages (> Age 18)-2nd Offense | MISD | $235 | | $200 | $600 | $35 | Y | 0 | 0 | 45-5-624(3) |
| 16-6-305(3) [6] | V0035 | | Fraudulently Misrepresent Age/Procure ID Card To Obtain Alcoholic Beverages (> Age 18)-3rd Offense | MISD | $335 | | $300 | $900 | $35 | Y | 0 | 0 | 45-5-624(3) |
| 16-6-306 | | | Bottle Clubs Prohibited | MISD | $295 | | $0 | $500 | $35 | N | 0 | 6 Mo | 16-6-314 46-18-212 |
| 16-6-312 | | | Premises/Alcoholic Beverage Illegally Sold/Public Nuisance | MISD | $545 | | $0 | $500 | $35 | N | 0 | 6 Mo | 16-6-314 46-18-212 |
| 16-11-131 [1] | | | Transporting Tobacco Products Without Compliance - 1st Offense | MISD | $135 | | $100 | $500 | $35 | Y | 30 Days | 6 Mo | 16-11-148(1) |
| 16-11-131 [2] | | | Transporting Tobacco Products Without Compliance - Contraband Exceeds $1,000 - 1st Offense | MISD | $135 | | $0 | $1,000 | $35 | Y | 0 | 1 Yr | 16-11-148(1) |
| 16-11-131 [3] | | | Transporting Tobacco Products Without compliance - 2nd Offense | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 1 Yr+ | 16-11-148(1) |
| 16-11-132 [1] | | | Unlawful Sale Of Tobacco Products Without Valid License - 1st Offense | MISD | $135 | | $100 | $500 | $35 | Y | 0 | 30 Days | 16-11-148(1) |
| 16-11-132 [2] | | | Unlawful Sale Of Tobacco Products Without Valid License - Contraband Exceeds $1,000 - 1st Offense | MISD | $135 | | $0 | $1,000 | $35 | Y | 0 | 1 Yr | 16-11-148(1) |
| 16-11-132 [3] | | | Unlawful Sale Of Tobacco Products Without valid License - 2nd Offense | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 1Yr+ | 16-11-148(1) |
| 16-11-133 [1] | | | Sale And/Or Use Of Cigarettes Without Insignia - 1st Offense | MISD | $135 | | $100 | $500 | $35 | Y | 0 | 30 Days | 16-11-148(1) |
| 16-11-133 [2] | | | Sale And/Or Use Of Cigarettes Without Insignia - Contraband Exceeds $1,000 - 1st Offense | MISD | $135 | | $0 | $1,000 | $35 | Y | 0 | 1 Yr | 16-11-148(1) |
| 16-11-133 [3] | | | Sale And/Or Use Of Cigarettes Without Insignia - 2nd Offense | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 1 Yr+ | 16-11-148(1) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 4*

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16-11-134 | | | Forged License Stamp Or Insignia | **FELONY** | **NO BOND** | | | | $80+ | Y | 0 | 14 Yrs | 16-11-146 |
| 16-11-305 [1] | | | License For Retail Sale Of Tobacco Products | MISD | $265 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 16-11-305 [2] | | | Sale/Distribution Tobacco Products To Persons Under 18 Prohibited | MISD | $265 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| *Title 20* | | | | | | | | | | | | | |
| 20-1-220(1) | | | Use Of Tobacco Product In Public School Building Or Property Prohibited | MISD | $85 | | $20 | $100 | $35 | N | 0 | 0 | 20-1-220(4) 50-40-115(1) |
| 20-4-303 | | | Abuse Of Teachers | MISD | $185 | | $25 | $500 | $35 | N | | | |
| 20-5-106(1) | | | Truancy | MISD | $265 | | $5 | $20 | $35 | Y | 10 Days | 20 Days | 20-5-106(2) Jail Only For Failure To Comply |
| 20-26-1117(5) [1st] | | | Violation By A Debtor Of An Order Of Suspension - 1st Offense | MISD | $535 | | $250 | $500 | $35 | N | 0 | 6 Mo | 20-26-1117(5) |
| 20-26-1117(5) [2nd] | | | Violation By A Debtor of An Order Of Suspension - 2nd Or Subsequent Offense | MISD | $1,035 | | $500 | $2,000 | $35 | N | 0 | 1 Yr | 20-26-1117(5) |
| *Title 22* | | | | | | | | | | | | | |
| 22-3-432 | | | Excavate/Remove/Restore Antiquities W/O Permit | MISD | $535 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 22-3-442 |
| 22-3-435 | | | Fail to Report Heritage Properties | MISD | $535 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 22-3-442 |
| 22-3-441 | | | Restrictions on Reproduction/Sale of Antiquities | MISD | $535 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 22-3-442 |
| 22-3-805(1) | | | Failure To Notify The County Coroner Of Human Skeletal Remains | MISD | $535 | | $100 | $500 | $35 | N | 0 | 0 | 22-3-808(5) |
| 22-3-808(1)(a) [1st] | | | Purposely Disturbing Or Destroying Burial Grounds - 1st Offense | MISD | $535 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 22-3-808(2) |
| 22-3-808(1)(a) [2nd] | | | Purposely Disturbing Or Destroying Burial Grounds - 2nd Offense | **FELONY** | **NO BOND** | | $0 | $20,000 | $80+ | Y | 0 | 5 Yrs | 22-3-808(2) |
| 22-3-808(1)(c) [1st] | | | Purposely Disclosing Information Leading To Disclosure Or Destruction Of Burial Site - 1st Offense | MISD | $235 | | $0 | $500 | $35 | N | 0 | 0 | 22-3-808(4) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 5*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22-3-808(1)(c) [2nd] | | | Purposely Disclosing Information Leading To Disclosure Or Destruction Of Burial Site - 2nd Offense | **FELONY** | **NO BOND** | | $0 | $10,000 | $80+ | Y | 0 | 5 Yrs | 22-3-808(4) |
| 22-3-808(b) | | | Selling Or Buying Human Skeletal Remains | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 20 Yrs | 22-3-808(3) |
| *Title 23* | | | | | | | | | | | | | |
| 23-1-105 | | | Fail To Pay DFWP Fee | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-1-106(2) |
| 23-1-106 [1] | | | Violation Of DFWP Rules And Regulations | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-1-106(2) |
| 23-1-106 [2] | | | 12.8.202 Fireworks | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-1-106(2) |
| 23-1-106 [3] | | | 12.8.202 Discharging Firearms | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-1-106(2) |
| 23-1-106 [4] | | | 12.8.203 Dogs off Leash | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-1-106(2) |
| 23-1-106 [5] | | | 12.8.204 Off Road Parks | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-1-106(2) |
| 23-1-106 [6] | | | 12.8.204 Speeding | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-1-106(2) |
| 23-1-106 [7] | | | 12.8.204 Fail To Comply With Title 61 Motor Vehicle Codes/DL & Plates | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-1-106(2) |
| 23-1-106 [8] | | | 12.8.205 Camping Unlawful -- Modify description to Camping, Day and Group Use - see agency request | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-1-106(2) |
| 23-1-106 [9] | | | 12.8.206 Fires Unlawful | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-1-106(2) |
| 23-1-106 [10] | | | 12.8.207 Antiquities, Removing | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-1-106(2) |
| 23-1-106 [11] | | | 12.8.207 Destroying State Property | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-1-106(2) |
| 23-1-106 [12] | | | 12.8.207 Tree Cutting | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-1-106(2) |
| 23-1-106 [13] | | | 12.8.208 Disorderly Conduct | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-1-106(2) |
| 23-1-106 [14] | | | 12.8.210 Littering (Park Charge) | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-1-106(2) |
| 23-1-106 [15] | | | 12.8.213 Parks Pass Violation | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-1-106(2) |
| 23-1-106 [16] | | | 12.11.6515 Fail To Obtain Blackfoot River Special Recreation Permit (BRSRP) see agency request | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-1-106(2) |
| 23-1-106 [17] | | | 12.11.6545(1) Fail To Pay BRSRP Fee - see agency request | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-1-106(2) |
| 23-1-106 [18] | | | 12.11.6555 Fail To Comply With Permit Stipulations - see agency request | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-1-106(2) |
| 23-1-106 [19] | | | 12.11.6555(4) Fail To File BRSRP Use Report - see agency request | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-1-106(2) |
| 23-1-106(3) | | | Refuse To Exhibit Permit, Proof Of Age, Residency | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-1-106(2) |
| 23-2-503(1) | | | Fail To Keep Records Of Rented Boats | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-2-503(2) | | | Leasing Vessel Without Proper Equipment | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-511 | | | Operate Motorboat Without Proper Decal | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-512(1) | | | Failure To File An Application For Identification Number With County Treasurer | MISD | $125 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-512(4) | | | Failure To File Application W/County Treasurer For New Certificate # W/I 40 Days Of Ownership Change | MISD | $125 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-512(8) | | | Failure Of Purchaser To Notify Co Treasurer W/I 40 Days Of Acquisition | MISD | $125 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-512(9) | | | Failure Of Holder Of A Certificate Of Number To Notify The County Treasurer Of Address Change | MISD | $125 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-515 | | | Failure To Display Validation Decals | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 23-2-512(2) Fine Limited To Justice Court Costs |
| 23-2-519 [1] | | | Failure To Pay The Registration Fee - Craft Less Than 16' | MISD | $297 | | $262 | $262 | $35 | N | 0 | 0 | 23-2-519 61-3-321(10)(a) |
| 23-2-519 [2] | | | Failure To Pay The Registration Fee - Craft Less Than 19' | MISD | $537 | | $502 | $502 | $35 | N | 0 | 0 | 23-2-519 61-3-321(10)(b) |
| 23-2-519 [3] | | | Failure To Pay The Registration Fee - Craft 19 Feet In Length Or Longer | MISD | $1,217 | | $1,182 | $1,182 | $35 | N | 0 | 0 | 23-2-519 61-3-321(10)(c) |
| 23-2-521(1)(a) [1] | | | Insufficient Personal Flotation Devices | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-521(1)(a) [2] | | | Person Under 12 Years Without Personal Flotation Device | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-521(8) [1] | | | Violation Of Equipment Rules Adopted By The Department | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-521(8) [2] | | | 12.6.701 Type Of PFD's/Boat Length | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-521(8) [3] | | | 12.6.701 PFD's/Sailboards | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-521(8) [4] | | | 12.6.702 Ventilation Systems | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-521(8) [5] | | | 12.6.703 Fire Extinguishers | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-521(8) [6] | | | 12.6.704 Lights | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-521(8) [7] | | | 12.6.705 Sound Producing Device | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-522 | | | Discharge Of Waste In Water | MISD | $135 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-523 | | | Prohibited Operation And Mooring - Enforcement | MISD | $185 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 7*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-2-523(1) | | | Operate Reckless/Negligent Manner To Endanger Life/Limb/Property | MISD | $185 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-523(2) | | | Boating Under Influence | MISD | $335 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-523(3) | | | Allow Incapable Person To Drive | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-523(4) | | | Fail To Operate Safe Or Reasonably | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-523(5) | | | Reckless Approach To/From Ramp/Dock | MISD | $185 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-523(6) | | | Waterskiers Failing To Use US Coast Guard Approved Personal Flotation Device | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-523(7) | | | Moor to Navigational Aid | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-523(8) | | | Fail To Respond To Officer's Order Relating To Unsafe Boating Conditions | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-523(9) | | | Exceed Noise Restriction - Specific Lakes In Lake And Flathead Counties | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-523(10) | | | Prohibited Operation - Underage Operator, No Adult Operation | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-523(11) | | | Prohibited Operation - Allowing Underage Operator Without Supervision | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-524 | | | Fail To Yield Right-Of-Way/Passing Rule | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-525(1) | | | Operate A Vessel In Restricted Area/Manner | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-525(2) | | | Operate Within 20' Of Swim Area | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-525(3) | | | Operate Within 75' Of Fisherman Or Waterfowl Hunter | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-525(4) | | | Operate Within 200' Of "Diver Down" Symbol | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-526 | | | Overloading - Overpowering - Noise Limitations | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-207 |
| 23-2-526(3) [1] | | | Committing The Offense Of Disorderly Conduct Under 45-8-101 By Emitting Excessive Noise | MISD | $85 | | $0 | $100 | $35 | N | 0 | 10 Days | 45-8-101 |
| 23-2-526(3) [2] | | | Creating A Public Nuisance Under 45-8-111 By Emitting Excessive Noise | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 45-8-111 |
| 23-2-527(1) | | | Fail To Render Aid To Injured | MISD | $285 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-527(2) | | | Fail To Report Accident Over $100 Damage | MISD | $285 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-529(1) | | | Operating A Motorboat Or Vessel For Towing Without An Observer | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-529(2) | | | Operating A Motorboat Or Vessel For Towing Before Sunrise Or After Sunset | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-531(1) | | | Failure To Wear Personal Flotation Device | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-2-531(2) | | | Failure To Attach Lanyard To Operators Person Of Personal Flotation Device | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-531(3) | | | Operate Greater Than No-Wake Speed In Certain Circumstances | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-531(4) | | | Operate In Restricted Waters or Area | MISD | $85 | | $15 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-531(5) | | | Operate In Reckless Or Negligent Manner | MISD | $185 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-2-507 |
| 23-2-611 [1] | | | Operate Snowmobile On Public Or Private Land W/O Certificate Of Title | MISD | $85 | | $15 | $500 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-611 [2] | | | Operate Snowmovile On Public Or Private Land W/O Certificate Of Title (Willful) | MISD | $585 | | $50 | $1,000 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-615 [1] | | | Non-Resident Operating Snowmobile W/O Temporary Permit | MISD | $85 | | $15 | $500 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-615 [2] | | | Non-Resident Operating Snowmobile W/O Temporary Permit (Willful) | MISD | $585 | | $50 | $1,000 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-616(1) [1] | | | Operating Snowmobile On Public Land W/O Registration Or Registration Decal Displayed | MISD | $85 | | $15 | $500 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-616(1) [2] | | | Operating Snowmobile On Public Land W/O Registration Or Registration Decal Displayed (Willful) | MISD | $585 | | $50 | $1,000 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-616(2) [1] | | | Resident Operating Snowmobile On Public Land W/O County Registration | MISD | $85 | | $15 | $500 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-616(2) [2] | | | Resident Operating Snowmobile On Public Land W/O County Registration (Willful) | MISD | $585 | | $50 | $1,000 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-631(1) | | | Unlawful Operation Of A Snowmobile On A Public Road, Highway Or Street | MISD | $135 | | $15 | $500 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-631(2) | | | Snowmobile Operator Fail To Make Crossing At Safe Or Unobstructed Place/Stop/Yield ROW | MISD | $135 | | $15 | $500 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-631(3) [1] | | | Snowmobile Operating On Street Or Highway Without Suitable Braking Device | MISD | $135 | | $15 | $500 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-631(3) [2] | | | Snowmobile On Street Or Highway Must Have 1 Headlamp/1 Tail Lamp Lighted At All Times | MISD | $85 | | $15 | $500 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-631(4)(a) [1] | | | Operate Snowmobile On Public Road W/O Valid Driver's License In Possession | MISD | $85 | | $15 | $500 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-631(4)(a) [2] | | | Operate Snowmobile On Public Road W/O Valid Driver's License When Required | MISD | $85 | | $15 | $500 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-632(1) | | | Unlawful Operation Of Snowmobiles - Careless/Reckless/Speeding Etc. | MISD | $135 | | $15 | $500 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-2-632(2) | | | Unlawfully Permitting Physically/Mentally Handicapped To Operate Snowmobile | MISD | $85 | | $15 | $500 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-633 | | | Other Unlawful Operations | MISD | $135 | | $15 | $500 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-633(1) [1] | | | Use Of Snowmobile To Drive/Harass Game Animals/Game Birds/Fur-Bearing Animals | MISD | $85 | | $15 | $500 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-633(1) [2] | | | Use Of Snowmobile To Drive/Harass Livestock W/O Owner Consent | MISD | $85 | | $15 | $500 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-633(2) | | | Discharge Firearm From Snowmobile | MISD | $85 | | $15 | $500 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-633(3) | | | Operate A Snowmobile W/O A Lighted Headlight Or Taillight Between Dusk And Dawn | MISD | $85 | | $15 | $500 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-634 | | | Snowmobile Noise Regulations | MISD | $85 | | $15 | $500 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-634(1) | | | Defective Or Improper Muffler On Snowmobile | MISD | $85 | | $15 | $500 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-634(2) | | | Snowmobile Exceeding Maximum Sound Level | MISD | $85 | | $15 | $500 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-634(3) | | | Selling Or Offer For Sale Of Snowmobile With Defective Or Improper Muffler | MISD | $85 | | $15 | $500 | $35 | N | 0 | 0 | 23-2-642(2) Civil Penalty |
| 23-2-635 | | | Fail To Report Snowmobile Accident When Required | MISD | $85 | | $15 | $500 | $35 | N | 0 | 0 | 23-2-642(1) |
| 23-2-642(1) [1] | | | Failure To Display Current Registration Decal On Snowmobile | MISD | $338 | | $303 | $303 | $35 | N | 0 | 0 | 23-2-642(1) 61-3-321(11)(a) |
| 23-2-642(1) [2] | | | Failure To Display Current Registration Decal On Snowmobile (Business 1st Year) | MISD | $238 | | $203 | $203 | $35 | N | 0 | 0 | 23-2-642(1) 61-3-321(11)(b) |
| 23-2-642(1) [3] | | | Failure To Display Current Registration Decal On Snowmobile (Business 2nd Year) | MISD | $135 | | $100 | $100 | $35 | N | 0 | 0 | 23-2-642(1) 61-3-321(11)(b) |
| 23-2-704 | | | Unsafe Use Of Passenger Tramway | MISD | $235 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 23-2-804 | | | Operating An Off Highway Vehicle Without A Proper Decal | MISD | $85 | | $0 | $50 | $35 | N | | | 23-2-807 |
| 23-2-903 | | | Vandalism Of A Cave | MISD | $750 | | $500 | $2,000 | $35 | N | 0 | 60 Days | 23-2-908 |
| 23-2-904 | | | Disturbance Of A Cave | MISD | $750 | | $500 | $2,000 | $35 | N | 0 | 60 Days | 23-2-908 |
| 23-2-906 | | | Pollution Of And Burning Harmful Substances In A Cave | MISD | $750 | | $500 | $2,000 | $35 | N | 0 | 60 Days | 23-2-908 |
| 23-2-907 | | | Unlawful Sale Of Speleothems And Speleogens | MISD | $750 | | $500 | $2,000 | $35 | N | 0 | 60 Days | 23-2-908 |
| 23-3-405 | | | Violation Of A Rule Of The Board Of Athletics | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-3-611 46-18-212 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-4-301 | | | Unlawful Pari-Mutuel Betting - Or Other Unlawful Betting Or Contest | MISD | $265 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 23-5-128 [1st] | | | Conducting A Business Without A Distributor's License - 1st Violation Within 5 Years | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-161 |
| 23-5-128 [2nd] | | | Conducting A Business Without A Distributor's License - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-161 |
| 23-5-128 [3rd] | | | Conducting A Business Without A Distributor's License - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-161 |
| 23-5-128 [4th] | | | Conducting A Business Without A Distributor's License - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-161 |
| 23-5-129 [1st] | | | Conducting A Business Without A Route Operator's License - 1st Violation Within 5 Years | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-161 |
| 23-5-129 [2nd] | | | Conducting A Business Without A Route Operator's License - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-161 |
| 23-5-129 [3rd] | | | Conducting A Business Without A Route Operator's License - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-161 |
| 23-5-129 [4th] | | | Conducting A Business Without A Route Operator's License - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-161 |
| 23-5-151 [1st] | | | Unlawful Gambling - 1st Violation Within 5 Years | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-161 |
| 23-5-151 [2nd] | | | Unlawful Gambling - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-161 |
| 23-5-151 [3rd] | | | Unlawful Gambling - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-161 |
| 23-5-151 [4th] | | | Unlawful Gambling - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-161 |
| 23-5-152 [1st] | | | Possess Illegal Gambling Device/Operating Illegal Gambling Enterprise - 1st Violation Within 5 Years | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-161 |
| 23-5-152 [2nd] | | | Possess Illegal Gambling Device/Operating Illegal Gambling Enterprise - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-161 |
| 23-5-152 [3rd] | | | Possess Illegal Gambling Device/Operating Illegal Gambling Enterprise - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-161 |
| 23-5-152 [4th] | | | Manufacture Or Possess Illegal Gambling Device For Export - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-161 |
| 23-5-153 [1st] | | | Possession Or Sale Antique Illegal Gambling Device - 1st Violation Within 5 Years | MISD | $335 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-161 |
| 23-5-153 [2nd] | | | Possession Or Sale Antique Illegal Gambling Device - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-161 |
| 23-5-153 [3rd] | | | Possession Or Sale Antique Illegal Gambling Device - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-161 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-5-153 [4th] | | | Possession Or Sale Antique Illegal Gambling Device - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-161 |
| 23-5-154 [1st] | | | Soliciting/Persuading Persons To Participate In Illegal Gambling Activity-1st Violation Within 5 Yrs | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-161 |
| 23-5-154 [2nd] | | | Soliciting/Persuading Persons To Participate In Illegal Gambling Activity-2nd Violation Within 5 Yrs | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-161 |
| 23-5-154 [3rd] | | | Soliciting/Persuading Persons To Participate In Illegal Gambling Activity-3rd Violation Within 5 Yrs | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-161 |
| 23-5-154 [4th] | | | Soliciting/Persuading Persons To Participate In Illegal Gambling Activity-4th Violation Within 5 Yrs | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-161 |
| 23-5-155 | | | Counterfeit/Deface Documents | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 23-5-162 |
| 23-5-156(1) | | | Obtain Money/Value By Fraud/Operating An Illegal Device Or Enterprise - 1st Violation w/i 5 Yrs | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-161 |
| 23-5-156(2) | | | Obtaining Money Or Value Exceeding $750 By Fraud/Operating An Illegal Device Or Enterprise | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 23-5-162 |
| 23-5-157 [1] | | | Gambling On A Cash Basis - Value Less Than $750 | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-161 |
| 23-5-157 [2] | | | Gambling On A Cash Basis - Value Exceeding Than $750 | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 23-5-162 |
| 23-5-157 [3] | | | Gambling On A Cash Basis - Common Scheme | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 23-5-162 |
| 23-5-158 | | | Allow Minor To Participate In Gambling - 1st Violation Within 5 Years | MISD | $285 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-161 |
| 23-5-159 | | | Illegal Sale, Assignment, Lease Or Transfer Of Gambling License - 1st Violation Within 5 Years | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-161 |
| 23-5-177 [1st] | | | Operating A Gambling Establishment Without A Permit - 1st Violation Within 5 Years | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-161 |
| 23-5-177 [2nd] | | | Operating A Gambling Establishment Without A Permit - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-161 |
| 23-5-177 [3rd] | | | Operating A Gambling Establishment Without A Permit - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-161 |
| 23-5-177 [4th] | | | Operating A Gambling Establishment Without A Permit - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-161 |
| 23-5-222 [1st] | | | Conducting Or Participating In An Unauthorized Calcutta Pool - 1st Violation Within 5 Years | MISD | $135 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-221 23-5-161 |
| 23-5-222 [2nd] | | | Conducting Or Participating In An Unauthorized Calcutta Pool - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 1000 | 23-5-221 23-5-161 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-5-222 [3rd] | | | Conducting Or Participating In An Unauthorized Calcutta Pool - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-221 23-5-161 |
| 23-5-222 [4th] | | | Conducting Or Participating In An Unauthorized Calcutta Pool - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-221 23-5-161 |
| 23-5-306 [1st] | | | Live Card Game Table - Permit - Fees -Disposition of Fees - 1st Violation Within 5 Years | MISD | $135 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-331 23-5-161 |
| 23-5-306 [2nd] | | | Live Card Game Table - Permit - Fees -Disposition of Fees - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-331 23-5-161 |
| 23-5-306 [3rd] | | | Live Card Game Table - Permit - Fees -Disposition of Fees - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-331 23-5-161 |
| 23-5-306 [4th] | | | Live Card Game Table - Permit - Fees -Disposition of Fees - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-331 23-5-161 |
| 23-5-307 [1st] | | | Violation Of Restrictions On Playing Hours - 1st Violation With 5 Years | MISD | $135 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-331 23-5-161 |
| 23-5-307 [2nd] | | | Violation Of Restrictions On Playing Hours - 2nd Violation With 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-331 23-5-161 |
| 23-5-307 [3rd] | | | Violation Of Restrictions On Playing Hours - 3rd Violation With 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-331 23-5-161 |
| 23-5-307 [4th] | | | Violation Of Restrictions On Playing Hours - 4th Violation With 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-331 23-5-161 |
| 23-5-308 [1st] | | | Dealing Cards In A Live Game Without A License - 1st Violation Within 5 Years | MISD | $135 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-331 23-5-161 |
| 23-5-308 [2nd] | | | Dealing Cards In A Live Game Without A License - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-331 23-5-161 |
| 23-5-308 [3rd] | | | Dealing Cards In A Live Game Without A License - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-331 23-5-161 |
| 23-5-308 [4th] | | | Dealing Cards In A Live Game Without A License - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-331 23-5-161 |
| 23-5-309 [1st] | | | Conducting A Live Card Game On A Table Or In A Premises Not Licensed - 1st Violation Within 5 Years | MISD | $335 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-331 23-5-161 |
| 23-5-309 [2nd] | | | Conducting A Live Card Game On A Table Or In A Premises Not Licensed - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-331 23-5-161 |
| 23-5-309 [3rd] | | | Conducting A Live Card Game On A Table Or In A Premises Not Licensed - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-331 23-5-161 |
| 23-5-309 [4th] | | | Conducting A Live Card Game On A Table Or In A Premises Not Licensed - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-331 23-5-161 |
| 23-5-311 [1st] | | | Conducting Or Participating In Unauthorized Card Game - 1st Violation Within 5 Years | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-331 23-5-161 |

*~See Statute for 2nd or Subsequent Offense~*

SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)

$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-5-311 [2nd] | | | Conducting Or Participating In Unauthorized Card Game - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-331 23-5-161 |
| 23-5-311 [3rd] | | | Conducting Or Participating In Unauthorized Card Game - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-331 23-5-161 |
| 23-5-311 [4th] | | | Conducting Or Participating In Unauthorized Card Game - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-331 23-5-161 |
| 23-5-312 [1st] | | | Exceed The Prize Limitation For A Live Card Game - 1st Violation Within 5 Years | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-331 23-5-161 |
| 23-5-312 [2nd] | | | Exceed The Prize Limitation For A Live Card Game - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-331 23-5-161 |
| 23-5-312 [3rd] | | | Exceed The Prize Limitation For A Live Card Game - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-331 23-5-161 |
| 23-5-312 [4th] | | | Exceed The Prize Limitation For A Live Card Game - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-331 23-5-161 |
| 23-5-313 [1st] | | | Fail To Post Rules Of Each Game - 1st Violation Within 5 Years | MISD | $135 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-331 23-5-161 |
| 23-5-313 [2nd] | | | Fail To Post Rules Of Each Game - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-331 23-5-161 |
| 23-5-313 [3rd] | | | Fail To Post Rules Of Each Game - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-331 23-5-161 |
| 23-5-313 [4th] | | | Fail To Post Rules Of Each Game - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-331 23-5-161 |
| 23-5-324 [1st] | | | Entering Into Contract w/a Licensed Operator w/o Card Room Contractor's Lic-1st Violation w/i 5 Yrs | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-331 23-5-161 |
| 23-5-324 [2nd] | | | Entering Into Contract w/a Licensed Operator w/o Card Room Contractor's Lic-2nd Violation w/i 5 Yrs | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-331 23-5-161 |
| 23-5-324 [3rd] | | | Entering Into Contract w/a Licensed Operator w/o Card Room Contractor's Lic-3rd Violation w/i 5 Yrs | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-331 23-5-161 |
| 23-5-324 [4th] | | | Entering Into Contract w/a Licensed Operator w/o Card Room Contractor's Lic-4th Violation w/i 5 Yrs | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-331 23-5-161 |
| 23-5-405 [1st] | | | Conduct Raffles/Bingo/Keno Without Authority - 1st Violation Within 5 Years | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-431 23-5-161 |
| 23-5-405 [2nd] | | | Conduct Raffles/Bingo/Keno Without Authority - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-431 23-5-161 |
| 23-5-405 [3rd] | | | Conduct Raffles/Bingo/Keno Without Authority - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-431 23-5-161 |
| 23-5-405 [4th] | | | Conduct Raffles/Bingo/Keno Without Authority - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-431 23-5-161 |

*~See Statute for 2nd or Subsequent Offense~*

SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)

$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97<br>CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-5-407 [1st] | | | Conduct Live Bingo Or Keno Without A Permit - 1st Violation Within 5 Years | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-431<br>23-5-161 |
| 23-5-407 [2nd] | | | Conduct Live Bingo Or Keno Without A Permit - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-431<br>23-5-161 |
| 23-5-407 [3rd] | | | Conduct Live Bingo Or Keno Without A Permit - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-431<br>23-5-161 |
| 23-5-407 [4th] | | | Conduct Live Bingo Or Keno Without A Permit - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-431<br>23-5-161 |
| 23-5-408 [1st] | | | Violation Of The Hours Of Play For Bingo Or Keno - 1st Violation Within 5 Years | MISD | $135 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-431<br>23-5-161 |
| 23-5-408 [2nd] | | | Violation Of The Hours Of Play For Bingo Or Keno - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-431<br>23-5-161 |
| 23-5-408 [3rd] | | | Violation Of The Hours Of Play For Bingo Or Keno - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-431<br>23-5-161 |
| 23-5-408 [4th] | | | Violation Of The Hours Of Play For Bingo Or Keno - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-431<br>23-5-161 |
| 23-5-409 [1st] | | | Failure To Keep Bingo Or Keno Records - 1st Violation Within 5 Years | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-431<br>23-5-161 |
| 23-5-409 [2nd] | | | Failure To Keep Bingo Or Keno Records - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-431<br>23-5-161 |
| 23-5-409 [3rd] | | | Failure To Keep Bingo Or Keno Records - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-431<br>23-5-161 |
| 23-5-409 [4th] | | | Failure To Keep Bingo Or Keno Records - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-431<br>23-5-161 |
| 23-5-412 [1st] | | | Violation Of Bingo Prize, Keno Card Price Or Keno Prize Limitation - 1st Violation Within 5 Years | MISD | $335 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-431<br>23-5-161 |
| 23-5-412 [2nd] | | | Violation Of Bingo Prize, Keno Card Price Or Keno Prize Limitation - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-431<br>23-5-161 |
| 23-5-412 [3rd] | | | Violation Of Bingo Prize, Keno Card Price Or Keno Prize Limitation - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-431<br>23-5-161 |
| 23-5-412 [4th] | | | Violation Of Bingo Prize, Keno Card Price Or Keno Prize Limitation - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-431<br>23-5-161 |
| 23-5-413 [1st] | | | Violations Of Raffle Limitations - 1st Violation Within 5 Years | MISD | $135 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-431<br>23-5-161 |
| 23-5-413 [2nd] | | | Violations Of Raffle Limitations - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-431<br>23-5-161 |
| 23-5-413 [3rd] | | | Violations Of Raffle Limitations - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-431<br>23-5-161 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-5-413 [4th] | | | Violations Of Raffle Limitations - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-431 23-5-161 |
| 23-5-414 [1st] | | | Playing Bingo Or Keno Without Being Present On Premises - 1st Violation Within 5 Years | MISD | $335 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-431 23-5-161 |
| 23-5-414 [2nd] | | | Playing Bingo Or Keno Without Being Present On Premises - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-431 23-5-161 |
| 23-5-414 [3rd] | | | Playing Bingo Or Keno Without Being Present On Premises - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-431 23-5-161 |
| 23-5-414 [4th] | | | Playing Bingo Or Keno Without Being Present On Premises - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-431 23-5-161 |
| 23-5-502 [1st] | | | Conducting An Unauthorized Sports Pools Or Sports Tab Game - 1st Violation Within 5 Years | MISD | $285 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-161 23-5-509 |
| 23-5-502 [2nd] | | | Conducting An Unauthorized Sports Pools Or Sports Tab Game - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-161 23-5-509 |
| 23-5-502 [3rd] | | | Conducting An Unauthorized Sports Pools Or Sports Tab Game - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-161 23-5-509 |
| 23-5-502 [4th] | | | Conducting An Unauthorized Sports Pools Or Sports Tab Game - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-161 23-5-509 |
| 23-5-503 [1st] | | | Violation Of Rules For Sports Pool Or A Sports Tab Game - 1st Violation Within 5 Years | MISD | $135 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-161 23-5-509 |
| 23-5-503 [2nd] | | | Violation Of Rules For Sports Pool Or A Sports Tab Game - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-161 23-5-509 |
| 23-5-503 [3rd] | | | Violation Of Rules For Sports Pool Or A Sports Tab Game - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-161 23-5-509 |
| 23-5-503 [4th] | | | Violation Of Rules For Sports Pool Or A Sports Tab Game - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-161 23-5-509 |
| 23-5-513 [1st] | | | Conducting A Sports Tab Game Without A Seller's License - 1st Violation Within 5 Years | MISD | $285 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-161 23-5-509 |
| 23-5-513 [2nd] | | | Conducting A Sports Tab Game Without A Seller's License - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-161 23-5-513 |
| 23-5-513 [3rd] | | | Conducting A Sports Tab Game Without A Seller's License - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-161 23-5-513 |
| 23-5-513 [4th] | | | Conducting A Sports Tab Game Without A Seller's License - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-161 23-5-513 |
| 23-5-603 [1st] | | | Violation Of Restrictions On Video Game Machine - 1st Violation Within 5 Years | MISD | $435 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-613 23-5-161 |
| 23-5-603 [2nd] | | | Violation Of Restrictions On Video Game Machine - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-613 23-5-161 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-5-603 [3rd] | | | Violation Of Restrictions On Video Game Machine - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-613 23-5-161 |
| 23-5-603 [4th] | | | Violation Of Restrictions On Video Game Machine - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-613 23-5-161 |
| 23-5-608 [1st] | | | Violation Of The Video Machine Limitation - 1st Violation Within 5 Years | MISD | $335 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-613 23-5-161 |
| 23-5-608 [2nd] | | | Violation Of The Video Machine Limitation - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-613 23-5-161 |
| 23-5-608 [3rd] | | | Violation Of The Video Machine Limitation - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-613 23-5-161 |
| 23-5-608 [4th] | | | Violation Of The Video Machine Limitation - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-613 23-5-161 |
| 23-5-610 [1st] | | | Violation Of The Video Gaming Machine Tax & Reporting Requirements - 1st Violation w/i 5 Yrs | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-613 23-5-161 |
| 23-5-610 [2nd] | | | Violation Of The Video Gaming Machine Tax & Reporting Requirements - 2nd Violation w/i 5 Yrs | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-613 23-5-161 |
| 23-5-610 [3rd] | | | Violation Of The Video Gaming Machine Tax & Reporting Requirements - 3rd Violation w/i 5 Yrs | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-613 23-5-161 |
| 23-5-610 [4th] | | | Violation Of The Video Gaming Machine Tax & Reporting Requirements - 4th Violation w/i 5 Yrs | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-613 23-5-161 |
| 23-5-611 [1st] | | | Violation of Permit Qualifications And Limitations Requirements - 1st Violation Within 5 Years | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-613 23-5-161 |
| 23-5-611 [2nd] | | | Violation of Permit Qualifications And Limitations Requirements - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-613 23-5-161 |
| 23-5-611 [3rd] | | | Violation of Permit Qualifications And Limitations Requirements - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-613 23-5-161 |
| 23-5-611 [4th] | | | Violation of Permit Qualifications And Limitations Requirements - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-613 23-5-161 |
| 23-5-613 | | | Violation Of The Video Gaming Machine Control Law - 1st Violation Within 5 Years | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-613 23-5-161 |
| 23-5-614 [1st] | | | Unlawful Sale of Video Gambling Machines - 1st Violation Within 5 Years | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-613 23-5-161 |
| 23-5-614 [2nd] | | | Unlawful Sale of Video Gambling Machines - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-613 23-5-161 |
| 23-5-614 [3rd] | | | Unlawful Sale of Video Gambling Machines - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-613 23-5-161 |
| 23-5-614 [4th] | | | Unlawful Sale of Video Gambling Machines - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-613 23-5-161 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-5-616 [1st] | | | Failure To Remove Machine That Fails Qualifications - 1st Violation Within 5 Years | MISD | $235 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-613 23-5-161 |
| 23-5-616 [2nd] | | | Failure To Remove Machine That Fails Qualifications - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-613 23-5-161 |
| 23-5-616 [3rd] | | | Failure To Remove Machine That Fails Qualifications - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-613 23-5-161 |
| 23-5-616 [4th] | | | Failure To Remove Machine That Fails Qualifications - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-613 23-5-161 |
| 23-5-620 [1st] | | | Violation Of Video Gambling Machine Playing Hours - 1st Violation Within 5 Years | MISD | $135 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-613 23-5-161 |
| 23-5-620 [2nd] | | | Violation Of Video Gambling Machine Playing Hours - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-613 23-5-161 |
| 23-5-620 [3rd] | | | Violation Of Video Gambling Machine Playing Hours - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-613 23-5-161 |
| 23-5-620 [4th] | | | Violation Of Video Gambling Machine Playing Hours - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-613 23-5-161 |
| 23-5-622 | | | Tampering With Video Gambling Machine To Manipulate Outcome Or Payoff | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 23-5-622(2) 23-5-162 |
| 23-5-625 [1st] | | | Manufacturing, Producing, Supplying Video Machine w/o A Distributor Lic. - 1st Violation w/i 5 Yrs | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-613 23-5-161 |
| 23-5-625 [2nd] | | | Manufacturing, Producing, Supplying Video Machine w/o A Distributor Lic. - 2nd Violation w/i 5 Yrs | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-613 23-5-161 |
| 23-5-625 [3rd] | | | Manufacturing, Producing, Supplying Video Machine w/o A Distributor Lic. - 3rd Violation w/i 5 Yrs | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-613 23-5-161 |
| 23-5-625 [4th] | | | Manufacturing, Producing, Supplying Video Machine w/o A Distributor Lic. - 4th Violation w/i 5 Yrs | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-613 23-5-161 |
| 23-5-628 [1st] | | | Refusing Inspection Of Premises, Records, And Devices - 1st Violation Within 5 Years | MISD | $385 | | $0 | $500 | $35 | N | 0 | 0 | 23-5-613 23-5-161 |
| 23-5-628 [2nd] | | | Refusing Inspection Of Premises, Records, And Devices - 2nd Violation Within 5 Years | MISD | $750 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-5-613 23-5-161 |
| 23-5-628 [3rd] | | | Refusing Inspection Of Premises, Records, And Devices - 3rd Violation Within 5 Years | MISD | $1,500 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-613 23-5-161 |
| 23-5-628 [4th] | | | Refusing Inspection Of Premises, Records, And Devices - 4th Violation Within 5 Years | MISD | $2,000 | | $0 | $10,000 | $35 | N | 0 | 1 Yr | 23-5-613 23-5-161 |
| 23-6-102 | | | Violating Requirements For Amusement Games | MISD | $285 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 23-6-107 |
| 23-6-103 | | | Conducting An Amusement Game Without A Permit - 1st Violation Within 5 Years | MISD | $285 | | $0 | $500 | $35 | N | | | 23-5-161 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 18*

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23-7-110 | | | Violation Of A State Lottery Law, Rule, Or Regulation | MISD | $535 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-7-110 |
| 23-7-301 | | | Unlawful Sale Of A Ticket Or Chance | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-7-110 |
| 23-7-302 | | | Violation Of Sales Restrictions | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 23-7-110 |
| **Title 30** | | | | | | | | | | | | | |
| 30-10-201 | | | Acting As Broker/Dealer - Unregistered | **FELONY** | **NO BOND** | | $0 | $5,000 | $80+ | Y | 0 | 10 Yrs | 30-10-306 |
| 30-10-202 | | | Offering Or Selling Unregistered Securities | **FELONY** | **NO BOND** | | $0 | $5,000 | $80+ | Y | 0 | 10 Yrs | 30-10-306 |
| 30-10-301 | | | Fraudulent & Other Prohibited Practices (Sale Of Securities) | **FELONY** | **NO BOND** | | $0 | $5,000 | $80+ | Y | 0 | 10 Yrs | 30-10-306 |
| 30-10-306 | | | Violation Of The Securities Act Of Montana | **FELONY** | **NO BOND** | | $0 | $5,000 | $80+ | Y | 0 | 10 Yrs | 30-10-306 |
| 30-11-401 | | | Failure Of Commission Merchant To Acknowledge Receipt Of Property | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 30-11-403 |
| 30-11-402 | | | Failure Of Commission Merchant To Provide Statement To Consignor | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 30-11-403 |
| 30-12-504 [1st] | | | Violation Of A Weights, Measures, Standards Or Labeling Law Or Rule - 1st Violation | MISD | $135 | | $20 | $200 | $35 | N | 0 | 3 Mo | 30-12-504(2) |
| 30-12-504 [2nd] | | | Violation Of A Weights, Measures, Standards Or Labeling Law Or Rule - 2nd Violation | MISD | $335 | | $50 | $500 | $35 | N | 0 | 1 Yr | 30-12-504(2) |
| 30-14-103 | | | Unlawful Or Fraudulent Conduct Of Trade Or Commerce | MISD | $1,035 | | $0 | $5,000 | $35 | N | 0 | 1 Yr | 30-14-142(3) |
| **Title 31** | | | | | | | | | | | | | |
| 31-1-401(1) [1] | | | Pawnbroker Operating Without A License | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 31-1-407 46-18-212 |
| 31-1-401(1) [2] | | | Pawnbroker Receiving Excessive Interest | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 31-1-407 46-18-212 |
| 31-1-402 | | | Failure Of Pawnbroker To Keep Register | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 31-1-407 46-18-212 |
| **Title 37** | | | | | | | | | | | | | |
| 37-1-317 | | | Practice By An Unlicensed Person Of A Profession Or Occupation | MISD | $535 | | $250 | $1,000 | $35 | Y | 0 | 1 Yr | 37-1-317(3) |
| 37-47-201 [1] | | | Violation Of A.R.M. Outfitters & Guides Rules | MISD | $285 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-201 [2] | | | 24-171-413(1)(2) - Fail To Obtain Or Display Watercraft ID Sticker | MISD | $185 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37-47-201 [3] | | | 24.171.509 - Fail To Have Liability Insurance | MISD | $385 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-201 [4] | | | 24.171.412(1) - Fail To Hold Current CPR/First Aid Card (Outfitter) | MISD | $385 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-201 [5] | | | 24.171.412(2) - Fail To Hold Current CPR/First Aid Card (Guide) | MISD | $285 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-201 [6] | | | 24.171.412(2)(4) - 1st Offense - Fail To Have Required Equipment On Vehicle Or Vessel | MISD | $185 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-201 [7] | | | 24.171.412(3) - Fail To Have Required First Aid Kit | MISD | $185 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-201 [8] | | | 24.171.412(4) - Fail To Have PFD On Board Vessel | MISD | $185 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-201 [9] | | | 24.171.412(4) - Fail To Require Person Under 12 To Wear PFD | MISD | $185 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-201 [10] | | | 24.171.412(5) - Fail To Carry Supplemental Means Of Power On Watercraft/Vessel | MISD | $185 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-201 [11] | | | 24.171.2301(1)(a) - Violate FWP Rule/Policy Concerning Certif Of Non-Resident Procuring Hunting Lic. | MISD | $435 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-201 [12] | | | 24.171.2301(1)(b) - Conduct Services On Public Or Private Land W/O Permission | MISD | $435 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-201 [13] | | | 24.171.2301(1)(c) - Provides Service Outside Operation Plan | MISD | $435 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-201 [14] | | | 24.171.2301(2)(a)(b)(c) - Guide Advertising Outfitter Services, Make Agmt, Collect Fees | MISD | $435 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-201 [15] | | | 24.171.2301(3)(b) - Interfere With Public Access | MISD | $435 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-201 [16] | | | 24.171.2301(3)(m) - Conduct Function Not Listed On License | MISD | $435 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-201 [17] | | | 24.171.2301(3)(g) - Harass Clients/Outfitters/ Guides/General Public Verbally Or Other | MISD | $435 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-201 [18] | | | 24.171.2301(3)(h) - Abuse Livestock | MISD | $435 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-301(1) | | | Acting As An Outfitter Or Guide Without License | MISD | $835 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-301(2) | | | Failure To Keep Or Submit Outfitter Records | MISD | $385 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-301(3) | | | Taking Game Animal In Competition | MISD | $385 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-301(4) | | | Operate On Public Land Without Proper Permits | MISD | $385 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-301(5) | | | Outfitter Misrepresentation Of Services | MISD | $385 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-301(7) | | | Hire Or Retain Guide Without License (Client Or Outfitter) | MISD | $385 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37-47-303 | | | Fail To Obtain Outfitter Endorsement | MISD | $285 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-304 | | | Making False Application For Guides License | MISD | $285 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-404(1) | | | Fail To Report Fish & Game Violation | MISD | $385 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-404(2) | | | Fail To Report Fish & Game Violation By Outfitter Or Guide | MISD | $385 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-47-404(3) | | | Retain Or Use Service Of Unlicensed Outfitter Or Guide | MISD | $385 | | $0 | $500 | $35 | N | 0 | 0 | 37-47-344 |
| 37-68-301 | B0011 | | Engaging In Electrical Work Without A License | MISD | $535 | | $0 | $500 | $35 | N | 0 | 6 Mo | 37-68-322 |
| 37-68-315 [1st] | B0012 | | Proof Of License - Electrical - 1st Offense | MISD | $535 | | $0 | $500 | $35 | N | 0 | 6 Mo | 37-68-322 |
| 37-68-315 [2nd] | B0013 | | Proof Of License - Electrical - 2nd Offense | MISD | $535 | | $0 | $500 | $35 | N | 0 | 6 Mo | 37-68-322 |
| 37-68-315 [3rd] | B0014 | | Proof Of License - Electrical - 3rd Offense | MISD | $535 | | $0 | $500 | $35 | N | 0 | 6 Mo | 37-68-322 |
| 37-68-322 | | | Violation By A Corporation Of A Law Or Rule Of Electricians Or Electrical Safety | MISD | $535 | | $0 | $1,000 | $35 | N | 0 | 0 | 37-68-322(1)(b) |
| 37-69-301 | B0018 | | Violation Of A Plumbing Rule Or Law | MISD | $535 | | $0 | $500 | $35 | N | 0 | 6 Mo | 37-69-624 46-18-212 |
| 37-69-319 [1st] | B0015 | | Proof Of License - Plumbing - 1st Offense | MISD | $535 | | $0 | $500 | $35 | N | 0 | 6 Mo | 37-69-324 |
| 37-69-319 [2nd] | B0016 | | Proof Of License - Plumbing - 2nd Offense | MISD | $535 | | $0 | $500 | $35 | N | 0 | 6 Mo | 37-69-324 |
| 37-69-319 [3rd] | B0017 | | Proof Of License - Plumbing - 3rd Offense | MISD | $535 | | $0 | $500 | $35 | N | 0 | 6 Mo | 37-69-324 |
| *Title 39* | | | | | | | | | | | | | |
| 39-71-507(4) | | | Noncompliance With Cease/Desist Order | MISD | $535 | | $0 | $500 | $35 | N | 0 | 6 Mo | 39-71-507(4) 46-18-212 |
| *Title 45* | | | | | | | | | | | | | |
| 45-5-102 | | | Deliberate Homicide | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 10 Yrs | 100 Yrs To Life | 45-5-102(2) |
| 45-5-103 | | | Mitigated Deliberate Homicide | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 2 Yrs | 40 Yrs | 45-5-103(4) |
| 45-5-104 | . | | Negligent Homicide | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 20 Yrs | 45-5-104(3) |
| 45-5-105 | | | Aiding Or Soliciting Suicide | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-5-105(2) |
| 45-5-106 | | | Vehicular Homicide While Under Influence | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 30 Yrs | 45-5-106(3) |
| 45-5-201 | | | Assault | MISD | $585 | | $0 | $500 | $85 | Y | 0 | 6 Mo | 45-5-201(2) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45-5-201(1)(a) | | | Assault, Purposely Or Knowingly Causing Bodily Injury To Another | MISD | $585 | | $0 | $500 | $85 | Y | 0 | 6 Mo | 45-5-201(2) |
| 45-5-201(1)(b) | | | Assault, Negligently Causing Bodily Injury To Another Person With A Weapon | MISD | $585 | | $0 | $500 | $85 | Y | 0 | 6 Mo | 45-5-201(2) |
| 45-5-201(1)(c) | | | Assault, Purposely Or Knowingly Making Physical Contact Of An Insulting Or Provoking Nature | MISD | $585 | | $0 | $500 | $85 | Y | 0 | 6 Mo | 45-5-201(2) |
| 45-5-201(1)(d) | | | Assault, Purposely Or Knowingly Causing Reasonable Apprehension Of Bodily Injury | MISD | $585 | | $0 | $500 | $85 | Y | 0 | 6 Mo | 45-5-201(2) |
| 45-5-202 | | | Aggravated Assault | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 20 Yrs | 45-5-202(2) |
| 45-5-203 | | | Intimidation | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-4-203(3) |
| 45-5-204 | | | Mistreating Prisoners | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-5-204(2) |
| 45-5-205(1) [1] | | | Negligent Vehicular Assault (Bodily Injury) | MISD | $1,085 | | $0 | $1,000 | $85 | N | 0 | 1 Yr | 45-5-205(2) |
| 45-5-205(1) [2] | | | Negligent Vehicular Assault (Serious Bodily Injury) | **FELONY** | **NO BOND** | | $0 | $10,000 | $80+ | Y | 0 | 5 Yrs | 45-5-205(3) |
| 45-5-206 [1st] | | | Partner Or Family Member Assault - 1st Offense | MISD | | | $100 | $1,000 | $85 | Y | 0 | 1 Yr | 45-5-206(3)(a)(i) |
| 45-5-206 [2nd] | | | Partner Or Family Member Assault - 2nd Offense | MISD | $85 | | $300 | $1,000 | $85 | Y | 0 | 1 Yr | 45-5-206(3)(a)(ii) |
| 45-5-206 [3rd+] | | | Partner Or Family Member Assault - 3rd Or Subsequent Offense | **FELONY** | **NO BOND** | | $500 | $50,000 | $80+ | Y | 30 Days | 5 Yrs | 45-5-206(3)(a)(iv) |
| 45-5-207 | | | Criminal Endangerment | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-5-207(2) |
| 45-5-208 | | | Negligent Endangerment (Substantial Risk - Death/Serious Bodily Injury) | MISD | $585 | | $0 | $1,000 | $85 | N | 0 | 1 Yr | 45-5-208(2) |
| 45-5-209(8)(a) | | | Violation Of A No Contact Order | MISD | $585 | | $0 | $500 | $85 | Y | 0 | 6 Mo | 45-5-209(8)(c) |
| 45-5-210 | | | Assault On Peace Officer/Judicial Officer - Bodily Injury | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 2 Yrs | 10 Yrs | 45-5-210(2)(a)(b) |
| 45-5-211 | | | Assault Upon Sports Official | MISD | $585 | | $0 | $1,000 | $85 | N | 0 | 6 Mo | 45-5-211(2) |
| 45-5-212 | | | Assault On A Minor | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 5 Yrs | 45-5-212(2) |
| 45-5-213 | | | Assault With Weapon | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 20 Yrs | 45-5-213(2) |
| 45-5-214 | | | Assault With Bodily Fluid | MISD | $585 | | $0 | $1,000 | $85 | N | 0 | 1 Yr | 45-5-214(2) |
| 45-5-220(3) [1st] | | | Stalking - 1st Offense | MISD | $585 | | $0 | $1,000 | $85 | N | 0 | 1Yr | 45-5-220(3) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45-5-220(3) [2nd] | | | Stalking - 2nd Offense | **FELONY** | **NO BOND** | | $0 | $10,000 | $80+ | Y | 0 | 5 Yrs | 45-5-220(3) |
| 45-5-221 | | | Malicious Intimidation Or Harassment Of Civil Or Human Rights | **FELONY** | **NO BOND** | | $0 | $5,000 | $80+ | Y | 0 | 5 Yrs | 45-5-221(3) |
| 45-5-223(1) [1] | | | Surreptitious Visual Observation Or Recordation (Resident) - 1st Violation | MISD | $585 | | $0 | $500 | $85 | Y | 0 | 6 Mo | 45-5-223(4)(a) |
| 45-5-223(1) [2] | | | Surreptitious Visual Observation Or Recordation (Resident) - 2nd Violation | MISD | $775 | | $0 | $1,000 | $85 | Y | 0 | 1 Yr | 45-5-223(4)(a) |
| 45-5-223(1) [3] | | | Surreptitious Visual Observation Or Recordation (Resident) - 3rd Violation | **FELONY** | **NO BOND** | | $0 | $10,000 | $80+ | Y | 0 | 5 Yrs | 45-5-223(4)(a) |
| 45-5-223(1) [4] | | | Surreptitious Visual Observation or Recordation (Adult - Public Place) | MISD | $775 | | $0 | $1,000 | $85 | Y | 0 | 6 Mo | 45-5-223(4)(b) |
| 45-5-223(1) [5] | | | Surreptitious Visual Observation Or Recordation - (Minor - Public Place) | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 2 Yrs | 45-5-223(4)(b) |
| 45-5-223(2) [1] | | | Surreptitious Visual Recordation In A Public Establishment By Owner/Employee/Landlord - (Adult) | MISD | $775 | | $0 | $1,000 | $85 | Y | 0 | 6 Mo | 45-5-223(4)(b) |
| 45-5-223(2) [2] | | | Surreptitious Visual Recordation In A Public Establishment By Owner/Employee/Landlord - (Minor) | **FELONY** | **NO BOND** | | $0 | $5,000 | $80+ | Y | 0 | 2 Yrs | 45-5-223(4)(b) |
| 45-5-301 | | | Unlawful Restraint | MISD | $585 | | $0 | $500 | $85 | Y | 0 | 6 Mo | 45-5-301(2) |
| 45-5-302 | | | Kidnapping | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 2 Yrs | 10 Yrs | 45-5-302(2) |
| 45-5-303 | | | Aggravated Kidnapping | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 2 Yrs | 100 Yrs | 45-5-303(2) |
| 45-5-304 | | | Custodial Interference | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-5-304(2) |
| 45-5-305(1) [1] | | | Subject Another To Involuntary Servitude | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-5-305(2)(a) |
| 45-5-305(1) [2] | | | Subject Another To Involuntary Servitude - Kidnapping | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 100 Yrs To Life | 45-5-305(2)(b) |
| 45-5-306(1) [1] | | | Trafficking Persons For Involuntary Servitude | **FELONY** | **NO BOND** | | $0 | $100,000 | $80+ | Y | 0 | 15 Yrs | 45-5-306(2)(a) |
| 45-5-306(1) [2] | | | Trafficking Persons For Involuntary Servitude - Kidnapping, Intercourse, Or Homicide | **FELONY** | **NO BOND** | | $0 | $100,000 | $80+ | Y | 0 | 100 Yrs To Life | 45-5-306(2)(b) |
| 45-5-401 | | | Robbery | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 2 Yrs | 40 Yrs | 45-5-401(2) |
| 45-5-502(1) [1] | | | Sexual Assault | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-5-502(2) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45-5-502(1) [2] | | | Sexual Assault | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | | 100 Yrs or Life | 45-5-503 |
| 45-5-502(3) | | | Sexual Assault - (Victim Less Than 16, Offender 3 Or More Years Older Than Victim) | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 4 Yrs | 100 Years Or Life | 45-5-502(3) |
| 45-5-503 | | | Sexual Intercourse Without Consent | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 100 Yrs or Life | 45-5-502(2) |
| 45-5-504(1) [1st] | | | Indecent Exposure - 1st Offense | MISD | $435 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-5-504(2)(a) |
| 45-5-504(1) [2nd] | | | Indecent Exposure - 2nd Offense | MISD | $585 | | $0 | $1,000 | $85 | N | 0 | 1 Yr | 45-5-504(2)(b) |
| 45-5-504(2) [3rd] | | | Indecent Exposure - 3rd Or Subsequent Offense | **FELONY** | **NO BOND** | | $0 | $10,000 | $80+ | Y | 0 | 5 Yrs | 45-5-504(2)(c) |
| 45-5-505 | | | Deviate Sexual Conduct | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-5-505(2) |
| 45-5-507 | | | Incest | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 100 Yrs | 45-5-507(3) |
| 45-5-601 [1] | | | Prostitution (Prostitute) | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-5-601(2)(a) |
| 45-5-601 [2] | | | Prostitution (Client) | MISD | $585 | | $0 | $1,000 | $85 | N | 0 | 1 Yr | 45-5-601(2)(b) |
| 45-5-601 [3] | | | Prostitution (Client) - 2nd Violation | **FELONY** | **NO BOND** | | $1,000 | $10,000 | $80+ | Y | 0 | 5 Yrs | 45-5-601(2)(b) |
| 45-5-601 [4] | | | Prostitution (Client - Prostitute 12 Yrs Or Younger) | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 25 Yrs | 100 Yrs | 45-5-601(3) |
| 45-5-602(1) [1] | | | Promoting Prostitution | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-5-602(2) |
| 45-5-602(1) [2] | | | Promoting Prostitution - Prostitute 12 Years Or Younger | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 25 Yrs | 100 Yrs | 45-5-602(3)(a) |
| 45-5-603(1) [1] | | | Aggravated Promotion Of Prostitution | **FELONY** | **NO BOND** | | $0 | $100,000 | $80+ | Y | 0 | 100 Yrs | 45-5-603(2) |
| 45-5-603(1) [2] | | | Aggravated Promotion Of Prostitution - Child Under Age 18 | **FELONY** | **NO BOND** | | $0 | $100,000 | $80+ | Y | 4 Yrs | 100 Yrs | 45-5-603(2)(b) |
| 45-5-603(1) [3] | | | Aggravated Promotion Of Prostitution - Child 12 Years Or Younger | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 25 Yrs | 100 Yrs | 45-5-603(2)(c) |
| 45-5-611 | | | Bigamy | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-5-611(2) |
| 45-5-612 | | | Marrying A Bigamist | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-5-612(2) |
| 45-5-621 [1] | | | Non-Support | MISD | $335 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-5-621(7)(a) |
| 45-5-621 [2] | | | Non-Support | **FELONY** | **NO BOND** | | $0 | $5,000 | $80+ | Y | 0 | 10 Yrs | 45-5-621(7)(b) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45-5-622(1) [1st] | | | Endangering Welfare Of A Child - 1st Violation | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-5-622(5)(a) |
| 45-5-622(1) [2nd] | | | Endangering Welfare Of A Child - 2nd Violation | MISD | $785 | | $0 | $1,000 | $85 | N | 0 | 6 Mo | 45-5-622(5)(a) |
| 45-5-622(3) | | | Endangering Welfare Of Children | FELONY | NO BOND | | $0 | $10,000 | $80+ | Y | 0 | 5 Yrs | 45-5-622(5)(b) |
| 45-5-623 [1st] | | | Unlawful Transactions With Children - 1st Violation | MISD | $585 | | $0 | $500 | $85 | Y | 0 | 6 Mo | 45-5-623(2) |
| 45-5-623 [2nd] | | | Unlawful Transaction With Children - 2nd Violation | MISD | $1,085 | | $0 | $1,000 | $85 | Y | 0 | 6 Mo | 45-5-623(2) |
| 45-5-624(2)(a)(i) | V0021 | | Possessing Intoxicating Substances While Under The Age Of 21 (Under Age 18) - 1st Offense | MISD | $185 | | $100 | $300 | $85 | Y | 0 | 0 | 45-5-624(2)(a) |
| 45-5-624(2)(a)(ii) | V0021 | | Possessing Intoxicating Substances While Under The Age Of 21 (Under Age 18) - 2nd Offense | MISD | $285 | | $200 | $600 | $85 | Y | 0 | 0 | 45-5-624(2)(b) |
| 45-5-624(2)(iii) | V0021 | | Possessing Intoxicating Substances While Under The Age Of 21 (Under Age 18) - 3rd Offense | MISD | $385 | | $300 | $900 | $85 | Y | 0 | 0 | 45-5-624(3)(c)(iv) |
| 45-5-624(3)(a) | V0021 | | Possessing Intoxicating Substances While Under The Age Of 21 (Over Age 18) - 1st Offense | MISD | $185 | | $100 | $300 | $85 | Y | 0 | 0 | 45-5-624(3)(a) |
| 45-5-624(3)(b) | V0021 | | Possessing Intoxicating Substances While Under The Age Of 21 (Over Age 18) - 2nd Offense | MISD | $285 | | $200 | $600 | $85 | Y | 0 | 0 | 45-5-624(3)(b) |
| 45-5-624(3)(c) | V0021 | | Possessing Intoxicating Substances While Under Age Of 21 (Over Age 18) - 3rd Or Subsequent Offense | MISD | $385 | | $300 | $900 | $85 | Y | 0 | 6 Mo | 45-5-624(3)(c) |
| 45-5-624(4) | V0021 | | Attempting To Purchase An Intoxicating Substance Under The Age Of 21 | MISD | $185 | | $0 | $150 | $85 | N | 0 | 0 | 45-5-624(4) |
| 45-5-624(6) | V0021 | | Interference With A Sentence Or Court Order | MISD | $185 | | $0 | $100 | $85 | Y | 0 | 10 Days | 45-5-624(6) |
| 45-5-625 | | | Sexual Abuse Of Children | FELONY | NO BOND | | $0 | $10,000 | $80+ | Y | 0 | 100 Yrs | 45-5-625(2)(a) |
| 45-5-626(3) [1st] | | | Violation Of A Protective Order - 1st Offense | MISD | $585 | | $0 | $500 | $85 | Y | 0 | 6 Mo | 45-5-626(3) |
| 45-5-626(3) [2nd] | | | Violation Of A Protective Order - 2nd Offense | MISD | $585 | | $200 | $500 | $85 | Y | 0 | 6 Mo | 45-5-626(3) |
| 45-5-626(3) [3rd] | | | Violation Of A Protective Order - 3rd Offense | FELONY | NO BOND | | $500 | $2,000 | $80+ | Y | 0 | 2 Yrs | 45-5-626(3) |
| 45-5-627 | | | Ritual Abuse Of A Minor | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 20 Yrs | 45-5-627(3)(a) |
| 45-5-631 | | | Interference With Parent-Child Contact | MISD | $585 | | $0 | $500 | $85 | Y | 0 | 5 Days | 45-5-631(2) |
| 45-5-632 | | | Aggravated Interference With Parent-Child Contact | FELONY | NO BOND | | $0 | $1,000 | $80+ | Y | 0 | 18 Mo | 45-5632(2) |
| 45-5-634 | | | Parenting Interference | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-5-634(2) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45-5-637(2)(a) [1st] | | | Tobacco Possession Or Consumption, Under 18 Years - 1st Offense | MISD | $135 | | $0 | $50 | $85 | Y | 0 | 0 | 45-5-637(2) |
| 45-5-637(2)(a) [2nd] | | | Tobacco Possession Or Consumption, Under 18 Years - 2nd Offense | MISD | $185 | | $75 | $100 | $85 | Y | 0 | 0 | 45-5-637(2) |
| 45-5-637(2)(a) [3rd] | | | Tobacco Possession Or Consumption, Under 18 Years - 3rd Offense | MISD | $335 | | $100 | $250 | $85 | Y | 0 | 0 | 45-5-637(2) |
| 45-5-637(4) [1st] | | | Attempt To Purchase Tobacco Under Age 18 - 1st Violation | MISD | $135 | | $0 | $50 | $85 | Y | 0 | 0 | 45-5-637(4)(a) |
| 45-5-637(4) [2nd] | | | Attempt To Purchase Tobacco Under Age 18 - 2nd Violation | MISD | $185 | | $0 | $100 | $85 | Y | 0 | 0 | 45-5-637(4)(b) |
| 45-6-101(1) [1] | | | Criminal Mischief Pecuniary Loss Less Than $1,500 | MISD | $585 | | $0 | $1,500 | $85 | N | 0 | 6 Mo | 45-6-101(3) |
| 45-6-101(1) [2] | | | Criminal Mischief Pecuniary Loss More Than $1,500 | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-6-101(3) |
| 45-6-101(1) [3] | | | Criminal Mischief To A Domesticated Hoofed Animal | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-6-101(3) |
| 45-6-101(1) [4] | | | Criminal Mischief - Interruption Or Impairment Of Public Utility Or Service | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-6-101(3) |
| 45-6-101(5) | | | Criminal Mischief On FWP Owned Or Administered Property | MISD | $535 | | $0 | $1,500 | $35 | Y | 0 | 6 Mo | 46-1-101(2) 46-1-101(3) 87-1-102(2)(e) |
| 45-6-102 [1] | | | Negligent Arson | MISD | $585 | | $0 | $500 | $85 | Y | 0 | 6 Mo | 45-6-102(2) |
| 45-6-102 [2] | | | Negligent Arson - Places Person In Danger Of Death Or Injury | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-6-102(3) |
| 45-6-103 | | | Arson Exceeds Value Of $1,500 | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 20 Yrs | 45-6-103(2) |
| 45-6-104 [1] | | | Desecration Of Capitol, Place Of Worship, Cemetery Or Public Memorial | MISD | $585 | | $0 | $1,500 | $85 | N | 0 | 6 Mo | 45-6-104(3)(a) |
| 45-6-104 [2] | | | Desecration Of Capitol, Place Of Worship, Cemetery Or Public Memorial - Damage Value Exceeds $1,500 | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-6-104(3)(b) |
| 45-6-105(1)(a) | | | Destruction/Tampering Of Communication Device To Obstruct/Prevent/Interfere-Criminal Offense Report | MISD | $785 | | $0 | $1,000 | $85 | Y | 0 | 6 Mo | 45-6-105(3) |
| 45-6-105(1)(b) | | | Destruction/Tampering Of Communication Device To Obstruct/Prevent/Interfere-Injury Or Damage Report | MISD | $785 | | $0 | $1,000 | $85 | | 0 | 6 Mo | 45-6-105(3) |
| 45-6-105(1)(c) | | | Destruction/Tampering Communication Device To Obstruct/Prevent/Interfere-Request Ambul/Med Assist | MISD | $1,085 | | $0 | $1,000 | $85 | Y | 0 | 6 Mo | 45-6-105(3) |
| 45-6-105(2) | | | Destruction Of Or Tampering Of A Communication Device - Making Unusable/Inoperable/Inaccessible | MISD | $785 | | $0 | $1,000 | $85 | Y | 0 | 6 Mo | 45-6-105(3) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45-6-106 | | | Creating Damage To Rental Property | MISD | $585 | | $0 | $1,000 | $85 | | 0 | 6 Mo | |
| 45-6-202(1) | V0026 | | Criminal Trespass To Vehicles | MISD | $185 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-6-202(2) |
| 45-6-203 | | | Criminal Trespass To Property | MISD | $185 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-6-203(2) |
| 45-6-203(3) | | | Criminal Trespass To Property Owned Or Administered By FWP | MISD | $585 | | $0 | $500 | $85 | Y | 0 | 6 Mo | 45-6-203(2) 87-1-102(2)(f) |
| 45-6-204(1) | | | Burglary | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 20 Yrs | 45-6-204(3) |
| 45-6-204(2) | | | Burglary, Aggravated | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 40 Yrs | 45-6-204(3) |
| 45-6-205 | | | Possession Of Burglary Tools | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-6-205(2) |
| 45-6-301(1) [1] | | | Theft - Obtain Or Exerts Unauthorized Control Over Property - 1st Offense | MISD | $1,085 | | $0 | $1,500 | $85 | Y | 0 | 6 Mo | 45-6-301(8)(a) |
| 45-6-301(1) [2] | | | Theft - Obtain Or Exerts Unauthorized Control Over Property - 2nd Offense | MISD | $1,585 | | $1,500 | $1,500 | $85 | Y | 0 | 6 Mo | 45-6-301(8)(a) |
| 45-6-301(1) [3] | | | Theft - Obtain Or Exerts Unauthorized Control Over Property - 3rd Or Subsequent Offense | MISD | $2,085 | | $1,500 | $1,500 | $85 | Y | 30 Days | 6 Mo | 45-6-301(8)(a) |
| 45-6-301(1) [4] | | | Theft - Obtain Or Exerts Unauthorized Control Over Property Exceeding $1,500 | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-6-301(8)(b)(i) |
| 45-6-301(1) [5] | | | Theft - Obtain Or Exerts Unauthorized Control Over Domesticated Hoofed Animal | FELONY | NO BOND | | $5,000 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-6-301(8)(b)(ii) |
| 45-6-301(2) [1] | | | Theft - Obtain By Threat Or Deception Control Over Property - 1st Offense | MISD | $1,085 | | $0 | $1,500 | $85 | Y | 0 | 6 Mo | 45-6-301(8)(a) |
| 45-6-301(2) [2] | | | Theft - Obtain By Threat Or Deception Control Over Prioerty - 2nd Offense | MISD | $1,585 | | $1,500 | $1,500 | $85 | Y | 0 | 6 Mo | 45-6-301(8)(a) |
| 45-6-301(2) [3] | | | Theft - Obtain By Threat Or Deception Control Over Property - 3rd Or Subsequent Offense | MISD | $2,085 | | $1,500 | $1,500 | $85 | Y | 30 Days | 6 Mo | 45-6-301(8)(a) |
| 45-6-301(2) [4] | | | Theft - Obtain By Threat Or Deception Control Over Property Exceeding $1,500 | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-6-301(8)(b)(i) |
| 45-6-301(2) [5] | | | Theft - Obtain By threat Or Deception Control Over Domesticated Hoofed Animal | FELONY | NO BOND | | $5,000 | $5,000 | $80+ | Y | 0 | 10 Yrs | 45-6-301(8)(b)(ii) |
| 45-6-301(3) [1] | | | Theft - Obtain Control Over Stolen Property - 1st Offense | MISD | $1,085 | | $0 | $1,500 | $85 | Y | 0 | 6 Mo | 45-6-301(8)(a) |
| 45-6-301(3) [2] | | | Theft - Obtain Control Over Stolen Property - 2nd Offense | MISD | $1,085 | | $1,500 | $1,500 | $85 | Y | 0 | 6 Mo | 45-6-301(8)(a) |
| 45-6-301(3) [3] | | | Theft - Obtain Control Over Stolen Property - 3rd Or Subsequent Offense | MISD | $2,085 | | $1,500 | $1,500 | $85 | Y | 30 Days | 6 Mo | 45-6-301(8)(a) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45-6-301(3) [4] | | | Theft - Obtaining Control Over Stolen Property Exceeding $1,500 | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 yrs | 45-6-301(8)(b)(i) |
| 45-6-301(3) [5] | | | Theft - Obtaining Control Over Stolen Domesticated Hoofed Animal | **FELONY** | **NO BOND** | | $5,000 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-6-301(8)(b)(ii) |
| 45-6-301(4) [1] | | | Theft - Obtain Or Exerts Unauthorized Control Over Public Assistance - 1st Offense | MISD | $1,085 | | $0 | $1,500 | $85 | Y | 0 | 6 Mo | 45-6-301(8)(a) |
| 45-6-301(4) [2] | | | Theft - Obtain Or Exerts Unauthorized Control Over Public Assistance - 2nd Offense | MISD | $1,585 | | $1,500 | $1,500 | $85 | Y | 0 | 6 Mo | 45-6-301(8)(a) |
| 45-6-301(4) [3] | | | Theft - Obtain Or Exerts Unauthorized Control Over Public Assistance - 3rd Or Subsequent Offense | MISD | $2,085 | | $1,500 | $1,500 | $85 | Y | 30 Days | 6 Mo | 45-6-301(8)(a) |
| 45-6-301(4) [4] | | | Theft - Obtain Or Exerts Unauthorized Control Over Public Assistance Exceeding $1,500 | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-6-301(8)(b)(i) |
| 45-6-301(5) [1] | | | Theft - Obtain/Exerts/Helps Another Obtain/Exert Control Over Worker Comp Benefits - 1st Offense | MISD | $1,085 | | $0 | $1,500 | $85 | Y | 0 | 6 Mo | 45-6-301(8)(a) |
| 45-6-301(5) [2] | | | Theft - Obtain/Exerts/Helps Another Obtain/Exert Control Over Worker Comp Benefits - 2nd Offense | MISD | $1,585 | | $1,500 | $1,500 | $85 | Y | 0 | 6 Mo | 45-6-301(8)(a) |
| 45-6-301(5) [3] | | | Theft - Obtain/Exerts/Helps Another Obtain/Exert Control Over Worker Comp Benefits-3rd Or Subsequent | MISD | $2,085 | | $1,500 | $1,500 | $85 | Y | 30 Days | 6 Mo | 45-6-301(8)(a) |
| 45-6-301(5) [4] | | | Theft - Obtain/Exerts/Helps Another Obtain/Exert Control Over Worker Comp Benefits Exceeding $1,500 | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-6-301(8)(b)(i) |
| 45-6-301(6) [1] | | | Theft By Insurance Fraud - 1st Offense | MISD | $1,085 | | $0 | $1,500 | $85 | Y | 0 | 6 Mo | 45-6-301(8)(a) |
| 45-6-301(6) [2] | | | Theft By Insurance Fraud - 2nd Offense | MISD | $1,585 | | $1,500 | $1,500 | $85 | Y | 0 | 6 Mo | 45-6-301(8)(a) |
| 45-6-301(6) [3] | | | Theft By Insurance Fraut - 3rd Or Subsequent Offense | MISD | $2,085 | | $1,500 | $1,500 | $85 | Y | 30 Days | 6 Mo | 45-6-301(8)(a) |
| 45-6-301(6) [4] | | | Theft By Insurance Fraud Of Benefits Exceeding $1,500 | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-6-301(8)(b)(i) |
| 45-6-301(7) [1] | | | Theft Of Property By Embezzlement - 1st Offense | MISD | $1,085 | | $0 | $1,500 | $85 | Y | 0 | 6 Mo | 45-6-301(8)(a) |
| 45-6-301(7) [2] | | | Theft Of Property By Embezzlement - 2nd Offense | MISD | $1,585 | | $1,500 | $1,500 | $85 | Y | 0 | 6 Mo | 45-6-301(8)(a) |
| 45-6-301(7) [3] | | | Theft Of Property By Embezzlement - 3rd Or Subsequent Offense | MISD | $2,085 | | $1,500 | $1,500 | $85 | Y | 30 Days | 6 Mo | 45-6-301(8)(a) |
| 45-6-301(7) [4] | | | Theft Of Property Exceeding $1,500 By Embezzlement | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-6-301(8)(b)(i) |
| 45-6-301(7) [5] | | | Theft Of Property Exceeding $10,000 By Embezzlement | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 1 Yr | 10 Yrs | 45-6-301(8)(c) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45-6-301(8) | | | Theft | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-6-301(8)(b) |
| 45-6-302 | | | Theft Of Lost/Mislaid Property | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-6-302(2) |
| 45-6-305(a) [1] | | | Theft Of Labor Or Services Or Use Of Property | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-6-305(2) |
| 45-6-305(a) [2] | | | Theft Of Communication Services With Intent To Defraud | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-6-305(2) 45-6-306 |
| 45-6-307 | | | Aiding Avoidance Of Telecommunication Charges | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-6-307(2) |
| 45-6-308(1) | V0028 | | Unauthorized Use Of A Motor Vehicle | MISD | $335 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-6-308(2) |
| 45-6-309 [1] | | | Failure To Return Leased/Rented/ Personal Property - Value Not Exceeding $1,500 In Value | MISD | $585 | | $0 | $1,500 | $85 | N | 0 | 6 Mo | 45-6-309(4)(a) |
| 45-6-309 [2] | | | Failure to Return Leased/Rented/Personal Property - Value Exceeding $1,500 In Value | **FELONY** | **NO BOND** | | $0 | $1,500 | $80+ | Y | 0 | 10 Yrs | 45-6-309(4)(b) |
| 45-6-311 [1] | | | Unlawful Use Of A Computer - Value Not Exceeding $1,500 In Value | MISD | $585 | | $0 | $1,500 | $85 | N | 0 | 6 Mo | 45-6-311(2) |
| 45-6-311 [2] | | | Unlawful Use Of A Computer - Value Exceeding $1,500 In Value | **FELONY** | **NO BOND** | | $0 | $1,500 | $80+ | Y | 0 | 10 Yrs | 45-6-311(2) |
| 45-6-312 [1] | | | Unauthorized Use Of Food Stamps - Value Not Exceeding $1,500 In Value | MISD | $585 | | $0 | $1,500 | $85 | N | 0 | 6 Mo | 45-6-312(2) |
| 45-6-312 [2] | | | Unauthorized Use Of Food Stamps - Value Exceeding $1,500 In Value | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-6-312(2) |
| 45-6-313(4)(a) [1st] | | | Medicaid Fraud - Value Not Exceeding $1,500 In Value - 1st Offense | MISD | $585 | | $0 | $1,500 | $85 | N | 0 | 6 Mo | 45-6-312(4)(a) |
| 45-6-313(4)(a) [2nd] | | | Medicaid Fraud - Value Not Exceeding $1,500 In Value - 2nd Offense | MISD | $585 | | $0 | $1,500 | $85 | Y | 0 | 6 Mo | 45-6-312(4)(a) |
| 45-6-313(4)(a) [3rd] | | | Medicaid Fraud - Value Not Exceeding $1,500 In Value - 3rd Offense | MISD | $585 | | $0 | $1,500 | $85 | Y | 0 | 1 Yr | 45-6-312(4)(a) |
| 45-6-313(4)(b) | | | Medicaid Fraud - Value Exceeding $1,500 In Value | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-6-313(4)(b) |
| 45-6-314 [1] | | | Theft By Disposal of Stolen Property - Value Not Exceeding $1,500 In Value | MISD | $585 | | $0 | $1,000 | $85 | N | 0 | 6 Mo | 45-6-301(8)(a) |
| 45-6-314 [2] | | | Theft By Disposal of Stolen Property - Value Exceeding $1,500 In Value | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-6-301(8)(b)(i) |
| 45-6-315 | | | Defrauding Creditors | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-6-315(3) |
| 45-6-316 | | | Issuing A Bad Check | MISD | $585 | | $0 | $1,500 | $85 | N | 0 | 6 Mo | 45-6-316(3) |
| 45-6-316(3) | | | Issuing A Bad Check Exceeding $1,500 | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-6-316(3) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45-6-317 [1] | | | Deceptive Practices | MISD | $1,085 | | $0 | $1,500 | $85 | N | 0 | 6 Mo | 45-6-317(2) |
| 45-6-317 [2] | | | Deceptive Practices Exceeding $1,500 | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-6-317(2) |
| 45-6-318 | | | Deceptive Business Practices | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-6-318(4) |
| 45-6-319 | | | Chain Distributor Scheme | MISD | $585 | | $0 | $1,000 | $85 | N | 0 | 1 Yr | 45-6-319(3) |
| 45-6-319(4) | | | Chain Distributor Scheme - 2nd Offense | **FELONY** | **NO BOND** | | $0 | $5,000 | $80+ | Y | 0 | 5 Yrs | 45-6-319(4) |
| 45-6-325 | | | Forgery | MISD | $585 | | $0 | $1,500 | $85 | N | 0 | 6 Mo | 45-6-325(4) |
| 45-6-325(4) | | | Forgery - Value Exceeding $1,500 | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 20 Yrs | 45-6-325(4) |
| 45-6-326 | | | Obscuring Identity Of Machine, Vehicle, Electrical Device, or Firearm | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-6-326(2) |
| 45-6-327 | | | Illegal Branding Or Altering Or Obscuring A Brand | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-6-327(2) |
| 45-6-332(2)(a) | | | Identity Theft - No Economic Benefit Gained Or Attempted/Economic Benefit Of Less Than $1,500 | MISD | $585 | | $0 | $1,500 | $85 | N | 0 | 6 Mo | 45-6-332(2)(a) |
| 45-6-332(2)(b) | | | Identity Theft - Economic Benefit Of $1,500 Or More Was Gained | **FELONY** | **NO BOND** | | $1,000 | $10,000 | $80+ | Y | 0 | 10 Yrs | 45-6-332(2)(b) |
| 45-6-341 [1] | | | Money Laundering - Commiting The Offense Involving A Value Less Than $1,500 | MISD | $1,085 | | $0 | $1,500 | $85 | Y | 0 | 6 Mo | 45-6-341(2) |
| 45-6-341 [2] | | | Money Laundering - Commiting The Offense Involving A Value More Than $1,500 | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 20 Yrs | 45-6-341(2) |
| 45-7-101 | | | Bribery | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-7-101(3) |
| 45-7-102 | | | Threats/Improper Influence In Official/Political Matters | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-7-102(3) |
| 45-7-103 | | | Compensation For Past Official Behavior | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-7-103(2) |
| 45-7-104 | | | Gifts To Public Servants | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-7-104(7) |
| 45-7-201(2) | | | Perjury | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-7-201(2) |
| 45-7-202 | | | False Swearing | MISD | $585 | | $0 | $1,500 | $85 | Y | 0 | 6 Mo | 45-7-202(3) |
| 45-7-203 | | | Unsworn Falsification To Authorities | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-7-203(2) |
| 45-7-204 | | | False Alarms | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-7-204(2) |
| 45-7-205 | | | False Reports To Law Enforcement Authorities (To Implicate Another, False Incident, Etc.) | MISD | $310 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-7-204(2) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45-7-206 | | | Tampering With Witness/Informant | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-7-206(2) |
| 45-7-207 | | | Tampering With Or Fabricating Physical Evidence | FELONY | NO BOND | | $0 | $10,000 | $80+ | Y | 0 | 10 Yrs | 45-7-207(2) |
| 45-7-208 | | | Tampering With Public Records Or Information | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-7-208(2) |
| 45-7-209 | | | Impersonating A Public Servant | FELONY | NO BOND | | $0 | $5,000 | $80+ | Y | 0 | 5 Yrs | 45-7-209(2) |
| 45-7-210 | | | False Claims To Public Agencies | MISD | $585 | | $0 | $1,500 | $85 | N | 0 | 6 Mo | 45-7-210(2)(a) |
| 45-7-210(2)(b) | | | False Claims To Public Agencies - Value Exceeding $1,500 In Value | FELONY | NO BOND | | $0 | $10,000 | $80+ | Y | 0 | 10 Yrs | 45-7-210(2)(b) |
| 45-7-301 | | | Resisting Arrest | MISD | $335 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-7-301(3) |
| 45-7-302(1) | | | Obstructing A Peace Officer Or Other Public Servant | MISD | $335 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-7-302(3) |
| 45-7-303(3)(a) | | | Obstructing Justice - Charged With A Felony | FELONY | NO BOND | | | | $80+ | Y | 0 | 10 Yrs | 45-7-303(3)(a) |
| 45-7-303(3)(b) | | | Obstructing Justice - Charged With A Misdemeanor | MISD | $335 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-7-303(3)(b) |
| 45-7-304 | | | Failure To Aid Peace Officer | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-7-304(3) |
| 45-7-305 | | | Compounding A Felony | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-7-304(2) |
| 45-7-306(3)(b) | | | Escape (Official Detention) | FELONY | NO BOND | | | | $80+ | Y | 0 | 20 Yrs | 45-7-306(3)(a & b) |
| 45-7-306(3)(c) | | | Escape (Official Detention) | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-7-306(3)(c) |
| 45-7-307(1)(a) [1] | | | Illegal Transfer To An Incarcerated Person | MISD | $185 | | $0 | $100 | $85 | N | 0 | 10 Days | 45-7-307(1)(b)(iii) |
| 45-7-307(1)(a) [2] | | | Illegal Transfer To Person Incarcerated In State Prison | FELONY | NO BOND | | $0 | $1,500 | $80+ | Y | 0 | 13 Mo | 45-7-307(1)(b)(iii) |
| 45-7-307(2)(b) | | | Unauthorized Communication With A Detained Person | MISD | $185 | | $0 | $100 | $85 | N | 0 | 10 Days | 45-7-307(2)(b) |
| 45-7-308 | | | Bail Jumping - Charged With A Misdemeanor | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-7-308(4) |
| 45-7-308(4) | | | Bail Jumping - Charged With A Felony | FELONY | NO BOND | | | | $80+ | Y | 0 | 10 Yrs | 45-7-308(4) |
| 45-7-309 | | | Criminal Contempt | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-7-309(2) |
| 45-7-401 | | | Official Misconduct | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-7-401(2) Original Jurisdiction In District Court |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45-7-501 | | | Employer Misconduct | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-7-501(2) |
| 45-8-101(1)(j) | | | False Reporting Of Impending Explosion (D/C) | MISD | $585 | | $0 | $1,000 | $85 | N | 0 | 1 Yr | 45-8-101(1)(j) |
| 45-8-101(2) | | | Disorderly Conduct | MISD | $185 | | $0 | $100 | $85 | N | 0 | 10 Days | 45-8-101(2) |
| 45-8-102 | | | Failure To Disperse - Two Or More Persons Engaged In Disorderly Conduct | MISD | $185 | | $0 | $100 | $85 | N | 0 | 10 Days | 45-8-102(2) |
| 45-8-103 | | | Riot | MISD | $285 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-8-103(2) |
| 45-8-103(3) | | | Riot | **FELONY** | **NO BOND** | | | | $80+ | Y | 1 Yr | 5 Yrs | 45-8-103(3) |
| 45-8-104 | | | Incitement To Riot | MISD | $285 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-8-104(2) |
| 45-8-104(3) | | | Incitement To Riot | **FELONY** | **NO BOND** | | | | $80+ | Y | 1 Yr | 5 Yrs | 45-8-104(3) |
| 45-8-105 | | | Criminal Incitement | **FELONY** | **NO BOND** | | | | $80+ | Y | 0 | 10 Yrs | 45-8-105(4) |
| 45-8-106 | | | Bring Armed Men Into State | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-8-106(2) |
| 45-8-109 | | | Civil Disorder | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-8-109(2) |
| 45-8-110 | | | Obstructing Health Care Facility Access | MISD | $185 | | $0 | $100 | $85 | N | | | 45-8-110(2) |
| 45-8-111 | | | Public Nuisance | MISD | $285 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-8-111(6) |
| 45-8-113 | | | Creating A Hazard | MISD | $285 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-8-113(2) |
| 45-8-114 | | | Failure To Yield Party Line | MISD | $110 | | $0 | $25 | $85 | N | 0 | 10 Days | 45-8-114(1) |
| 45-8-115 | | | Illegal Posting Of State And Federal Land | MISD | $285 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-8-115(2) |
| 45-8-201 | | | Obscenity | MISD | $585 | | $500 | $1,000 | $85 | N | 0 | 6 Mo | 45-8-201(4) |
| 45-8-206 | | | Public Display Or Dissemination Of Obscene Material To Minors | MISD | $305 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-8-208 |
| 45-8-209 | | | Harming A Police Dog | MISD | $1,085 | | $0 | $5,000 | $85 | Y | 0 | 1 Yr | 45-8-209(2) |
| 45-8-210 | | | Causing Animals To Fight | **FELONY** | **NO BOND** | | $0 | $5,000 | $80+ | Y | 0 | 5 Yrs | 45-8-210(2) |
| 45-8-211(2)(a) [1st] | | | Cruelty To Animals - 1st Offense | MISD | $585 | | $0 | $1,000 | $85 | N | 0 | 1 Yr | 45-8-211(2)(a) |
| 45-8-211(2)(a) [2nd+] | | | Cruelty To Animals Second Or Subsequent Offense | **FELONY** | **NO BOND** | | $0 | $2,500 | $80+ | Y | 0 | 2 Yrs | 45-8-211(2)(a) |
| 45-8-211(2)(a) [2nd] | | | Cruelty To Animals - 2nd Offense | **FELONY** | **NO BOND** | | $0 | $2,500 | $80+ | Y | 0 | 2 Yrs | 45-8-211(2)(a) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45-8-212 | | | Criminal Defamation | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-8-212(2) |
| 45-8-213(3)(a) | | | Privacy In Communications - 1st Offense | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-8-213(3)(a) |
| 45-8-213(3)(b) | | | Privacy In Communications - 2nd Offense | MISD | $585 | | $0 | $1,000 | $85 | N | 0 | 1 Yr | 45-8-213(3)(b) |
| 45-8-213(3)(c) | | | Privacy In Communication - 3rd Offense | **FELONY** | **NO BOND** | | $0 | $10,000 | $80+ | Y | 0 | 5 Yrs | 45-8-213(3)(c) |
| 45-8-214 | | | Bribery In Contests | **FELONY** | **NO BOND** | | $0 | $5,000 | $80+ | Y | 0 | 10 Yrs | 45-8-214(2) |
| 45-8-215(3) | | | Desecration Of Flags | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-8-215(3) |
| 45-8-216 | | | Unlawful Automated Telephone Solicitation | MISD | $1,085 | | $0 | $2,500 | $85 | N | 0 | 0 | 45-8-216(3) |
| 45-8-217 | | | Aggravated Animal Cruelty | **FELONY** | **NO BOND** | | $0 | $2,500 | $80+ | Y | 0 | 2 Yrs | 45-8-211(2)(a) |
| 45-8-303 | | | Possession/Use Of Machine Gun In Connection With A Crime | **FELONY** | **NO BOND** | | | | $80+ | Y | 20 Yrs | | 45-8-303 |
| 45-8-304 | | | Possession/Use Of Machine Gun For Offensive Purposes | **FELONY** | **NO BOND** | | | | $80+ | Y | 10 Yrs | | 45-8-304 |
| 45-8-313(2) | | | Unlawful Possession Of Firearm By Convicted Person | **FELONY** | **NO BOND** | | | | $80+ | Y | 2 Yrs | 10 Yrs | 45-8-313(2) |
| 45-8-316(1) | | | Carrying Concealed Weapon | MISD | $335 | | $0 | $500 | $85 | Y | 0 | 6 Mo | 45-8-316(1) |
| 45-8-316(2) | | | Carrying Concealed Weapons | **FELONY** | **NO BOND** | | $0 | $1,000 | $80+ | Y | 0 | 5 Yrs | 45-8-316(2) |
| 45-8-318 | | | Possession Of Deadly Weapon By Prisoner Or Youth In Facility | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 15 Yrs | 45-8-318(2) |
| 45-8-327 | | | Carrying Concealed Weapon While Under The Influence (Having A Valid Permit Not A Defense) | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-8-327 |
| 45-8-328 | | | Carrying A Concealed Weapon In A Prohibited Place | MISD | $335 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-8-328(2) |
| 45-8-331 | | | Switchblades | MISD | $285 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-8-331(1) |
| 45-8-333 | | | Reckless Or Malicious Use Of Explosives | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-18-212 |
| 45-8-334(2) | | | Possession Of Destructive Devices | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-8-334(2) |
| 45-8-335(2) | | | Possession Of Explosives | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 20 Yrs | 45-8-335(2) |
| 45-8-336(2) | | | Possession Of A Silencer | **FELONY** | **NO BOND** | | $1,000 | $20,000 | $80+ | Y | 0 | 30 Yrs | 45-8-336(2) |
| 45-8-339 | | | Carrying Firearms On Train | MISD | $285 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-8-339(2) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45-8-340 [1] | | | Sawed-Off Firearm (Rifle Or Shotgun) - 1st Offense | MISD | $285 | | $200 | $500 | $85 | Y | 5 Days | 6 Mo | 45-8-340(4) |
| 45-8-340 [2] | | | Sawed-Off Firearm (Rifle or Shotgun) - 2nd Plus Prior Conviction | **FELONY** | **NO BOND** | | $200 | $1,000 | $80+ | Y | 0 | 5 Yrs | 45-8-340(4) |
| 45-8-343 | | | Firing Firearms | MISD | $110 | | $0 | $25 | $85 | N | 0 | 0 | 45-8-343(1) |
| 45-8-344 | | | Unlawful Use Of / Or Permitting Use Of A Firearm By A Child Under 14 Years Of Age | MISD | $285 | | $0 | $500 | $85 | N | 0 | 6 Mo | [Parent/Guardian] 45-8-345(1) 46-18-212 |
| 45-8-361(4)(a) | | | Possession/Allowing Possession Of Weapon In School Building | MISD | $285 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-8-361(4)(a) |
| 45-8-403(3)(a) | | | Use Of Threat To Coerce Gang Membership | MISD | $585 | | $0 | $0 | $85 | N | 0 | 1 Yr | 45-8-403(3)(a) |
| 45-8-403(3)(b) | | | Use Of Violence To Coerce Gang Membership | **FELONY** | **NO BOND** | | $0 | $0 | $80+ | Y | 0 | 3 Yrs | 45-8-403(3)(b) |
| 45-8-406 | | | Supplying Of Firearms To Criminal Street Gang | MISD | $585 | | $0 | $1,000 | $85 | N | 0 | 1 Yr | 45-8-406(3) |
| 45-9-101 | | | Criminal Distribution Of Dangerous Drugs | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | To Life | See Subsection 45-9-101(2) thru (5) |
| 45-9-101(2) | | | Criminal Distribution Of Dangerous Drugs - Narcotic Or Opiate | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 2 Yrs | Or More Than Life | 45-9-101(2) |
| 45-9-101(3) [1] | | | Criminal Distribution Of Dangerous Drugs - 2nd Offense, Schedule I Or II Drug | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 10 Yrs | To Life | 45-9-101(3) |
| 45-9-101(3) [2] | | | Criminal Distribution Of Dangerous Drugs - 3rd Or Subsequent Offense, Schedule I Or II Drug | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 20 Yrs | To Life | 45-9-101(3) |
| 45-9-101(4) | | | Criminal Distribution Of Dangerous Drugs - Other Drugs | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 1 Yrs | To Life | 45-9-101(4) |
| 45-9-101(5)(a) | | | Criminal Distribution Of Dangerous Drugs - Adult Selling To A Minor - Narcotic Or Opiate | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 4 Yrs | To Life | 45-9-101(5)(a) |
| 45-9-101(5)(b) | | | Criminal Distribution Of Dangerous Drugs-Adult Selling To A Minor, 2nd Offense/Schedule I Or II Drug | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 20 Yrs | To Life | 45-9-101(5)(b) |
| 45-9-101(5)(c) | | | Criminal Distribution Of Dangerous Drugs-Adult Selling To A Minor, 3rd Offense/Schedule I or II Drug | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 40 Yrs | To Life | 45-9-101(5)(c) |
| 45-9-101(5)(d) | | | Criminal Distribution Of Dangerous Drugs - Adult Selling To A Minor, Other Drugs | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 2 Yrs | To Life | 45-9-101(5)(d) |
| 45-9-102(1) | | | Criminal Possession Of Dangerous Drugs | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 5 Yrs | 45-9-102(5) |
| 45-9-102(2) [1st] | | | Criminal Possession Of Dangerous Drugs - Marijuana (Less Than 60 Grams) - 1st Offense | MISD | $585 | | $100 | $500 | $85 | Y | 0 | 6 Mo | 45-9-102(2) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 34*

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45-9-102(2) [2nd] | | | Criminal Possession of Dangerous Drugs - Marijuana (Less Than 60 Grams) - 2nd Offense | MISD | $785 | | $0 | $1,000 | $85 | Y | 0 | 1 Yr | 45-9-102(2) |
| 45-9-102(3) | | | Criminal Possession Dangerous Drugs - Anabolic Steroid, First Offense | MISD | $585 | | $100 | $500 | $85 | Y | 0 | 6 Mo | 45-9-102(3) |
| 45-9-102(4) | | | Criminal Possession Of Dangerous Drugs/Opiate/Meth | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 5 Yrs | 45-9-102(4) |
| 45-9-102(5) | | | Criminal Possession of Dangerous Drugs - Methamphetamine, Second or Subsequent Offense | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 5 Yrs | 45-9-102(5) |
| 45-9-102(6) | | | Criminal Possession of Dangerous Drugs Not Otherwise Provided For In Subsections (2) Through (5) | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 5 Yrs | |
| 45-9-103 | | | Criminal Possession Of Dangerous Drugs With Intent To Distribute | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 20 Yrs | 45-9-103(2) & (3) |
| 45-9-103(2) | | | Criminal Possession Of Dangerous Drugs With Intent To Disbtribute - Opiate | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 2 Yrs | 20 Yrs | 45-9-103(2) |
| 45-9-104 [1st] | | | Fraudulently Obtaining Dangerous Drugs - 1st Offense | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 5 Yrs | 45-9-106 |
| 45-9-104 [2nd] | | | Fraudulently Obtaining Dangerous Drugs - 2nd Offense | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-9-106 |
| 45-9-105 | | | Altering Labels On Dangerous Drugs | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-9-106 |
| 45-9-107 | | | Criminal Possession Of Precursors To Dangerous Drugs | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 2 Yrs | 20 Yrs | 45-9-107(2) |
| 45-9-109 | | | Criminal Distribution Of Dangerous Drugs On/Near School Property | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | To Life | 45-9-109(2)(a)(b) |
| 45-9-110 | | | Criminal Production/Manufacture Of Dangerous Drugs | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | To Life | 45-9-110(2) & (3) |
| 45-9-110(2) | | | Criminal Production/Manufacture Of Dangerous Drugs - Narcotic Or Opiate | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 5 Yrs | To Life | 45-9-110(2) |
| 45-9-110(3) [1] | | | Criminal Production/Manufacture Of Dangerous Drugs- Schedule I Or II Drug Except Marijuana/2nd Offens | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 20 Yrs | To Life | 45-9-110(3) |
| 45-9-110(3) [2] | | | Criminal Production/Manufacture Of Dangerous Drugs - Schedule I Or II Drug, 3rd Offense | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 40 Yrs | To Life | 45-9-110(3) |
| 45-9-110(4) [1] | | | Criminal Production/Manufacture Of Dangerous Drugs - Marijuana Or Schedule I Or II Drug | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-9-110(4) |
| 45-9-110(4) [2] | | | Criminal Production/Manufacture Of Dangerous Drugs - Marijuana In Excess of 1 Lb or 30 Plants | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 2 Yrs | To Life | 45-9-110(4) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45-9-110(4) [3] | | | Criminal Production/Manufacture Of Dangerous Drugs - Marijuana In Excess Of 1 Pound - 2nd Offense | FELONY | NO BOND | | $0 | $100,000 | $80+ | Y | 4 Yrs | To Life | 45-9-110(4) |
| 45-9-112 [1] | | | Criminal Distribution Of Imitation Dangerous Drugs To A Person 18 Years Or Older | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 5 Yrs | 45-9-112(2) |
| 45-9-112 [2] | | | Criminal Distribution Of Imitation Dangerous Drug To A Person Under Age Of 18 | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 45-9-113(3) |
| 45-9-113 | | | Criminal Possession Of Imitation Dangerous Drugs With Purpose To Distribute | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 5 Yrs | 45-9-113(2) |
| 45-9-114 | | | Criminal Advertisement Of Imitation Dangerous Drugs | FELONY | NO BOND | | $0 | $100,000 | $80+ | Y | 0 | 10 Yrs | 45-9-114(2) |
| 45-9-115 | | | Criminal Manufacture Imitation Dangerous Drugs | FELONY | NO BOND | | $0 | $100,000 | $80+ | Y | 0 | 10 Yrs | 45-9-115(2) |
| 45-9-121 | | | Criminal Possession Of Toxic Substances | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-9-121(3) |
| 45-9-127 [1] | | | Carrying Dangerous Drugs On Train | MISD | $585 | | $100 | $500 | $85 | N | 0 | 6 Mo | 45-9-102 |
| 45-9-127 [2] | | | Carrying Dangerous Drugs On Train | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 5 Yrs | 45-9-102 |
| 45-9-132 [1] | | | Operation Of An Unlawful Clandestine Laboratory | FELONY | NO BOND | | $0 | $25,000 | $80+ | Y | 0 | 40 Yrs | 45-9-132(2) |
| 45-9-132 [2] | | | Operation Of An Unlawful Clandestine Laboratory - Risk Of Death Or Of Serious Bodily Injury | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 50 Yrs | 45-9-132(3) |
| 45-9-132 [3] | | | Operation Of An Unlawful Clandestine Laboratory - W/I 500 Feet Of Residence/Business/Church/School | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 50 Yrs | 45-9-132(3) |
| 45-9-132 [4] | | | Operation Of An Unlawful Clandestine Laboratory - In The Presence Of A Person Less Than 18 Yrs | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 50 Yrs | 45-9-132(3) |
| 45-9-132 [5] | | | Operation Of An Unlawful Clandestine Laboratory - Use Of A Firearm Or Booby Trap | FELONY | NO BOND | | $0 | $100,000 | $80+ | Y | 0 | 50 Yrs | 45-9-132(4) |
| 45-9-206(1) | | | Use Or Possession Of Property Subject To Criminal Forfeiture | FELONY | NO BOND | | $0 | | $80+ | Y | 0 | 10 Yrs + Forfeiture of Property | 45-9-206(1) |
| 45-10-103 | J1817 | | Criminal Possession Of Drug Paraphernalia | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-10-103 |
| 45-10-104 | J1827 | | Manufacture/Delivery Of Drug Paraphernalia | MISD | $585 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-10-104 |
| 45-10-105 | J1837 | | Manufacture/Delivery Of Drug Paraphernalia By A Person 18+ To A Minor (At Least 3 Yrs His Junior) | MISD | $585 | | $0 | $1,000 | $85 | N | 0 | 1 Yr | 45-10-105 |
| 45-10-106 | J1818 | | Advertisement Of Drug Paraphernalia | MISD | $285 | | $0 | $500 | $85 | N | 0 | 6 Mo | 45-10-106 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Title 46** | | | | | | | | | | | | | |
| 46-4-114 | | | Failure To Report Fetal Deaths | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 46-4-120 | | | Failure To Notify Of Finding Human Remains | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 46-18-502 | | | Persistent Felony Offender Designation | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 100 Yrs | 46-18-502 |
| 46-23-504 | | | Failure To Register As A Sexual Or Violent Offender | **FELONY** | **NO BOND** | | $0 | $10,000 | $80+ | N | 0 | 5 Yrs | 46-23-507 |
| 46-23-505 | | | Failure To Give Notice Of Change Of Address By Sexual Or Violent Offender | **FELONY** | **NO BOND** | | $0 | $10,000 | $80+ | N | 0 | 5 Yrs | 46-23-507 |
| 46-23-506 | | | Failure Of A Sexual Or Violent Offender To Register During The Required Duration | **FELONY** | **NO BOND** | | $0 | $10,000 | $80+ | N | 0 | 5 Yrs | 46-23-507 |
| 46-23-507 | | | Failing To Register As Sexual Or Violent Offender | **FELONY** | **NO BOND** | | $0 | $10,000 | $80+ | Y | 0 | 5 Yrs | 46-23-507 |
| **Title 49** | | | | | | | | | | | | | |
| 49-2-601 | | | Unlawful Discrimination Practice Or Violation Of Human Rights | MISD | $535 | | $0 | $500 | $35 | N | 0 | 6 Mo | 49-2-601 |
| 49-2-602 | | | Unlawful Housing Discrimination | MISD | $535 | | $0 | $1,000 | $35 | N | 0 | 1 Yr | 49-2-602(2)(a) |
| 49-4-101 | | | Discrimination Against Person With A Disability | MISD | $335 | | $0 | $500 | $35 | N | 0 | 6 Mo | 49-4-102 46-18-202 |
| 49-4-211 | | | Interference With Use Of Public Facility | MISD | $235 | | $0 | $500 | $35 | N | 0 | 6 Mo | 49-4-215 46-18-202 |
| 49-4-217 | | | Failure To Heed A Person Carrying A Cane Or Guide Dog | MISD | $60 | | $0 | $25 | $35 | N | 0 | 0 | 49-4-217 |
| 49-4-302(2) | V0100 | | Parking In Handicap Zone Without Permit | MISD | $135 | | $100 | $100 | $35 | N | 0 | 0 | 49-4-307 |
| **Title 50** | | | | | | | | | | | | | |
| 50-2-122 | | | Obstructing Local Health Officer In Performance Of His Duties | MISD | $135 | | $10 | $500 | $35 | N | 0 | 90 Days | 50-2-124(2) |
| 50-2-123 | | | Refuses Or Neglects To Comply With An Order Of A State Or Local Health Officer | MISD | $235 | | $10 | $500 | $35 | N | 0 | 90 Days | 50-2-124(2) |
| 50-2-124(1) | | | Violation Of A Rule Adopted By The Health Board | MISD | $135 | | $10 | $200 | $35 | N | 0 | 0 | 50-2-124(1) |
| 50-16-551 | | | Bribery Or Theft Of Healthcare Information | MISD | $5,035 | | $0 | $10,000 | $35 | Y | 0 | 1 Yr | 50-16-551 |
| 50-16-704 | | | Release Of Confidential Information | MISD | $5,035 | | $500 | $10,000 | $35 | Y | 0 | 1 Yr | 50-16-704(2) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50-32-501(1) [1] | | | Unlawful Poss/Purch/Transf/Acq Ephedrine/Pseudoephedrine/Prod Containing Ephedrine/Pseudoephedrine | MISD | $285 | | $100 | $500 | $35 | N | 0 | 1 Yr | 50-32-501(5) |
| 50-32-502(1) [2] | | | Unlawful Retail Sale Of Ephedrine/Pseudoephedrine/Products Containing Ephedrine/Pseudeophedrine | MISD | $285 | | $100 | $500 | $35 | N | 0 | 1 Yr | 50-32-501(6) |
| 50-37-103 | | | Unlawful Sale/Transportation/Use Of Fireworks | MISD | $535 | | $100 | $500 | $35 | Y | 0 | 6 Mo | 50-37-110 |
| 50-37-104(1) | | | No Smoking Sign - Fireworks | MISD | $535 | | $100 | $500 | $35 | Y | 0 | 6 Mo | 50-37-110 |
| 50-37-104(2) | | | Wholesaler's Permit - Fireworks | MISD | $535 | | $100 | $500 | $35 | Y | 0 | 6 Mo | 50-37-110 |
| 50-37-106 | | | Sale Of Fireworks Restricted To Certain Dates | MISD | $535 | | $100 | $500 | $35 | Y | 0 | 6 Mo | 50-37-110 |
| 50-40-104 [1] | | | Designation Or Reservation Of Smoking Or Non Smoking Areas - 3rd Violation | MISD | $135 | | $25 | $100 | $35 | N | 0 | 0 | 50-40-115(1) |
| 50-40-104(1) | | | Smoking In Enclosed Public Area | MISD | $85 | | $20 | $100 | $35 | N | 0 | 0 | 50-40-115(1) |
| 50-40-104(2) [1] | | | Failure To Post No Smoking Sign At A Public Entrance - 1st Violation In 3 Years | MISD | | | $0 | $0 | $0 | | 0 | 0 | 50-40-115(1) No S/C - Warning To Be Given |
| 50-40-104(2) [2] | | | Failure To Post No Smoking Sign At A Public Entrace - 2nd Violation In 3 Years | MISD | | | $0 | $0 | | N | 0 | 0 | 50-40-115(1) Written Reprimand |
| 50-40-104(2) [3] | | | Failure To Post No Smoking Sign At A Public Entrance - 3rd Violation In 3 Years | MISD | $135 | | $100 | $100 | $35 | N | 0 | 0 | 50-40-115(1) |
| 50-40-104(2) [4] | | | Failure To Post No Smoking Sign At A Public Entrance - 4th Violation In 3 Years | MISD | $235 | | $200 | $200 | $35 | N | 0 | 0 | 50-40-115(1) |
| 50-40-104(2) [5] | | | Failure To Post No Smoking Sign At A Public Entrance - 5th Violation In 3 Years | MISD | $535 | | $500 | $500 | $35 | N | 0 | 0 | 50-40-115(1) |
| 50-50-105 | | | Diseased Person Not To Handle Food | MISD | $85 | | $50 | $100 | $35 | N | 0 | 0 | 50-50-108 |
| 50-50-201 | | | License Required | MISD | $85 | | $50 | $100 | $35 | N | 0 | 0 | 50-50-108 |
| 50-50-213 | | | Return Of License For Alteration Or Destruction | MISD | $85 | | $50 | $100 | $35 | N | 0 | 0 | 50-50-108 |
| 50-50-302 | | | Health Officers And Sanitarians To Have Free Access | MISD | $85 | | $50 | $100 | $35 | N | 0 | 0 | 50-50-108 |
| 50-50-401 | | | Tagging Or Declaration Requirements For Stored Meats | MISD | $85 | | $50 | $100 | $35 | N | 0 | 0 | 50-50-108 |
| 50-51-201 | | | License Required | MISD | $85 | | $50 | $100 | $35 | N | 0 | 0 | 50-51-106 |
| 50-51-302 | | | Health Officers To Have Free Access / Hotel - Motel | MISD | $85 | | $50 | $100 | $35 | N | 0 | 0 | 50-51-106 |
| 50-52-103 | | | Duty To Obtain License And Permit Inspections | MISD | $85 | | $50 | $100 | $35 | N | 0 | 60 Days | 50-52-105 |
| 50-62-111 | | | Failure To Comply With Order Of Authorities | MISD | $235 | | $10 | $500 | $35 | N | 0 | 0 | 50-62-111 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50-63-102(1) [1] | | | Setting Or Leaving Fire Causing Damage | MISD | $335 | | $10 | $500 | $35 | N | 0 | 0 | 50-63-102(1) |
| 50-63-102(1) [2] | | | Setting Or Leaving Fire Causing Damage Malicious | **FELONY** | **NO BOND** | | $0 | $0 | $80+ | Y | 0 | 50 Yrs | 50-63-102(1) |
| 50-63-102(2) | | | Start Campfire During Closed Season | MISD | $135 | | $10 | $100 | $35 | N | 0 | 60 Days | 50-63-102(2) |
| *Title 52* | | | | | | | | | | | | | |
| 52-2-721 | | | Operating A Daycare Without A License | MISD | $135 | | $0 | $500 | $35 | N | 0 | 0 | 52-2-741 |
| 52-2-732 | | | Failure To Maintain Records/Furnish Reports/Permit Inspections | MISD | $135 | | $0 | $500 | $35 | N | 0 | 0 | 52-2-741 |
| 52-2-736 [1] | | | Administering Medicine In A Daycare Without Authorization | MISD | $535 | | $0 | $500 | $35 | Y | 0 | 6 Mo | 52-2-736(4)(a) |
| 52-2-736 [2] | | | Administering Medicine In A Daycare Without Authorization Resulting In Serious Bodily Injury | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 20 Yrs | 52-2-736(4)(b) |
| 52-3-811 | | | Makes A False Report | MISD | $235 | | $0 | $500 | $35 | N | 0 | 6 Mo | 52-3-825 46-18-212 |
| 52-3-813 | | | Confidentiality Of Records | MISD | $235 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 52-3-825(2)(a) | | | Purposefully Or Knowingly Abuse An Older Person Or A Person With A Developmental Disability | **FELONY** | **NO BOND** | | $0 | $10,000 | $80+ | Y | 0 | 10 Yrs | 52-3-825(2)(a) |
| 52-3-825(2)(b) [1st] | | | Negligent Abuse Of An Older Person Or A Person With A Developmental Disability | MISD | $560 | | $0 | $1,000 | $35 | N | 0 | 1 Yr | 52-3-825(2)(b) |
| 52-3-825(2)(b) [2nd] | | | Negligent Abuse Of An Older Person Or A Person With A Developmental Disability | **FELONY** | **NO BOND** | | $0 | $10,000 | $80+ | Y | 0 | 10 Yrs | 52-3-825(2)(b) |
| 52-3-825(3)(a) [1] | | | Exploiting An Older Person Or A Person With A Developmental Disability - Value Of Less Than $1000 | MISD | $1,060 | | $0 | $1,000 | $35 | N | 0 | 1 Yr | 52-3-825(3)(a) |
| 52-3-825(3)(a) [2] | | | Exploiting An Older Person Or A Person With A Developmental Disability - Value Of More Than $1000 | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 52-3-825(3)(a) |
| 52-5-114 | | | Aiding Resident In Leaving Or Not Returning To Youth Correctional Facility | **FELONY** | **NO BOND** | | $0 | $1,000 | $80+ | Y | 0 | 2 Yrs | 52-5-114(2) |
| *Title 60* | | | | | | | | | | | | | |
| 60-7-201 | | | Permit Livestock To Graze/Remain Upon/Occupy Highway Right Of Way | MISD | $135 | | $5 | $100 | $35 | N | 0 | 0 | 60-7-203 |
| 60-7-204 [1] | | | Violation Of Flag Escorts - Herding 10 Or More Head Of Livestock On Interstate/Primary Highway | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 60-7-205 |
| 60-7-204 [2] | | | Herding Livestock At Night - (Exception For Emergency) | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 60-7-205 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60-7-204 [3] | | | Violation Of Flag Escorts/Warning Lights - Herding Livestock At Night - Emergency | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 60-7-205 |
| **Title 61** | | | | | | | | | | | | | |
| 61-2-302 | V1108 | 2 | Violation Of Restrictions Imposed On Probationary D/L | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 61-2-302(10) |
| 61-3-107 | V8054 | | Fail To Mark Trailer With ID # Assigned By Registrar | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-204 | | | Failure To Immediately Apply For Lost Or Destroyed Title | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-220 | | | Failure To Submit For Title Transfer Within 40 Days | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-301(1) [1] | V8120 | | Operating a Vehicle Upon Public Highways W/O License Plates | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-301(1) [2] | V8121 | | Operate a Vehicle Which Has Not Been Properly Registered | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-301(1) [3] | V8123 | | Fail To Properly Secure License Plates | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-301(1) [4] | V8125 | | Operating Vehicle With License Plates Obstructed To View | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-301(3) [1] | V8122 | | Displaying Fictitious, Altered, Etc., License Plates | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-301(3) [2] | V8124 | | Displaying License Plates Assigned To Another Vehicle | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-301(3) [3] | V8127 | | Display a Prior Design Of License Plate After Issuance Of New Design | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-302 | V8140 | | Resident Operating With Foreign License & Registration | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-303 [1] | | | Operate Vehicle Without Making Application | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-303 [2] | | | Purchasing License Plates Out Of Resident County | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-312 | V8129 | | Operating With Expired Registration - Failure to Reregister | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-317 [1] | V8078 | | Operate Vehicle (New Or Used) W/O Permit Displayed On Rear Of Vehicle | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-317 [2] | V8213 | | Operate Vehicle W/O Making Application For Transfer Of Registration (40 Day Grace Period) | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-322(3) | V8053 | | Fail To Carry/Display Registration Receipt As Required | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-332(2) | V8001 | | Fail To Affix Validating Sticker To Rear License Plate | MISD | $135 | | $100 | $100 | $35 | N | 0 | 30 Days | 61-3-455 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 40*

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-3-334 | V8211 | | Fail Of Transferor To Remove License Plates From Transferred Vehicle | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-335(1) | V8212 | | Improper Or Illegal Use Of License Plates Before Transfer | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-341 | V8214 | | Fail To Replace Lost/Mutilated Certificate Of Registration | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-411(1) | V8010 | | Use Pioneer/Vintage Plates For General Transportation | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-411(4) | V8011 | | Fail To Renew Pioneer/Vintage Plates When Vehicle Changes Owners | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-412(4) | V8012 | | Fail To Affix Decal To Collectors Motor Vehicle | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-425 [1] | V8020 | | Violation In Display/Use Of Amateur Radio License Plates | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-425 [2] | V8030 | | Fail To Surrender Amateur Radio Plates When Required | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-431(1)(a) | V3175 | | Fail To Display Dealer Plate On Special Mobile Equipment | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-431(1)(b) | S3174 | | Fail To Have 40 Day Temp Registration Permit (Fertilizer Application Vehicles) Upon Entering State | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-434 [1] | V3176 | | Fail to Carry Receipt for Special Mobile Equipment | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-434 [2] | V3177 | | Fail to Display Special Mobile Equip Receipt for Inspection | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-458 | V8049 | | Improperly Retain/Fail To Surrender Special Military/Veteran License Plates Upon Becoming Ineligible | MISD | $135 | | $100 | $100 | $35 | N | 0 | 30 Days | 61-3-455 |
| 61-3-460 | | | Non-Payment Of Fees For Veterans License Plates | MISD | $135 | | $100 | $100 | $35 | N | 0 | 30 Days | 61-3-455 |
| 61-3-520(1) | V8044 | | Vehicle Filming Movies Or TV W/O Reg Over 180 Days | MISD | $85 | | $0 | $500 | $35 | N | | | 61-3-601 |
| 61-3-603 | V8170 | 12 | Alter Or Forge Certificate Of Ownership Or Certificate Of Title | **FELONY** | **NO BOND** | | $0 | $5,000 | $80+ | Y | 0 | 10 Yrs | 61-3-603 |
| 61-3-604(1) | | 12 | Removing/Falsifying Vehicle ID Number | **FELONY** | **NO BOND** | | $0 | $5,000 | $80+ | Y | 0 | 10 Yrs | 61-3-604(1) |
| 61-3-604(2) [1] | | | Sell Vehicle Without Original Identification Number - 1st Offense | MISD | $535 | | $200 | $500 | $35 | Y | 0 | 6 Mo | 61-3-604(2) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 41*

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-3-604(2) [2] | | 12 | Sell Vehicle Without Original Identification Number - 2nd Or Sub Offense | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 5 Yrs | 61-3-604(2) |
| 61-3-607(1) | | 12 | Tampering With Odometer | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 61-3-607(2) |
| 61-3-701(1) | V8150 | | Fail To Register O/S MV When Used For Hire Or Person Gainfully Employed In Montana | MISD | $85 | | $10 | $50 | $35 | N | 0 | 30 Days | 61-3-704 |
| 61-3-701(2) | V8151 | | Fail To Display Montana Plates On O/S Vehicle When Used For Hire | MISD | $85 | | $10 | $50 | $35 | N | 0 | 30 Days | 61-3-704 |
| 61-3-702 | V8160 | | Fail To Display License Plates From Other State Or Foreign Country | MISD | $85 | | $10 | $50 | $35 | N | 0 | 30 Days | 61-3-704 |
| 61-3-708 | V8161 | | Interstate/International Motor Carrier Operating W/O Pymnt Of Fee Req For Coop/Recip Reg (SSRS) | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-709(1) | V8162 | | Operating Vehicle Over 10,000 GVW W/O Proper Markings | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-3-721 | S8163 | | Operating Vehicle With Expired Staggered Trailer Registration | MISD | $85 | | $0 | $500 | $35 | N | 0 | 0 | 61-3-601 |
| 61-4-101(1) | | | Operating a MV Consignment Lot Or Business W/O Dealer License | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-101(2)(c) | | | Sale/Trade/Consign Unauthorized Vehicle Type | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-101(2)(d) | | | Dealer Operating Without a Valid Dealer License (Cancelled, Surrendered, Suspended, Revoked) | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-102(5) | | | Improper Use Of Dealer Plates - No Monroney/Buyer's Guide Label Displayed | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-102(6) | | | Use Of Dealer Plates On Vehicle Used For Hire, Lease, Or Rental | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-104(1) | | | Dealer Fail To Maintain Record Of Purchase, Sale, Or Consignment Of Vehicle | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-104(2) | | | Dealer Fail To Have Assign Cert Of Title For Acquired Veh/Fail To Assign Cert Of Title For Veh Sold | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-110(1) | | | Dealer Fail To Timely Pay Outstanding Loan On Vehicle Accepted In Trade, Sold To Another, Or Consign | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-110(2) | | | Failure Of Secured Party To Forward Lien Release To Department Within Prescribed Time Period | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-111(2)(a) | | | Dealer Fail To Forward Documents To County Treasurer Within 30 Calendar Days Of Sale (Used Vehicle) | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-119 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 42*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-4-112(1)(a) | | | Dealer Fail To Fwd Documents To County Treas. W/I 30 Calendar Days Of Date Of Delivery (New Vehicle) | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-119(a) |
| 61-4-113 | | | New Motor Vehicles Towed Into State To Be Labeled | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-120 | | | Application For Auto Auction License | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-121(1) | | | Dealer Issuing More Than One Temporary Registration Permit | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-123(1) [1] | | | Dealer Offer Vehicle For Sale Not Authorized Under Dealer License | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-123(1) [2] | | | Dealer Using Dealer/Demonstrator Plate On Vehicle Type For Which Dealer Not Licensed | MISD | $285 | | $250 | $500 | $35 | N | 0 | | 61-4-105(1) |
| 61-4-123(2) | | | Dealer Fail To Conspicuously Display Monroney Or Buyers Guide Label Within Vehicle Displayed | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-123(3) | | | Dealer Sell Or Display Vehicle Offered For Sale At Other Than Dealers Established Place Of Business | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-123(4) [1] | | | Dealer Fail To Obtain / Display Off - Premises Sale Permit | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-123(4) [2] | | | Dealer Exceeding 10 Consecutive Days For Off - Premises Sale | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-123(5) | | | Dealer Fail To Segregate And Clearly Identify Inventory/Records On Shared Lot | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-123(6) | | | Dealer Fail To Maintain Telephone Service At Established Place Of Business | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-123(7) | | | Dealer Fail To Conspicuously Post Regular And Customary Office Hours Maintained | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-123(8) | | | Dealer Fail To Maintain Liability Insurance On Vehicle Bearing Dealer Or Demonstrator Plates | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-123(9) | | | Dealer Fail To Maintain Prescribed Signage On Dealer Lot | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-124 | | | Dealer License Renewal | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-129(2) | | | Improper Use Of Demonstrator Plates | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-130(3) | | | Improper Use Of Courtesy Plates | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-105(1) |
| 61-4-143 [1st] | | | Display/Parking Vehicle Offered For Sale On Real Property Owned By Another - 1st Violation - WARNING | | $0 | | $0 | $0 | $0 | N | WARNING | WARNING | 61-4-143(3)(a) WARNING |
| 61-4-143 [2nd] | | | Display/Parking Vehicle Offered For Sale On Real Property Owned By Another - 2nd Or Subsequent | MISD | $285 | | $250 | $500 | $35 | N | 0 | 0 | 61-4-143(3)(b) |
| 61-4-202 | | | Violation Of License Requirements | MISD | $535 | | $500 | $1,000 | $35 | N | 0 | 0 | 61-4-210(1) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-4-202(4) | | | Failure To Notify Of Changes Or Revisions | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-4-210(2) |
| 61-4-301(2) [1] | S8128 | | Improper Use of Transit Plates | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 61-4-301(2) [2] | S3210 | | Operating With Expired Transit Plates | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 61-4-307 | S3220 | | Improper Display Of Transit Plates | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 61-4-310 | V8130 | | Violation In Use Of a Single Movement Permit | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 61-4-403 | V8175 | | Certain Financing Agreements Prohibited | **FELONY** | **NO BOND** | | $0 | $5,000 | $80+ | Y | 0 | 5 Yrs | 61-4-405 |
| 61-5-102(1) [1] | V1000 | | Driving Without a Valid Drivers License | MISD | $235 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-102(1)(b) **61-5-102(1)(c) - Not subject to a penalty if a valid license expired within 90 days of NTA** |
| 61-5-102(1) [2] | V1100 | 2 | Driving Without a Valid Drivers License - Has Never Possessed | MISD | $235 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-102(1)(b) |
| 61-5-102(1) [3] | | | Driving Without A Valid Drivers License - 2nd Offense | MISD | $535 | | $0 | $500 | $35 | Y | 2 Days | 6 Mo | 61-5-102(1)(b) **61-5-102(1)(c) - Not subject to a penalty if a valid license expired within 90 days of NTA** |
| 61-5-102(1) [4] | V1001 | | Fail To Surrender O/S D/L | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-102(1)(b) |
| 61-5-102(1) [5] | V1002 | 2 | Possessing More Than One D/L | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-102(1)(b) |
| 61-5-102(1) [6] | V1050 | 2 | Having In Possession Or Control More Than One MT D/L | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-102(1)(b) |
| 61-5-102(2)(a) | V1051 | 2 | No Motorcycle Endorsement | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-102(1)(b) |
| 61-5-102(2)(b) [1] | V1052 | 2 | Operating a Commercial Motor Vehicle Without a Commercial Drivers License | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-102(1)(b) |
| 61-5-102(2)(b) [2] | V1053 | 2 | Operating a Commercial MV Without Proper Endorsement For Vehicle Type, Passengers, Or Cargo Type | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-102(1)(b) |
| 61-5-103(1) | V1006 | 2 | MT Resident Operate W/Foreign D/L Over 60 Days | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307 |
| 61-5-103(2) | V1007 | 2 | MT Resident Operating a Commercial Motor Vehicle With Foreign CDL / Endorsement Over 30 Days | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-5-104(1) | V1010 | 2 | Violate D/L Privilege Of Gov Veh Drivers | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307 |
| 61-5-104(1)(d) | V1011 | 2 | Violate Of D/L Privilege Granted Road Machinery, Etc. | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307 |
| 61-5-104(5) [1] | V1012 | 2 | Fail To Renew Drivers License Within 30 Days From Military Separation | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307 |
| 61-5-104(5) [2] | V1013 | 2 | Fail To Have Proof Of Separation Military D/L | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307 |
| 61-5-106(1) | V1030 | 2 | Violation Of Restrictions On Instruction Permit | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307 |
| 61-5-106(2) | V1031 | 2 | Violation In Use Of Traffic Ed. Learners License | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307 |
| 61-5-106(3)(b) | V1032 | 2 | Fail To Have Temporary Driving Permit In Possession | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307 |
| 61-5-107(2) [1] | V1040 | 2 | Fail To Give Complete Accurate Information On D/L App | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307 |
| 61-5-107(2) [2] | V1041 | 2 | Fail To Give Complete Accurate Information On CV App | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307 |
| 61-5-113(4) | V1070 | 2 | Operating In Violation Of Restrictions Imposed On D/L | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307 |
| 61-5-115 [1] | V1090 | | Fail To Notify Department Of Change Of Address | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307 |
| 61-5-115 [2] | V1091 | | Fail To Notify Department Of Change Of Name | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307 |
| 61-5-116 [1] | V1060 | 2 | Fail To Have D/L In Immediate Possession (License To Be Carried And Exhibited On Demand) | MISD | $60 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307 |
| 61-5-116 [2] | V1061 | 2 | Fail To Display Drivers License When Demanded | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307 |
| 61-5-120 | V1062 | 2 | Violation Of Medical Assessment And Rehabilitation Driving Permit | MISD | $75 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307 |
| 61-5-133 | V1063 | 2 | Violate First Year Restrictions On Driver's License Issued To Minor | | $0 | | $0 | $0 | $0 | Y | 0* | 0* | 61-5-134* No Fines/Fees/SC 20 - 60 Hrs  CS |
| 61-5-133(a) | V1063 | 2 | Violate First Year Restrictions:  Operate Motor Vehicle Without Using Seatbelt | | $0 | | $0 | $0 | $0 | Y | 0* | 0* | 61-5-134* No Fines/Fees/SC 20 - 60 Hrs  CS |
| 61-5-133(b) | V1063 | 2 | Violate First Year Restrictions:  Operate Motor Vehicle Between The Hours Of 11 PM & 5 AM | | $0 | | $0 | $0 | $0 | Y | 0* | 0* | 61-5-134* No Fines/Fees/SC 20 - 60 Hrs  CS |
| 61-5-133(b)(iii) | V1063 | 2 | Violate First Year Restrictions:  Operate Motorcycle With A Passenger Under 18 Years | | $0 | | $0 | $0 | $0 | Y | 0* | 0* | 61-5-134* No Fines/Fees/SC 20 - 60 Hrs  CS |
| 61-5-133(c) | V1063 | 2 | Violate First Year Restrictions:  Operate Motor Vehicle With More Than 1 Passenger Under Age 18 | | $0 | | $0 | $0 | $0 | Y | 0* | 0* | 61-5-134* No Fines/Fees/SC 20 - 60 Hrs  CS |

**\*On a 2nd violation under 61-5-134, MVD is to suspend the offender's driver's license - No probationary license,  Penalty remains not less than 20 hours or more than 60 hours of community service.**

**45-2-101(42) - A MISD is defined as an offense having a fine or jail of 1 year or less.  Offense under 61-5-134 is not a MISD.  It is a violation, no surcharges charge under 46-18-236, 3-1-317, or 3-1-318.**

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-5-134 | V1064 | 2 | Operation of Motor Vehicle By Minor In Violation Of Restricted 1st Year Driver License | | $0 | | $0 | $0 | $0 | Y | 0* | 0* | 61-5-134* No Fines/Fees/SC 20 - 60 Hrs CS |
| 61-5-206(2) | V1111 | | Fail To Surrender All D/L In Possession Before Receiving Prob D/L | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307 |
| 61-5-210 | V1140 | 2 | Operating With Foreign D/L When Privilege Suspended/Revoked By MT | MISD | $285 | | $0 | $500 | $35 | Y | 0 | 6 Mo | 61-5-212(1)(b) |
| 61-5-212(1)(i) | V1170 | 6 | Driving a Motor Vehicle While Privilege To Do So Is Suspended Or Revoked | MISD | $285 | | $0 | $500 | $35 | Y | 0 | 6 Mo | 61-5-212(1)(b) |
| 61-5-212(1)(ii) | V1171 | 6 | Driving a CMV While CDL Is Revoked/Suspended/Cancelled, Or Person Is Disqualified Under Federal Reg | MISD | $285 | | $0 | $500 | $35 | Y | 0 | 6 Mo | 61-5-212(1)(b) |
| 61-5-302(1) [1] | V1150 | 2 | Display Invalid D/L / ID (Cancel/Rev/Susp/ Fictitious Or Altered) | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307(1) |
| 61-5-302(1) [2] | V1151 | 2 | Possessing An Invalid D/L / ID | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307(2) |
| 61-5-302(2) | V1152 | 2 | Permitting The Use Of Your D/L By Another | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307(2) |
| 61-5-302(3) | V1153 | 2 | Display Or Represent As One's Own The D/L / ID Of Another | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307(2) |
| 61-5-302(4) | V1154 | | Fail To Surrender Suspended Revoked Or Canceled D/L / ID | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307(2) |
| 61-5-302(5) [1] | V1080 | 2 | Falsifying Affidavit To Obtain D/L / ID | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307(2) |
| 61-5-302(5) [2] | V1155 | 2 | Using False Or Fictitious Name On D/L / ID Application | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307(2) |
| 61-5-302(5) [3] | V1156 | 2 | Making a False Statement In D/L Or ID Card Application | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307(2) |
| 61-5-302(5) [4] | V1157 | 2 | Concealing a Material Fact In D/L / ID Application | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307(4) |
| 61-5-302(6) | V1159 | | Permitting Unlawful Use Of D/L / ID | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307(2) |
| 61-5-303 | V1160 | | Making False Affidavit Concerning D/L Matters | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307(2) |
| 61-5-304 | V1180 | | Permitting Unauthorized Minor To Drive | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307(2) |
| 61-5-305 | V1190 | | Employing Unlicensed CVO | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307(2) |
| 61-5-306(1) | V1200 | | Rent Vehicle To Unlicensed Driver | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307(2) |
| 61-5-306(2) | V1201 | | Rent Vehicle W/O Inspecting Driver's License | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307(2) |
| 61-5-306(3) | V1207 | | Rent Commercial Motor Vehicle Without Inspection And Determination Of a CDL | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307(2) |
| 61-5-306(4) | V1202 | | Fail To Keep Record When Renting Vehicles | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307(2) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-5-309 | V1204 | | Unlawful Issue Of Montana D/L Or ID Card | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-5-307(2) |
| 61-6-112 | V1205 | | Failure To Return Or Surrender License | MISD | $135 | | $0 | $500 | $35 | N | 0 | 30 Days | 61-6-151(3) |
| 61-6-151(1) [1] | V9011 | | Forge Proof Of Responsibility | MISD | $285 | | $0 | $1,000 | $35 | N | 0 | 1 Yr | 61-6-151(1) |
| 61-6-151(1) [2] | V9012 | | Signing W/O Authority/Proof Of Responsibility | MISD | $285 | | $0 | $1,000 | $35 | N | 0 | 1 Yr | 61-6-151(1) |
| 61-6-151(1) [3] | V9013 | | File Evidence Of Proof Responsibility Known to Be False | MISD | $285 | | $0 | $1,000 | $35 | N | 0 | 1 Yr | 61-6-151(1) |
| 61-6-151(2) | V9014 | 6 | Driving In Violation Of Proof Of Financial Responsibility Requirement - Suspended Or Revoked | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-6-151(2) |
| 61-6-301(1) [1st] | V9009 | | Owner Permitting Operation Of Vehicle Without Liability Insurance - 1st Offense | MISD | $285 | | $250 | $500 | $35 | N | 0 | 10 Days | 61-6-304 |
| 61-6-301(1) [2nd] | V9009 | | Owner Permitting Operation Of Vehicle Without Liability Insurance - 2nd Offense | MISD | $385 | | $350 | $350 | $35 | N | 0 | 10 Days | 61-6-304 |
| 61-6-301(1) [3rd] | V9009 | | Owner Permitting Operation Of Vehicle Without Liability Insurance - 3rd & Subsequent Offense | MISD | $585 | | $500 | $500 | $35 | N | 0 | 6 Mo | 61-6-304 |
| 61-6-301(4) [1st] | V9017 | 5 | Operating Without Liability Insurance In Effect - 1st Offense | MISD | $285 | | $250 | $500 | $35 | N | 0 | 10 Days | 61-6-304 |
| 61-6-301(4) [2nd] | V9017 | 5 | Operating Without Liability Insurance In Effect - 2nd Offense | MISD | $385 | | $350 | $350 | $35 | N | 0 | 10 Days | 61-6-304 |
| 61-6-301(4) [3rd+] | V9017 | 5 | Operating Without Liability Insurance In Effect - 3rd or Subsequent Offense | MISD | $535 | | $500 | $500 | $35 | N | 0 | 6 Mo | 61-6-304 (4th Or Subsequent Collect DL) |
| 61-6-302(2) [1st] | V9019 | 5 | Fail To Carry Proof Or Exhibit/Insurance In Vehicle - Owner Or Operator - 1st Offense | MISD | $285 | | $250 | $500 | $35 | N | 0 | 10 Days | 61-6-304 |
| 61-6-302(2) [2nd] | V9019 | 5 | Fail To Carry Proof Or Exhibit/Insurance In Vehicle - Owner Or Operator - 2nd Offense | MISD | $385 | | $350 | $350 | $35 | N | 0 | 10 Days | 61-6-304 |
| 61-6-302(2) [3rd+] | V9019 | 5 | Fail To Carry Proof Or Exhibit/Insurance In Vehicle - Owner Or Operator - 3rd Or Subsequent Offense | MISD | $535 | | $500 | $500 | $35 | N | 0 | 6 Mo | 61-6-304 (4th Or Subsequent Collect DL) |
| 61-7-103(1) [1] | V4000 | 8 | Fail To Stop Immediately At Accident Scene - Injured Person | MISD | $1,035 | | $100 | $5,000 | $35 | Y | 0 | 1 Yr | 61-7-103(2) |
| 61-7-103(1) [2] | V4001 | 8 | Fail To Remain At Accident Scene Where Person Injured | MISD | $1,035 | | $100 | $5,000 | $35 | Y | 0 | 1 Yr | 61-7-103(2) |
| 61-7-103(1) [3] | V4002 | 8 | Fail To Stop Immediately At Scene Involving Death Or Personal Injury | FELONY | NO BOND | | $100 | $5,000 | $80+ | Y | 0 | 1 Yr | 61-7-103(2) |
| 61-7-103(1) [4] | V4003 | 8 | Fail To Remain At Accident Scene Involving Death Or Personal Injury | FELONY | NO BOND | | $100 | $5,000 | $80+ | Y | 0 | 1 Yr | 61-7-103(2) |
| 61-7-103(1) [5] | V4004 | 2 | Improper Parking at Injury/Fatality Crash Scene | MISD | $1,035 | | $100 | $5,000 | $35 | Y | 0 | 1 Yr | 61-7-103(2) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-7-104(1) [1] | V4010 | 4 | Fail To Stop Immediately At Prop Damage Accident Scene (2 Vehicles - Both Attended) | MISD | $285 | | $200 | $300 | $35 | N | 0 | 20 Days | 61-7-118(1) |
| 61-7-104(1) [2] | V4011 | 4 | Fail To Remain At Property Accident Scene (2 Vehicles - Both Attended) | MISD | $285 | | $200 | $300 | $35 | N | 0 | 20 Days | 61-7-118(2) |
| 61-7-104(1) [3] | V4012 | 2 | Improper Parking at Prop Damage Accident Scene (2 Vehicles - Both Attended) | MISD | $285 | | $200 | $300 | $35 | N | 0 | 20 Days | 61-7-118(1) |
| 61-7-105 [1] | V4020 | 4 | Fail To ID Self And Vehicle When Involved In Accident (2 Vehicles - Both Attended) | MISD | $285 | | $200 | $300 | $35 | N | 0 | 20 Days | 61-7-118(1) |
| 61-7-105 [2] | V4021 | 2 | Fail to Show D/L to Other Parties Involved in Accident (2 Vehicles - Both Attended) | MISD | $285 | | $200 | $300 | $35 | N | 0 | 20 Days | 61-7-118(1) |
| 61-7-105 [3] | V4022 | 8 | Fail To Render Reasonable Assistance To Injured (2 Vehicles - Both Attended) | MISD | $285 | | $200 | $300 | $35 | N | 0 | 20 Days | 61-7-118(1) |
| 61-7-106 [1] | V4030 | 4 | Fail To Stop And ID Self After Striking Unattended Vehicle | MISD | $285 | | $200 | $300 | $35 | N | 0 | 20 Days | 61-7-118(1) |
| 61-7-106 [2] | V4031 | 4 | Fail To Leave Identity In Unattended Struck Vehicle | MISD | $285 | | $200 | $300 | $35 | N | 0 | 20 Days | 61-7-118(1) |
| 61-7-107 | V4040 | 4 | Fail To Notify Owner After Accident Resulting In Damage To Prop/Fixtures Along Hwy | MISD | $285 | | $200 | $300 | $35 | N | 0 | 20 Days | 61-7-118(1) |
| 61-7-108 | V4050 | 4 | Fail To Give Notice Of Accident By Quickest Means/Apparent Damage Over $500 | MISD | $235 | | $200 | $300 | $35 | N | 0 | 20 Days | 61-7-118(1) |
| 61-7-109(1) | V4060 | 4 | Fail To Submit Written Report Of Accident Within 10 Days | MISD | $285 | | $200 | $300 | $35 | N | 0 | 20 Days | 61-7-118(1) |
| 61-7-109(2) | V4061 | 4 | Fail To Provide Supplemental Info Of Accident When Requested | MISD | $285 | | $200 | $300 | $35 | N | 0 | 20 Days | 61-7-118(1) |
| 61-7-110(2) | V4070 | 4 | Failure Of Passenger To Give Immediate Notice/Driver Unable | MISD | $285 | | $200 | $300 | $35 | N | 0 | 20 Days | 61-7-118(1) |
| 61-7-110(3) | V4071 | 4 | Failure Of Vehicle Owner To Submit Written Report/Driver Unable | MISD | $285 | | $200 | $300 | $35 | N | 0 | 20 Days | 61-7-118(1) |
| 61-7-110(4) | V4072 | 4 | Giving False Info In Written Accident Report | MISD | $285 | | $200 | $300 | $35 | N | 0 | 20 Days | 61-7-118(1) |
| 61-7-112 | | | Failure Of Coroner To Report Traffic Death To Dept | MISD | $285 | | $200 | $300 | $35 | N | 0 | 20 Days | 61-7-118(1) |
| 61-7-113 | | | Failure Of Garage Persons To Report Gunshots/Accidents | MISD | $285 | | $200 | $300 | $35 | N | 0 | 20 Days | 61-7-118(1) |
| 61-8-105 | V5000 | 2 | Disobedience To Direction Of Safety/Peace Officer | MISD | $135 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(1) |
| 61-8-107 | V5010 | 2 | Reckless Or Unsafe Operation of Authorized Emergency Vehicle | MISD | $135 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(1) |
| 61-8-108 | V5020 | | Violation In Operation Of Animal-Drawn Vehicle | MISD | $135 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(1) |
| 61-8-201 | V5050 | 2 | Fail To Obey Instructions Of Traffic Control Devices | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(1) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-8-203(3) | V5051 | 2 | Erect a Sign, Marker, Emblem, Or Traffic Control Device W/O Authority | MISD | $85 | | $25 | $300 | $35 | N | 0 | 0 | 61-8-712 |
| 61-8-207(1) [1] | V5060 | 2 | Fail To Yield ROW To Vehicle When Obeying Green Traffic Signal | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(1) |
| 61-8-207(1) [2] | V5061 | 2 | Fail To Yield ROW To Pedestrian When Obeying Green Traffic Signal | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(1) |
| 61-8-207(1)(b) | V5064 | 2 | Fail/Yield ROW To Pedestrian Or Traffic When Obey Green Arrow Signal | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(1) |
| 61-8-207(3) | V5063 | 2 | Fail To Obey Red (Stop) Traffic Signal | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(1) |
| 61-8-207(4) | V5065 | 2 | Fail To Obey Traffic Control Signal At a Place Other Than An Intersection | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(1) |
| 61-8-208(2) | V5070 | | Traffic Signal Violation By Pedestrian | MISD | $60 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(1) |
| 61-8-209(1) | V5080 | 2 | Flashing Signal Violation (Red Or Yellow) | MISD | $60 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(1) |
| 61-8-210 | V5090 | | Displaying Unauthorized Sign/Signals/ Markings On Hwy | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(1) |
| 61-8-212 | V5091 | 2 | Fail To Stop At Intersection With An Inoperative Electronic Traffic Control Device | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711 |
| 61-8-301 [D/BI] | V5125 | 5 | Reckless Driving Involving Death Or Serious Bodily Injury | MISD | $2,035 | | $0 | $10,000 | $35 | Y | 0 | 1 Yr | 61-8-715(2) |
| 61-8-301(1)(a) [1st] | V5120 | 5 | Reckless Driving - 1st Offense | MISD | $185 | | $25 | $300 | $35 | Y | 0 | 90 Days | 61-8-715(1) |
| 61-8-301(1)(a) [2nd] | V5120 | 5 | Reckless Driving - 2nd Or Subsequent Offense | MISD | $385 | | $50 | $500 | $35 | Y | 10 Days | 6 Mo | 61-8-715(1) |
| 61-8-301(1)(b) [1st] | V5122 | 5 | Reckless Driving While Passing A School Bus - 1st Offense | MISD | $185 | | $25 | $300 | $35 | Y | 0 | 90 Days | 61-8-715(1) |
| 61-8-301(1)(b) [2nd] | V5122 | 5 | Reckless Driving While Passing A School Bus - 2nd Or Subsequent Offense | MISD | $335 | | $50 | $500 | $35 | Y | 10 Days | 6 Mo | 61-8-715(1) |
| 61-8-301(4)(a) [1st] | V5123 | 5 | Reckless Endangerment Of a Highway Worker - 1st Offense | MISD | $185 | | $25 | $300 | $35 | Y | 0 | 90 Days | 61-8-715(1) |
| 61-8-301(4)(a) [2nd] | V5123 | 5 | Reckless endangerment Of Highway Worker - 2nd Or Subsequent Offense | MISD | $385 | | $50 | $500 | $35 | Y | 10 Days | 6 Mo | 61-8-715(1) |
| 61-8-302(1) [1] | V5134 | 2 | Careless Driving | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-716 |
| 61-8-302(1) [2] | V5135 | 2 | Careless Driving involving Death Or Serious Bodily Injury - MCA 61-8-716 | MISD | $1,035 | | $0 | $5,000 | $35 | N | 0 | 6 Mo | 61-8-716 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 49*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-8-303(1)(a) [1] | V5147N | 3 | Speeding Interstate Urban - Exceed Night Limit Of 65 | MISD | | | | See Miles Over Schedule | | | | | 61-8-725 |
| | | | 1-10 MPH Over Limit | | $20 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 11-20 MPH Over Limit | | $40 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 21-30 MPH Over Limit | | $70 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 31+ MPH Over Limit | | $100 | | $10 | $100 | $35 | N | 0 | 0 | |
| 61-8-303(1)(a) [2] | V5145D | 3 | Speeding On Interstate - Exceed Day Limit Of 75 MPH | MISD | | | | See Miles Over Schedule | | | | | 61-8-725 |
| | | | 1-10 MPH Over Limit | | $20 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 11-20 MPH Over Limit | | $40 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 21-30 MPH Over Limit | | $70 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 31+ MPH Over Limit | | $100 | | $10 | $100 | $35 | N | 0 | 0 | |
| 61-8-303(1)(a) [3] | V5145N | 3 | Speeding On Interstate - Exceed Night Limit Of 75 MPH | MISD | | | | See Miles Over Schedule | | | | | 61-8-725 |
| | | | 1-10 MPH Over Limit | | $20 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 11-20 MPH Over Limit | | $40 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 21-30 MPH Over Limit | | $70 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 31+ MPH Over Limit | | $100 | | $10 | $100 | $35 | N | 0 | 0 | |
| 61-8-303(1)(a) [4] | V5147D | 3 | Speeding Interstate Urban - Exceed Day Limit Of 65 MPH | MISD | | | | See Miles Over Schedule | | | | | 61-8-725 |
| | | | 1-10 MPH Over Limit | | $20 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 11-20 MPH Over Limit | | $40 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 21-30 MPH Over Limit | | $70 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 31+ MPH Over Limit | | $100 | | $10 | $100 | $35 | N | 0 | 0 | |
| 61-8-303(1)(b) [1] | V5144D | 3 | Speeding On Non-Interstate - Exceed Day Limit Of 70 MPH | MISD | | | | See Miles Over Schedule | | | | | 61-8-725 |
| | | | 1-10 MPH Over Limit | | $20 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 11-20 MPH Over Limit | | $40 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 21-30 MPH Over Limit | | $70 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 31+ MPH Over Limit | | $100 | | $10 | $100 | $35 | N | 0 | 0 | |
| 61-8-303(1)(b) [2] | V5144N | 3 | Speeding On Non-Interstate - Exceed Night Limit Of 65 MPH | MISD | | | | See Miles Over Schedule | | | | | 61-8-725 |
| | | | 1-10 MPH Over Limit | | $20 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 11-20 MPH Over Limit | | $40 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 21-30 MPH Over Limit | | $70 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 31+ MPH Over Limit | | $100 | | $10 | $100 | $35 | N | 0 | 0 | |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-8-303(1)(c) | V5142 | 3 | Speeding - 25 MPH Urban District | MISD | | | | See Miles Over Schedule | | | | | 61-8-725 |
| | | | 1-10 MPH Over Limit | | $20 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 11-20 MPH Over Limit | | $40 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 21-30 MPH Over Limit | | $70 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 31+ MPH Over Limit | | $100 | | $10 | $100 | $35 | N | 0 | 0 | |
| 61-8-303(2) [1] | V5143N | 3 | Speeding On HWY 93 - Exceed Night Limit Of 65 MPH | MISD | | | | See Miles Over Schedule | | | | | 61-8-725 |
| | | | 1-10 MPH Over Limit | | $20 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 11-20 MPH Over Limit | | $40 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 21-30 MPH Over Limit | | $70 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 31+ MPH Over Limit | | $100 | | $10 | $100 | $35 | N | 0 | 0 | |
| 61-8-303(2) [2] | V5143D | 3 | Speeding On HWY 93 - Exceed Day Limit Of 65 MPH | MISD | | | | See Miles Over Schedule | | | | | 61-8-725 |
| | | | 1-10 MPH Over Limit | | $20 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 11-20 MPH Over Limit | | $40 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 21-30 MPH Over Limit | | $70 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 31+ MPH Over Limit | | $100 | | $10 | $100 | $35 | N | 0 | 0 | |
| 61-8-303(3) [1] | V5140 | 2 | Basic Rule - Reasonable And Prudent - 1st Offense | MISD | $85 | | $10 | $100 | $0 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-303(3) [2] | V5140 | 2 | Basic Rule - Reasonable And Prudent - 2nd Offense | MISD | $125 | | $25 | $200 | $0 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-303(3) [3] | V5140 | 2 | Basic Rule - Reasonable And Prudent - 3rd Offense | MISD | $250 | | $50 | $500 | $0 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-303(4) [1] | V5138 | 3 | Speeding - Exceed Restricted Speed Limit Established By Department Under 61-8-309 | MISD | | | | | | N | | | 61-8-725 |
| 61-8-303(4) [2] | V5139 | 3 | Speeding - Exceed Restricted Speed Limit Established By Local Authority Under 61-8-310 | MISD | | | | | | N | | | 61-8-725 |
| 61-8-308 [1] | V5130 | 5 | Holding a Speed Contest Without A Written Permit | MISD | $185 | | $50 | $500 | $35 | N | 0 | 6 Mo | 61-8-717 |
| 61-8-308 [2] | V5132 | 5 | Aiding or Abetting in Speed Contest on Highway | MISD | $185 | | $50 | $500 | $35 | N | 0 | 6 Mo | 61-8-717 |
| 61-8-308 [3] | V5133 | 5 | Holding A Speed Contest Which Is Not Patrolled | MISD | $185 | | $50 | $500 | $35 | N | 0 | 6 Mo | 61-8-717 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 51*

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-8-309(1) | V5150 | 3 | Speeding - Exceed Restricted/Special Zone Speed Limit Established By Department | MISD | | | | See Miles Over Schedule | | | | | 61-8-104 61-8-711(2) |
| | | | 5-10 MPH Over Limit | | $55 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 11-15 MPH Over Limit | | $65 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 16-20 MPH Over Limit | | $85 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 21-25 MPH Over Limit | | $95 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 26-30 MPH Over Limit | | $105 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 31+ MPH Over Limit (See Judge) | | $135 | | $10 | $100 | $35 | N | 0 | 0 | |
| 61-8-310(1) | V5160 | 3 | Speed - Exceed Restricted Speed Limit Established Local Authority | MISD | | | | See Miles Over Schedule | | | | | 61-8-104 61-8-711(2) |
| | | | 5-10 MPH Over Limit | | $55 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 11-15 MPH Over Limit | | $65 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 16-20 MPH Over Limit | | $85 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 21-25 MPH Over Limit | | $95 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 26-30 MPH Over Limit | | $105 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 31+ MPH Over Limit (See Judge) | | $135 | | $10 | $100 | $35 | N | 0 | 0 | |
| 61-8-310(1)(d) | V5160 | 3 | Violating Speed Limit Near School Or Senior Citizen Center | MISD | | | | See Miles Over Schedule | | | | | 61-8-104 61-8-711(2) |
| | | | 5-10 MPH Over Limit | | $75 | | $20 | $200 | $35 | N | 0 | 0 | |
| | | | 11-15 MPH Over Limit | | $95 | | $20 | $200 | $35 | N | 0 | 0 | |
| | | | 16-20 MPH Over Limit | | $135 | | $20 | $200 | $35 | N | 0 | 0 | |
| | | | 21-25 MPH Over Limit | | $155 | | $20 | $200 | $35 | N | 0 | 0 | |
| | | | 26-30 MPH Over Limit | | $175 | | $20 | $200 | $35 | N | 0 | 0 | |
| | | | 31+ MPH Over Limit (See Judge) | | $235 | | $20 | $200 | $35 | N | 0 | 0 | |
| 61-8-311(1) | V5170 | 2 | Obstruct Traffic, Under Minimum Speed | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-311(2) | V5171 | 2 | Obstruct Traffic (Slow Vehicle Fail To Pull Over) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-312(1)(a) | V5183 | 3 | Speeding - Exceeding 65 MPH Truck Speed on Interstate | MISD | | | | See Miles Over Schedule | | | | | 61-8-104 61-8-711(2) |
| | | | 5-10 MPH Over Limit | | $55 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 11-15 MPH Over Limit | | $65 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 16-20 MPH Over Limit | | $85 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 21-25 MPH Over Limit | | $95 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 26-30 MPH Over Limit | | $105 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 31+ MPH Over Limit (See Judge) | | $135 | | $10 | $100 | $35 | N | 0 | 0 | |

*~See Statute for 2nd or Subsequent Offense~*

SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)

$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-8-312(1)(b) [1] | V5180D | 3 | Speeding - Truck Non-Interstate Exceed Daytime 60 MPH Limit | MISD | | | | See Miles Over Schedule | | | | | 61-8-104 61-8-711(2) |
| | | | 5-10 MPH Over Limit | | $55 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 11-15 MPH Over Limit | | $65 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 16-20 MPH Over Limit | | $85 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 21-25 MPH Over Limit | | $95 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 26-30 MPH Over Limit | | $105 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 31+ MPH Over Limit (See Judge) | | $135 | | $10 | $100 | $35 | N | 0 | 0 | |
| 61-8-312(1)(b) [2] | V5180N | 3 | Speeding - Truck Non-Interstate Exceed Nighttime 55 MPH Limit | MISD | | | | See Miles Over Schedule | | | | | 61-8-104 61-8-711(2) |
| | | | 5-10 MPH Over Limit | | $55 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 11-15 MPH Over Limit | | $65 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 16-20 MPH Over Limit | | $85 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 21-25 MPH Over Limit | | $95 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 26-30 MPH Over Limit | | $105 | | $10 | $100 | $35 | N | 0 | 0 | |
| | | | 31+ MPH Over Limit (See Judge) | | $135 | | $10 | $100 | $35 | N | 0 | 0 | |
| 61-8-312(2) | V5184 | 3 | Speeding - Exceeding 55 MPH Triple Unit Truck Speed | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-312(3) [1] | V5181 | 3 | Speeding - Motor-Driven Cycle Night Speed | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-312(3) [2] | V5185 | 2 | Motor-Driven Cycle Over 35 MPH Without Headlights | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-313(2) | V5190 | 3 | Speeding - Exceeding Posted Speed Over Elevated Structure | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-314(2) [1] | V5195 | 3 | Violation In a Construction Zone | MISD | | | | See Miles Over Schedule | | | | | 61-8-104 61-8-711(2) 61-8-314(5)(a) |
| | | | 5-10 MPH Over Limit | | $75 | | $20 | $200 | $35 | N | 0 | 0 | |
| | | | 11-15 MPH Over Limit | | $95 | | $20 | $200 | $35 | N | 0 | 0 | |
| | | | 16-20 MPH Over Limit | | $135 | | $20 | $200 | $35 | N | 0 | 0 | |
| | | | 21-25 MPH Over Limit | | $155 | | $20 | $200 | $35 | N | 0 | 0 | |
| | | | 26-30 MPH Over Limit | | $175 | | $20 | $200 | $35 | N | 0 | 0 | |
| | | | 31+ MPH Over Limit (See Judge) | | $235 | | $20 | $200 | $35 | N | 0 | 0 | |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 53*

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-8-314(2) [2] | V5196 | 3 | Violation In a Work Zone | MISD | | | | See Miles Over Schedule | | | 0 | 0 | 61-8-104 61-8-711(2) 61-8-314(5)(a) |
| | | | 5-10 MPH Over Limit | | $75 | | $20 | $200 | $35 | N | 0 | 0 | |
| | | | 11-15 MPH Over Limit | | $95 | | $20 | $200 | $35 | N | 0 | 0 | |
| | | | 16-20 MPH Over Limit | | $135 | | $20 | $200 | $35 | N | 0 | 0 | |
| | | | 21-25 MPH Over Limit | | $155 | | $20 | $200 | $35 | N | 0 | 0 | |
| | | | 26-30 MPH Over Limit | | $175 | | $20 | $200 | $35 | N | 0 | 0 | |
| | | | 31+ MPH Over Limit (See Judge) | | $235 | | $20 | $200 | $35 | N | 0 | 0 | |
| 61-8-316(1) | V5198 | 5 | Fleeing From Or Eluding Peace Officer | MISD | $1,035 | | $0 | $2,000 | $35 | N | 0 | 1 Yr | 61-8-316(2)(a) |
| 61-8-316(2)(b) | V5199 | 5 | Fleeing From Or Eluding Peace Officer While Operating MV And Causing Bodily Injury Or Death | **FELONY** | **NO BOND** | | $0 | $10,000 | $80+ | Y | 0 | 10 Yrs | 61-8-316(2)(b) |
| 61-8-317 | V5201 | 2 | Fail To Yield ROW For Hwy Maintenance Vehicle Flashing Lights | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-320(1) | V5283 | 2 | Operator Of MV Interfering With Person Lawfully Riding Bicycle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-320(2) | V5284 | 2 | Fail To Yield ROW To Bicycle Within Designated Bicycle Lane | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-321(1) | V5200 | 2 | Fail To Drive To Right Of Roadway Except When Passing | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-321(2) | V5205 | 2 | Creation Of An Immediate Hazard When Vehicle Operated Left Of Center Fails To Yield To Other Vehicle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-321(3) | V5206 | 2 | Fail To Drive To The Right/Slow Traffic | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-322 | V5210 | 2 | Fail To Give Approaching Vehicle Half Of Roadway | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-323(1) | V5220 | 2 | Improper Passing - Crowding Overtaken Vehicle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-323(2) [1] | V5221 | 2 | Fail To Yield To Overtaking Vehicle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-323(2) [2] | V5222 | 2 | Increasing Speed When Being Overtaken | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-324(2) | V5230 | 2 | Overtaking Vehicle On Right - Improper Passing | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-325(1) | V5240 | 2 | Improper Passing - Highway Ahead Obstructed | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-325(2)(a) | V5250 | 2 | Improper Pass - Approach Crest Of Grade (Hill) Or Curve | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-8-325(2)(b) | V5251 | 2 | Improper Passing - Approaching Intersection | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-325(2)(c) | V5252 | 2 | Improper Pass - Approach Within 100 Feet Bridge Etc. View Obstructed | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-326(1) | V5260 | 2 | Improper Passing - In No-Passing Zone | MISD | $85 | | $50 | $500 | $35 | N | 0 | 6 Mo | 61-8-724 |
| 61-8-327(2) | V5271 | 2 | Travel Wrong Direction - One Way Street Or Highway | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-327(3) | V5270 | 2 | Pass To Left Of Rotary Traffic Island | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-328(1) | V5280 | 2 | Change Lanes When Unsafe To Do So | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-328(2) | V5281 | 2 | Improper Use Of Center Lane Of Three-Lane Roadway | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-328(3) | V5282 | 2 | Fail To Obey Traffic Control Device Designating Specific Lane | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-328(4) | V5285 | 2 | Unsafe Left Turn Across Lane Marked With Two Yellow Lines | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-328(5) | V5286 | 2 | Fail To Obey Traffic Control Device Prohibiting Lane Change | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-328(6) | V5287 | 2 | Driving A Motor Vehicle In a Signed And Delineated Bicycle Lane | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-329(1) | V5290 | 2 | Following Too Closely - Reasonable And Prudent | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-329(2) | V5291 | 2 | Following Too Close - Insuff Space Between Veh Or Combo, Including Caravan (Not Funeral Procession) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-330 [1] | V5300 | 2 | Drive On Other Than Right-Hand Roadway Of Divided Hwy | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-330 [2] | V5301 | 2 | Drive Over/Etc Divided Space Or Barrier Of Divided Hwy | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-104 61-8-711(2) |
| 61-8-331(1) | V5310 | 2 | Illegal Entrance Or Exit To Restricted Access Highway | MISD | $85 | | $5 | $100 | $35 | N | 0 | 0 | 61-8-720 |
| 61-8-331(2) | V5311 | 2 | Drive Across Central Dividing Section Of Controlled Access Hwy | MISD | $85 | | $5 | $100 | $35 | N | 0 | 0 | 61-8-720 |
| 61-8-332(1) | V5320 | 2 | Violate Limitations Put On Restricted Access Hwy | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-333(1)(a) [1] | V5330 | 2 | Making Right Turn From Improper Lane | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-333(1)(a) [2] | V5331 | 2 | Improper Approach When Making Right Turn | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-333(1)(b) [1] | V5332 | 2 | Making Left Turn From Improper Lane | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-8-333(1)(b) [2] | V5333 | 2 | Improper Approach When Making Left Turn | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(b) |
| 61-8-333(1)(c) | V5335 | 2 | Improper Left Turn On To One-Way Roadway | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(c) |
| 61-8-333(2) [1] | V5334 | 2 | Bicyclist Disobey Signs/Markers Indicating To Turn | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(1) |
| 61-8-333(2) [2] | V5336 | 2 | Improper Turn While Operating Bicycle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-333(3) | V5337 | 2 | Disobey Local Turn Signs And Markers | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-333(4)(a) | V5338 | 2 | Special Left Turn Lane Indicated - Left Turn From Any Other Lane | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-333(4)(b) | V5339 | 2 | Special Left Turn Lane Indicated - Operating In Lane Except When Making Left Turn Or Auth U-Turn | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(b) |
| 61-8-334(1) | V5340 | 2 | Improper Turn - Interfering With Other Traffic | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-334(2) | V5341 | 2 | Improper Turn - Crest Of Grade Or On Curve - Approaching Traffic Within 500 Feet | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-335 | V5350 | 2 | Improper Starting - Fail To Start Vehicle In Safety | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-336(1) [1] | V5360 | 2 | Improper Turn - Not In Required Position | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-336(1) [2] | V5361 | 2 | Turning When Unsafe To Do So | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-336(1) [3] | V5365 | 2 | Turn Vehicle From a Direct Course Or Move Vehicle Right Or Left Without Giving Appropriate Signal | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-336(2) | V5362 | 2 | Fail To Signal Intention To Turn Within 100 Feet/ Turn (Business/Residential/Urban Area) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-336(3) | V5364 | 2 | Fail To Signal Intention To Turn Within 300 Feet/Turn (Rural) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-336(4) | V5363 | 2 | Stopping Or Slowing Without Giving Appropriate Signal | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-337(2) | V5370 | 2 | Fail To Have Vehicle Equipped With Signal Lamps When Required | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-338 | V5371 | 2 | Improper Method Of Hand/Arm Signals - Include Bike | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-339(1) | V5380 | 2 | ROW Violation - Fail To Yield To Vehicle On Right | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-340 [1] | V5390 | 2 | ROW Violation - Fail/Yield To Approaching Traffic (Immediate Hazard) When Making Left Turn | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-340 [2] | V5391 | 2 | ROW Violation - Fail/Approach Driver To Yield To Vehicle Making Left Turn | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-341 [1] | V5400 | 2 | ROW Violation - Fail To Yield To Vehicle On Through Highway | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-341 [2] | V5401 | 2 | ROW Violation - Fail To Yield To Vehicle Entering Or Crossing Hwy | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 56*

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-8-342 | V5420 | 2 | ROW Violation - Fail To Obey Requirements Of Yield Sign | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-343 [1] | V5410 | 2 | ROW Violation - Fail/Yield When Enter Hwy From Private Road Or Driveway | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-343 [2] | V5411 | 2 | ROW Violation - No Yield When Enter Hwy From Public Approach | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-344(4) | V5610 | 2 | Stop Sign Violation | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-345 | V5620 | 2 | Stop Violation - Emerging From Alley, Private Road, Building Or Driveway | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-346(1) | V5430 | 2 | ROW Violation - Fail To Yield To Authorized Emergency Vehicle/Police Vehicle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-346(2) | V5431 | 2 | Operate Emergency Vehicle/Police Vehicle Without Due Regard To Safety Of Others | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-346(3) | V5432 | 2 | Fail To Slow/Use Caution/Move Away From a Stationary Emergency Vehicle/Police Vehicle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-346(4) | V5433 | 3 | Fail To Reduce Speed By 20 MPH Below Posted Limit (50 MPH+) Driving In Lane Next To Emerg/Police Veh | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-347(1) | V5570 | 2 | Disobey Signals Indicating Approach Of RR Train Or Other On-Track Equipment | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-347(2) | V5571 | 2 | Driving Through Barrier Or Gate At RR Crossing | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-348 | V5580 | 2 | Fail To Stop At RR Crossing When Stop Sign Erected | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-348(2) | V5581 | 2 | Fail To Stop At RR Cross (No Stop Sign) Where View Impaired-Train/Other On-Track Equip Approaching | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-349(1) [1] | V5590 | 2 | Fail/Stop at RR Cross When Carrying Passenger For Hire | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-349(1) [2] | V5591 | 2 | Fail To Stop and Open Door At RR Crossing When Driving School Bus | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-349(1) [3] | V5592 | 2 | Fail To Stop At RR Crossing When Carrying Explosives | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-349(1) [4] | V5593 | 2 | Fail To Stop At RR Crossing When Carrying Flammable Liquid | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-350(1) | V5600 | 2 | Violation In Moving Heavy Equipment Across RR Crossing | MISD | $135 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-351(1) | V5630 | 2 | Fail/Stop School Bus Stopped (Load Or Unload School Child) | MISD | $135 | | $0 | $500 | $35 | N | 0 | 0 | 61-8-351(8) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-8-351(2) | V5631 | 2 | Fail To Slow For School Bus Preparing To Stop For School Child | MISD | $135 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-351(3) | V5633 | 2 | School Bus Fail To Activate Amber Lights Or Red Lights Before Stopping | MISD | $135 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-351(5) | V5634 | 2 | School Bus Signs Not Covered In Non-School Function | MISD | $135 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-352 | V5640 | 2 | Unlawful Use Flashing Lights On School Bus (Amber/Red) | MISD | $135 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-353(1) [1] | V5650 | | Parking On Road When Practical To Park Off Road | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(1) |
| 61-8-353(1) [2] | V5651 | | Stop/Stand/Park Vehicle Less Than 500 Feet Visibility To Drivers | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-354(1) | V5660 | | Parking In Prohibited Spaces | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-354(3) | V5663 | 2 | Person Unlawfully Moving Vehicle Into Prohibited Area | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-355 [1] | V5661 | | Fail To Park Within 18 Inches Of Right Hand Curb Or Shoulder Of Roadway | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-355 [2] | V5662 | | Fail To Stop Or Park Within 18 Inches Of Curb On One Way Road | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-356(1) | V5670 | | Leaving Vehicle On Highway Right-Of-Way Over 48 Hours | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-357 [1] | V5680 | | Permit Unattended Motor Vehicle Engine To Run | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-357 [2] | V5681 | | Leave Unattended Motor Vehicle Without Setting Brake | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-357 [3] | V5682 | | Parking Unattended Motor Vehicle On Grade Without Wheels Turned To Curb | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-358 | V5690 | 2 | Interfering With Traffic While Backing | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-359(1) [1] | V5700 | 2 | More Than One On One-Seated MC/Quad | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(1) |
| 61-8-359(1) [2] | V5701 | 2 | MC/Quad Passenger Not Seated On Firmly Attached Seat | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-359(2) | V5702 | 2 | Carry Passenger On MC/Quad Which Interferes With Driver Operation Or View | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-359(3) | V5703 | 2 | Carry Package, Etc., Which Interferes With Operation Of MC/Quad | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-359(4) | V5704 | 2 | Riding MC/Quad (Side Saddle) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-359(5) | V5705 | 2 | Operate MC/Quad On Public Highway Or Street Without Lights On At All Times Except When Permitted | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-8-359(6) | V5706 | 2 | Operating More Than Two MC Abreast In Traffic Lane | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-359(7) | V5713 | 2 | Deprive MC/Quad Of Full Use Of Traffic Lane | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-359(8) | V5707 | 2 | Fail To Comply With Duties Applicable To MC Operator | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-360(1) [1] | V5714 | 2 | Operate Vehicle With More Than Three People In The Front Seat | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-360(1) [2] | V5710 | 2 | Operate Vehicle With People In Front Seat That Obstruct Driver View/Control Over Driving Mechanism | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-360(2) | V5711 | 2 | Passenger Interfering With Driver's View Or Control Over Vehicle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-361 [1] | V5720 | 2 | Fail To Keep Vehicle Under Control On Mountain Highway | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-361 [2] | V5721 | 2 | Fail To Drive To Right Side Of Road In Canyons, Defiles, Mountain | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-362 | V5730 | 2 | Allowing Vehicle To Coast Downgrade | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-363 [1] | V5740 | 2 | Following Fire Apparatus/Closer Than 500 Feet | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-363 [2] | V5741 | 2 | Driving Into/Parking/Stopping Within 500 Feet Of Fire Apparatus | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-364 | V5750 | 2 | Crossing Fire Hose | MISD | $135 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-365(1) | V5760 | | Throw Or Deposit Upon A Highway Refuse Or Injurious Substance | MISD | $285 | | $0 | $250 | $35 | N | 0 | 0 | 61-8-365(4) |
| 61-8-365(2) | V5763 | | Drops, Permits, Or Fails To Remove, Destructive Or Injurious Material Upon A Highway | MISD | $285 | | $0 | $250 | $35 | N | 0 | 0 | 61-8-365(4) |
| 61-8-365(3) | V5761 | | Fail To Remove Glass Or Injurious Substance Dropped Upon The Highway From Damaged Vehicle | MISD | $185 | | $0 | $250 | $35 | N | 0 | 0 | 61-8-365(4) |
| 61-8-365(5) | V5762 | | Putting Containers Of Urine/Feces On a Highway | MISD | $285 | | $0 | $1,000 | $35 | N | 0 | 0 | 61-8-365(5) |
| 61-8-366 | V5770 | 2 | Riding Or Allowing Person To Ride On Fender Or Running Board | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-367 | V5780 | 2 | Riding/Allow Person To Ride In Trailer House In Tow | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-368 | V5790 | 2 | Interfering With Traffic By Opening Vehicle Door | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-369 | | | Shooting From/Across Road Or Highway ROW | MISD | $135 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-370 | S5810 | 2 | Fail To Secure Load | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-371 | | | Operate Motor Vehicle Or Off-Highway Vehicle below High Water Mark | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-372 [1] | V0051 | | Throw Match/Cigarette/Flame On Roadway/RR | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 61-8-372(3) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 59*

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97<br>CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-8-372 [2] | | | Empty Ashtray W/Matches/Ashes/Cigarette Refuse Or Other Related Materials | MISD | $535 | | $0 | $500 | $35 | N | 0 | 0 | 61-8-372(3) |
| 61-8-375 | V5791 | 2 | Unlawful Operation Of Motorized Nonstandard Vehicle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-376 | V5792 | 2 | Oper Electric Personal Assistive Mobility Device Where Prohibited By Official Traffic Control Device | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-380(1) | V5822 | 2 | Fail To Give Right Of Way To a Funeral Procession | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-381(1) | V5823 | 2 | Improper Equipment For Funeral Procession | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-381(2) | V5826 | 2 | Improper Use Of Amber Light-Use Only For Funeral Procession | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-382 | V5824 | 2 | Improper Operation Of a Vehicle In Procession | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-383 | V5825 | 2 | Interference With a Funeral Procession | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-401(1)(a) [1st] | V5110 | 10 | Driving Under The Influence Of Alcohol - 1st Offense | MISD | $685 | | $300 | $1,000 | $85 | Y | 24 Hrs | 6 Mo | 61-8-714(1)<br>61-8-442<br>61-8-732<br>61-8-734 |
| 61-8-401(1)(a) [2nd] | V5110 | 10 | Driving Under The Influence Of Alcohol - 2nd Offense | MISD | $785 | | $600 | $1,000 | $85 | Y | 7 Days | 6 Mo | 61-8-714(2)<br>61-8-442<br>61-8-732<br>61-8-734 |
| 61-8-401(1)(a) [3rd] | V5110 | 10 | Driving Under The Influence Of Alcohol - 3rd Offense | MISD | $1,085 | | $1,000 | $5,000 | $85 | Y | 30 days | 1 Yr | 61-8-714(3)<br>61-8-442<br>61-8-732<br>61-8-734 |
| 61-8-401(1)(a) [4th+] | V5110 | 10 | Driving Under The Influence Of Alcohol - 4th Or Subsequent Offense | FELONY | NO BOND | | $1,000 | $10,000 | $80+ | Y | 0 | 5 Yrs | 61-8-731<br>61-8-442<br>61-8-732<br>61-8-734 |
| 61-8-401(1)(b) [1st] | V5111 | 10 | Driving Under The Influence Of Any Drug (Narcotic, Etc.) - 1st Offense | MISD | $685 | | $300 | $1,000 | $85 | Y | 24 Hrs | 6 Mo | 61-8-714(1)<br>61-8-442<br>61-8-732<br>61-8-734 |
| 61-8-401(1)(b) [2nd] | V5111 | 10 | Driving Under The Influence Of Any Drug (Narcotic, Etc.) - 2nd Offense | MISD | $785 | | $600 | $1,000 | $85 | Y | 7 Days | 6 Mo | 61-8-714(2)<br>61-8-442<br>61-8-732<br>61-8-734 |
| 61-8-401(1)(b) [3rd] | V5111 | 10 | Driving Under The Influence Of Any Drug (Narcotic, Etc.) - 3rd Offense | MISD | $1,085 | | $1,000 | $5,000 | $85 | Y | 30 Days | 1 Yr | 61-8-714(3)<br>61-8-442<br>61-8-732<br>61-8-734 |

*~See Statute for 2nd or Subsequent Offense~*

SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)

$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-8-401(1)(b) [4th+] | V5111 | 10 | Driving Under the Influence of Any Drug (Narcotic, Etc.) - 4th or Subsequent Offense | **FELONY** | **NO BOND** | | $1,000 | $10,000 | $80+ | Y | 0 | 5 Yrs | 61-8-731 61-8-442 61-8-732 61-8-734 |
| 61-8-401(1)(c) [1st] | V5113 | 10 | Driving Under The Influence Of Non-Narcotic Drugs - 1st Offense | MISD | $685 | | $300 | $1,000 | $85 | Y | 24 Hrs | 6 Mo | 61-8-714(1) 61-8-442 61-8-732 61-8-734 |
| 61-8-401(1)(c) [2nd] | V5113 | 10 | Driving Under The Influence Of Non-Narcotic Drugs - 2nd Offense | MISD | $785 | | $600 | $1,000 | $85 | Y | 7 Days | 6 Mo | 61-8-714(2) 61-8-442 61-8-732 61-8-734 |
| 61-8-401(1)(c) [3rd] | V5113 | 10 | Driving Under The Influence Of Non-Narcotic Drugs - 3rd Offense | MISD | $1,085 | | $1,000 | $5,000 | $85 | Y | 30 Days | 1 Yr | 61-8-714(3) 61-8-442 61-8-732 61-8-734 |
| 61-8-401(1)(c) [4th+] | V5113 | 10 | Driving Under the Influence of Non-Narcotic Drugs - 4th Offense | **FELONY** | **NO BOND** | | $1,000 | $10,000 | $80+ | Y | 0 | 5 Yrs | 61-8-731 61-8-442 61-8-732 61-8-734 |
| 61-8-401(1)(d) [1st] | V5114 | 10 | Driving Under The Influence Of Alcohol And Drugs - 1st Offense | MISD | $685 | | $300 | $1,000 | $85 | Y | 24 Hrs | 6 Mo | 61-8-714(1) 61-8-442 61-8-732 61-8-734 |
| 61-8-401(1)(d) [2nd] | V5114 | 10 | Driving Under The Influence Of Alcohol And Drugs - 2nd Offense | MISD | $785 | | $600 | $1,000 | $85 | Y | 7 Days | 6 Mo | 61-8-714(2) 61-8-442 61-8-732 61-8-734 |
| 61-8-401(1)(d) [3rd] | V5114 | 10 | Driving Under The Influence Of Alcohol And Drugs - 3rd Offense | MISD | $1,085 | | $1,000 | $5,000 | $85 | Y | 30 Days | 1 Yr | 61-8-714(3) 61-8-442 61-8-732 61-8-734 |
| 61-8-401(1)(d) [4th+] | V5114 | 10 | Driving Under The Influence Of Alcohol And Drugs - 4th Or Subsequent Offense | **FELONY** | **NO BOND** | | $1,000 | $10,000 | $80+ | Y | 0 | 5 Yrs | 61-8-731 61-8-442 61-8-732 61-8-734 |
| 61-8-406(1)(a) [1st] | V5112 | 10 | Operating With Alcohol Concentration Of 0.08% BAC Or Greater - 1st Offense | MISD | $685 | | $300 | $1,000 | $85 | Y | 0 | 10 days | 61-8-722(1) 61-8-442 61-8-732 61-8-734 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-8-406(1)(a) [2nd] | V5112 | 10 | Operating With Alcohol Concentration Of 0.08% BAC Or Greater - 2nd Offense | MISD | $785 | | $600 | $1,000 | $85 | Y | 5 Days | 30 Days | 61-8-722(2) 61-8-442 61-8-732 61-8-734 |
| 61-8-406(1)(a) [3rd] | V5112 | 10 | Operating With Alcohol Concentration Of 0.08% BAC Or Greater - 3rd Offense | MISD | $1,085 | | $1,000 | $5,000 | $85 | Y | 10 Days | 6 Mo | 61-8-722(3) 61-8-442 61-8-732 61-8-734 |
| 61-8-406(1)(a) [4th] | V5112 | 10 | Operating With Alcohol Concentration Of 0.08% BAC Or Greater - 4th Offense | FELONY | NO BOND | | $1,000 | $10,000 | $80+ | Y | 0 | 5 Yrs | 61-8-731 61-8-442 61-8-732 61-8-734 |
| 61-8-406(1)(b) [1st] | V5115 | 2 | Operating With Alcohol Concentration Of 0.04% BAC Commercial - 1st Offense | MISD | $685 | | $300 | $1,000 | $85 | Y | 0 | 10 days | 61-8-722(1) 61-8-442 61-8-732 61-8-734 |
| 61-8-406(1)(b) [2nd] | V5115 | 10 | Operating With Alcohol Concentration Of 0.04% BAC Commercial - 2nd Offense | MISD | $785 | | $600 | $1,000 | $85 | Y | 5 Days | 30 Days | 61-8-722(2) 61-8-442 61-8-732 61-8-734 |
| 61-8-406(1)(b) [3rd] | V5115 | 10 | Operating With Alcohol Concentration Of 0.04% BAC Commercial - 3rd Offense | MISD | $1,085 | | $1,000 | $5,000 | $85 | Y | 10 Days | 6 Mo | 61-8-722(3) 61-8-442 61-8-732 61-8-734 |
| 61-8-410(1) [1st] | V0017 | 2 | Operating With Alcohol Concentration Of 0.02% BAC Under 21 Years Of Age - 1st Offense | MISD | $160 | | $100 | $500 | $35 | N | 0 | 0 | 61-8-410(2) |
| 61-8-410(1) [2nd < 18] | V0017 | 2 | Operating With Alcohol Concentration Of 0.02% BAC Under 21 Years Of Age - 2nd Offense (Under 18) | MISD | $260 | | $200 | $500 | $35 | N | 0 | 0 | 61-8-410(3) |
| 61-8-410(1) [2nd > 18] | V0017 | 2 | Operating With Alcohol Concentration Of 0.02% BAC Under 21 Years Of Age - 2nd Offense (Over 18) | MISD | $260 | | $200 | $500 | $35 | N | 0 | 10 Days | 61-8-410(3) |
| 61-8-410(1) [3rd+ < 18] | V0017 | 2 | Operating With Alcohol Concentration Of 0.02% BAC Under 21 Years Of Age - 3rd+ (Under 18) | MISD | $360 | | $300 | $500 | $35 | Y | 0 | 0 | 61-8-410(4) |
| 61-8-410(1) [3rd+ > 18] | V0017 | 2 | Operating With Alcohol Concentration Of 0.02% BAC Under 21 Years Of Age - 3rd+ (Over 18) | MISD | $360 | | $300 | $500 | $35 | Y | 24 Hrs | 60 Days | 61-8-410(4) |
| 61-8-422 [1] | V5117 | | Transfer/Sell/Encumber Vehicle That Is To Be Seized | FELONY | NO BOND | | $0 | $20,000 | $80+ | Y | 0 | 2 Yrs | 61-8-422 |
| 61-8-422 [2] | V5118 | | Transfer Sale or Encumbrance Of Vehicle | FELONY | NO BOND | | $0 | $20,000 | $80+ | Y | 0 | 2 Yrs | 61-8-422 |
| 61-8-440(1) | V1130 | 2 | Operating Vehicle Without Interlock | MISD | $235 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-8-440(4) |
| 61-8-440(2) | V1132 | 2 | Assist Person Restricted To Interlock | MISD | $235 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-8-440(4) |

*~See Statute for 2nd or Subsequent Offense~*

SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)

$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-8-440(3) | V1131 | 2 | Circumvent The Operation Of An Interlock Device | MISD | $235 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-8-440(4) |
| 61-8-460 | V0022 | | Unlawful Possession Of Open Alcoholic Beverage Container In Motor Vehicle On Highway | MISD | | | $0 | $100 | | N | 0 | 0 | 61-8-460(3) |
| 61-8-501 | V5440 | | Disobey Traffic Control Signal By Pedestrian | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-502(1) [1] | V5450 | 2 | Right-of-Way Violation - Fail To Yield To Pedestrian | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(1) |
| 61-8-502(1) [2] | V5451 | | Pedestrian Fail To Yield To Close Traffic (Impossible To Yield) When In Crosswalk | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-502(2) | V5452 | 2 | Pass Vehicle Stopped At Crosswalk | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-502(3) | V5453 | 2 | Right-Of-Way Violation - Fail To Yield To School Children Or School Crossing Guard | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-503(1) | V5460 | | Pedestrian Fail To Yield To All Traffic - Not Crosswalk | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-503(3) | V5461 | | Jaywalking - Pedestrian Crossing Between Intersections W/Traffic Control Signals | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-504 | V5470 | 2 | Fails To Use Due Care When Ped/Bicyclist/ Child/Impaired Person Observed Upon Roadway | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-505 | V5462 | | Pedestrian Fail To Use Right Half Of Crosswalk | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-506(1) | V5480 | | Walking Upon/Along Roadway When Sidewalk Available | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-506(2) | V5481 | | Fail To Walk As Far As Practicable From Edge Of Roadway When No Sidewalk Available | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-507(1) | V5490 | | Hitchhiking Or Soliciting From Roadway | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-507(2) | V5491 | | Stand On Street/Highway To Solicit Employment/Business/Contribution Without Authorization | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-508 | V5500 | | Intoxicated Pedestrian Walking Or Standing On Roadway Or Shoulder | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-509 | V5501 | | Driver Crossing Sidewalk Fails To Yield Right-Of-Way To Pedestrian | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-515 | V5502 | | Pedestrian Failing To Yield To Authorized Emergency Vehicle With Lights and Siren | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-516 | V5503 | 2 | Fail To Yield To Blind Pedestrian (White Cane Or Guide Dog) On Way Of State Open To Public | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-517 | V5504 | | Pedestrian Crossing RR Grade - Gate Closed Or Being Opened Or Closed | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-602 | V5510 | | Bicyclist Disobey Traffic Regulations As Required | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 63*

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-8-603 | V5520 | | Bicyclist Not Riding On a Permanent And Regular Attached Seat | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-604 | V5530 | | Hold Onto Vehicle While Riding Bicycle/Sled/ Etc. | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-605 | V5531 | | Fail To Operate Bicycles In Proper Manner | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-605(2) | V5540 | | Fail To Ride Bicycle To Right Of Roadway | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-605(4) | V5541 | | Riding More Than One Bicycle Abreast On Roadway | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-606 | V5550 | | Fail To Have 1 Hand On Handlebars Of Bicycle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-607(1) | V5560 | | Fail To Have Proper Lights On Bicycle In Use At Night | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-607(2) | V5559 | | Bicycle In Use At Night - Not Equipped With Proper Reflectors Front , Rear And Pedals | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-607(3) | V5565 | | Bicycle In Use At Night - Not Equipped With Retroflective Sidewalls or Spoke Mounted Reflectors | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-607(5) | V5561 | | Defective Or No Brakes On Bicycle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-608(1) [1] | V5562 | | Bicyclist Fail To Yield Right-Of-Way To Pedestrian | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-608(1) [2] | V5563 | | Bicyclist Fail To Give Audible Signal When Overtaking and Passing a Pedestrian | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-608(2) | V5564 | | Disobedience To Bicycle Traffic Control Device | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-609 | V5566 | | Bicycle Racing | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-713 | V5041 | 2 | Maliciously Damage/Interfere With Traffic Device | MISD | $285 | | $250 | $250 | $35 | N | 0 | 60 Days | 61-8-713 |
| 61-8-713(1) | V5040 | | Deface/Damage/Remove Highway Sign/Signal/Marker | MISD | $285 | | $250 | $250 | $35 | N | 0 | 60 Days | 61-8-713 |
| 61-8-713(2) | V5100 | | Alter/Deface/Remove Traffic Control Device - RR Sign | MISD | $285 | | $250 | $250 | $35 | N | 0 | 60 Days | 61-8-713 |
| 61-8-812(1) [1] | V5101 | 6 | Operate CMV While Subject To Out-Of-Service Order Issued Under State/Federal Authority - 1st Offense | MISD | $535 | | $25 | $500 | $35 | N | 0 | 0 | 61-8-812(2) |
| 61-8-812(1) [2] | V5101 | 6 | Operate CMV While Subject To Out-Of-Service Order Issued Under State/Fed Authority-2nd Or Subsequent | MISD | $1,035 | | $25 | $1,000 | $35 | N | 0 | 0 | 61-8-812(2) |
| 61-8-812(1) [3] | V5102 | 6 | Operate CMV Transport Plcrdable HazMat-Subject To Out-Of-Svc Ordr Issued Under St/Fed Auth | MISD | $535 | | $25 | $500 | $35 | N | 0 | 0 | 61-8-812(2) |
| 61-8-812(1) [4] | V5103 | 6 | Operate CMV Used To Transport 15+ Passengers-Subject To Out-Of-Svc Ordr Issd Under St/Fed Auth | MISD | $1,035 | | $25 | $1,000 | $35 | N | 0 | 0 | 61-8-812(2) |
| 61-8-906(1) | V6001 | | Operate Tow Truck Without Cargo/Garage Keepers Insurance | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-906(1)(a) | V6000 | | Operate Tow Truck Without Liability Insurance | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-8-906(3) | V6015 | | Operate Tow Truck Without Access To Storage | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-8-907 | V6010 | | Operate Tow Truck W/O Annual Safety Inspection | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-8-711(2) |
| 61-9-105 | V7003 | 0 | Obedience To Peace Officers, Highway Patrol Officers, And Public Safety Officers | MISD | $135 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-107 | V7002 | 0 | Fail To Obey Traffic Laws Applicable To Persons Driving Animal Drawn Vehicles | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-109(1) [1] | V7000 | 2 | Operate a Vehicle In Unsafe Conditions W/O Proper Lights/Equip | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-109(1) [2] | V7001 | 2 | Owner Allow Unsafe Vehicle To Be Driven On Highway | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-109(5) | V7006 | 2 | Fail To Maintain Lamps and Equipment In Proper Working Order | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-201 | V7010 | 2 | Fail To Have Lamps Lighted When Required | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-203(1) | V7020 | 2 | Fail To Have 2 Headlamps Properly Operating On Motor Vehicle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-203(2) [1] | V7021 | 2 | Fail To Have Proper Headlamps On Motorcycle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-203(2) [2] | V7023 | 2 | Operating Motorcycle With Modulating Headlight After Sunset | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-203(3) | V7022 | 2 | Improper Mounting Of Headlamps (22 To 54 Inches) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-203(4) | V7026 | 2 | Operating Vehicle With Obscured/Tinted Headlights After Sunset | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-204(1) [1] | V7030 | 2 | Fail To Have Vehicle Equipped With 1 or 2 Tail Lamps as Required | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-204(1) [2] | V7031 | 2 | Defective Tail Lamps - Insufficient Visibility | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-204(2) | V7032 | 2 | Fail To Meet Height Requirements For Tail Lamp (15 To 72 Inches) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-204(3) [1] | V7033 | 2 | Fail To Have Vehicle Equipped With White License Plate Lamp Legible For 50 Feet | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-204(3) [2] | V7034 | 2 | Fail/Have Tail Lamps Wired To Illuminate With Headlamps | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-204(4) | V7035 | 2 | Operating MC Registered As Collector's Item W/O Tail Lamp During Darkness | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-204(5) | V7037 | 2 | Operating Vehicle With Obscured/Tinted Rear Lights | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-205(1) [1] | V7040 | 2 | Fail To Have Vehicle Equipped With Two Red Reflectors On Rear When Required | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-205(1) [2] | V7043 | 2 | Fail To Have MC/Quad Or Motor Driven Cycle Equipped With At Least One Red Reflector On Rear | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-9-205(2) [1] | V7041 | 2 | Improper Mounting Of Reflectors (15 To 60 Inches) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-205(2) [2] | V7042 | 2 | Insufficient Visibility Of Reflectors | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-206(1) [1] | V7050 | | Sell New Motor Vehicle Not Equipped With Stop Lamp(s) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-206(1) [2] | V7051 | 2 | Operating Vehicle Not Equipped With Stop Lamp | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-206(2) [1] | V7052 | 2 | Insufficient Visibility Of Stop Lamps | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-206(2) [2] | V7170 | 2 | Improper Color Of Stop Lamps - Red Required | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-206(3) | V7053 | 2 | Stop Light Projecting Glaring Light | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-208(1) | V7060 | 2 | Fail To Have Bus/Truck Properly Equipped With Reflectors | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-208(2)(a) | V7061 | 2 | Fail To Have Bus Or Truck Over 80" Wide Equipped With Clearance Lamps (Front) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-208(2)(b) | V7077 | 2 | Fail To Have Bus/Truck Over 80" Wide Equipped With Clearance Lamps (Rear) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-208(2)(c) | V7062 | 2 | Fail To Have Bus Or Truck Over 80" Wide Properly Equipped With Side Marker Lamps | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-208(2)(d) | V7082 | 2 | Fail To Have Bus Or Truck Over 80" Wide Properly Equipped With Reflectors | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-208(3) | V7056 | 2 | Fail To Have Two Front Clearance Lamps On Truck Tractor | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-208(4)(a) | V7058 | 2 | Fail To Have Two Front Clearance Lamps On Trailer Or Semi-Trailer (Over 3000 lb GVW) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-208(4)(b) | V7059 | 2 | Fail To Have Side Marker Lamps On Trailer Or Semi-Trailer (Over 3000 lb GVW) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-208(4)(c) | V7069 | 2 | Fail To Have Reflectors On Trailer Or Semi-Trailer (Over 3000 lb GVW) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-208(4)(d) | V7083 | 2 | Fail To Have Clearance Lamps/Reflectors On Trailer (Over 3000 lb GVW) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-208(5)(a) | V7073 | 2 | Fail To Have Side marker Lamp and Clearance Lamp Pole Trailer (Over 3000 lb GVW) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-208(5)(b) | V7074 | 2 | Fail To Have Reflectors On Pole Trailer Over 3000 lb GVW | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-208(6)(a) | V7068 | 2 | Fail To Have Safety Chain When Required On Trailer/Semi-Trailer/Pole Trailer - 3000 lb GVW Or Less | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-208(6)(b) [1] | V7075 | 2 | Fail To Have Two Rear Reflectors On Trailer/Semi-Trailer/Pole Trailer - 3000 lb GVW Or Less | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-9-208(6)(b) [2] | V7076 | 2 | Fail To Have Stop lamps On Trailer/Semi-Trailer/Pole Trailer - 3000 lb GVW Or Less | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-209(1) | V7070 | 2 | Improper Color - Front Clearance/Marker Lamp Or Reflector (Amber) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-209(2) | V7071 | 2 | Improper Color - Rear Clearance/Side Marker Lamp Or Reflector (Red) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-209(3) | V7072 | 2 | Improper Color, Reflectors / Stoplights / Lighting Devices On Rear (Red) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-209(3)(a) | V7084 | 2 | Improper Color Of Signal Device On Rear Of Vehicle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-209(3)(b) | V7078 | 2 | Improper Color License Plate Light (White) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-209(3)(c) | V7079 | 2 | Improper Color Backup Light (White) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-210(1) | V7080 | 2 | Improper Mount Of Reflectors (24"-60") Bus/Truck/Trailer | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-210(4) | V7081 | 2 | Improper Mount Of Clearance Lamps Bus/Truck/Trailer (Width and Height) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-211(1) | V7090 | 2 | Insufficient Visibility - Reflectors Bus/Truck/Trailer | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-211(2) | V7091 | 2 | Insufficient Visibility - Clearance Lamps Bus/Truck/Trailer | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-211(3) | V7092 | 2 | Insufficient Visibility - Side Marker Lamps Bus/Truck/Trailer | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-212 | V7100 | 2 | Insufficient Lamps On Combination Of Vehicles | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-213(1) | V7110 | 2 | Fail To Display Red Lamp Or Flag On Projecting Load (Four Feet and Over) - Night | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-213(2) | V7111 | 2 | Fail To Display Red Flag (12 Inches Square) On Projecting Load (Four Feet and Over) - Day | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-214(2) | V7120 | 2 | Fail To Have Lamps Lighted On Parked Or Disabled Vehicle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-214(3) | V7121 | | Fail To Dim Lights On Parked Vehicle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-215(1) [1] | V7130 | | Fail To Have Farm Tractor / Farm Equipment Equipped With Headlight - Night - No Electrical System | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-215(1) [2] | V7131 | | Fail To Have Farm Tractor / Farm Equipment Equipped With Rear Lamp - Night - No Electrical System | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-215(2)(a) | V7135 | | Fail To Have Comb Farm Tractor/Implement Equip Equipped With White Light - Night - No Elect System | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-9-215(2)(b) | V7136 | | Fail To Have Comb Farm Tractor/Implement Equip Equipped With Rear Lamp Refl - Night- No Elect System | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-215(3) [1] | V7137 | | Fail To Have Farm Tractor/Implement/Self Propel Unit Equipped With Headlamps - Night - Elect System | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-215(3) [2] | V7139 | | Fail To Have Farm Tractor/Implement/Self Propel Unit Equip W/Rear Lamps & Refl - Night - Elect System | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-215(4)(a) | V7138 | | Fail To Have Farm Tractor Element of Combination Equipped With Headlamps - Night | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-215(4)(b) | V7132 | 2 | Towed Implement Of Husbandry - No Red Lamps Indicating Projections - Night - Electrical System | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-215(4)(c) | V7134 | 2 | Implement of Husbandry/Combination - No Lamps Indicating Projections | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-216 | V7140 | 2 | Fail To Have Other Vehicles/Equipment Equipped With Proper Lighting During Hours Of Darkness | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-217(1) | V7150 | 2 | Illegal Use Of Spotlights, Etc. | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-217(2) [1] | V7151 | 2 | Improper Mounting (Not Over 30 Inches) Or Adjustment - Fog Lamps | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-217(2) [2] | V7155 | 2 | Fog Lamps Used As Headlights | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-217(3) [1] | V7154 | 2 | Using Driving Lamps As Headlamps Or With Low Beam Headlamps | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-217(3) [2] | V7153 | 2 | Improper Mounting (16 To 42 Inches) - Auxiliary Driving Lamps | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-217(4) | V7156 | 2 | Imp Use Of Off Road Lamps (Over 42 Inches High) - Lamps Lighted While Vehicle Parked/Oper on Highway | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-218(1) [1] | V7174 | 2 | Insufficient Visibility - Signal Lamps | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-218(1) [2] | V7173 | 2 | Improperly Mounted Signal Lamps | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-218(1) [3] | V7176 | 2 | Improper Color Signal Lamp | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-218(2) | V7172 | 2 | Defective Signal Lamps | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-218(4) | V7175 | 2 | Stop Or Signal Lamp Projecting Glaring Light | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-219(1) [1] | V7180 | 2 | Motor Vehicle Equipped With More Than Two Side Or Fender Lamps | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-219(1) [2] | V7181 | 2 | Improper Color (Amber Or White) - Cowl Or Fender Lamps | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-219(2) [1] | V7182 | 2 | Motor Vehicle Equipped With More Than One Running Board Lamp Each Side | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 68*

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-9-219(2) [2] | V7183 | 2 | Improper Color (Amber Or White) - Running Board Lamps | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-219(3) [1] | V7184 | 2 | Vehicle Equipped With More Than Two Back Up Lamps | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-219(3) [2] | V7185 | 2 | Back Up Lamps Illuminated When Vehicle In Forward Motion | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-219(4) | V7186 | 2 | Improper Use of Four-Way Emergency Signal Lamps | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-220(1) | V7188 | 2 | Improper Distribution Of Light - High Beam | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-220(2) | V7189 | 2 | Improper Distribution Of Light - Low Beam | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-220(3) | V7190 | 2 | Fail To Have High Beam Indicator When Required | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-221 | V7004 | 2 | Inadequate Lights - Reveal Person / Vehicle At Safe Distance | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-221(1) | V7200 | 2 | Fail To Dim Within 1000 Feet Of Oncoming Traffic | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-221(2) | V7201 | 2 | Fail/Dim Within 500 Feet When Approach Vehicle From Rear | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-222 | V7202 | 2 | Fail To Comply With Single Beam Road/Lighting Requirements - Veh Manufactured Before July 1, 1956 | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-223(1) | V7210 | 2 | Defective Lights - Motor Driven Cycle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-223(2) | V7211 | 2 | Multi Beam Headlamps Fail To Meet Requirement - Motor Driven Cycle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-223(3) | V7212 | 2 | Improper Aiming Of Single Beam Lamp - Motor Driven Cycle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-225(1) | V7219 | 2 | Fail To Have 2 Lighted Headlamps During Hrs Of Dark (Motorcycle, Quad, Motor Driven Cycle Excluded) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-225(2) | V7220 | 2 | Exceeding Number Of Driving Lamps and Headlamps Lighted When On Highway (Four Permitted) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-226(1) | V7230 | 2 | Improperly Adjusted Supplementary Light | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-226(2) | V7231 | 2 | Displaying Unauthorized Red Light Visible From In Front Of The Center Of The Vehicle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-226(3) | V7232 | 2 | Operating With Prohibited Flashing / Blinking / Sequential / Rotating / Pulsating Lights | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-226(4) [1] | V7235 | 2 | Unauthorized License Plate Decorative Lighting | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-226(4) [2] | V7238 | 2 | Improper Color Or Use Of Undercarriage Decorative Lighting | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 69*

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-9-227(1) | V7240 | 2 | Violating Use Of Red Blinker Or Revolving Light For Private Vehicle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-227(2) | V7241 | 2 | Not Having Required ID Card On Private Vehicle With Red Light | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-228 | V7250 | 2 | Improper Lighting On Snow Removal Equipment | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-301 | V7260 | 2 | Fail To Have Vehicle/Trailer Equipped With Brakes | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-302 | V7261 | 2 | Inadequate Or Defective Service Brakes (Special Mobile Equipment Excluded) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-303 | V7262 | 2 | Inadequate Or Defective Parking Brake | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-304 | V7259 | 2 | Brakes Required On All Wheels - Exceptions | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-305 | V7263 | 2 | Fail To Have/Defective Auto Breakaway Brakes - Trlr Over 3000 lb GVW Mfg After January 1, 1966 | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-306 | V7275 | 2 | Tractor Brakes Protected | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-307 | V7264 | 2 | Fail To Have Trailer Supply Air Reservoir Safeguard Against Backflow | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-308(1) | V7265 | 2 | Tow Vehicle W/Air Brakes Not Equipped W/2 Means Apply Emergency Brakes | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-308(2) | V7266 | 2 | Tow Vehicle W/Vac Brake - Not Equipped With 2nd Control Device | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-309 | V7267 | 2 | Vehicle Not Equipped W/Single Control To Operate All Brakes | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-310(1) | V7268 | 2 | Insufficient Or Inadequate Reservoir For Air Brakes - Bus / Truck / Truck Tractor | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-310(2) | V7272 | 2 | 3-Axle Truck With Insufficient Reserve Or Vacuum Reservoir | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-310(3) | V7273 | 2 | Motor Vehicle / Trailer - Air Or Vacuum Reservoir With No Check Valve | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-311 | V7269 | 2 | Vehicle Not Equipped With Air Brake Warning Device | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-312 | V7274 | 2 | Performance Ability Of Brakes | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-313(1) [1] | V7270 | 2 | Fail To Maintain Brakes In Good Working Order | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-313(1) [2] | V7271 | 2 | Fail/Adjust Brakes W/Respect To Wheel On Opposite Side | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-314(4) | V7276 | 0 | Distribute/Have For Sale/Offer For Sale Or Sell Non-Compliant Hydraulic Brake Fluid | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-315(1) | V7280 | 2 | Defective Brakes - Motor Driven Cycle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 70*

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-9-321(1) | V7281 | 2 | CMV With Engine Compression Brake Not Equipped With Muffler In Good Working Condition | MISD | $85 | | $10 | $500 | $35 | N | 0 | 0 | 61-9-521 |
| 61-9-401(1) [1] | V7290 | 2 | Defective Horn - Warning Device | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-401(1) [2] | V7291 | 2 | Fail To Sound Horn To Ensure Safe Operation | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-401(1) [3] | V7292 | 2 | Unnecessary Use of Horn or Warning Device | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-401(2) | V7293 | 2 | Unauthorized Vehicle Using/Equipped with Siren, Bell Or Whistle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-401(3) | V7295 | 2 | Improper Use Of Theft Alarm When Vehicle Is In Motion | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-401(4) | V7294 | 2 | Improper Use Of Siren, Whistle, Or Bell On Authorized Emergency Vehicle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-402(1) | V7160 | 2 | Fail To Have Police Vehicle Equipped With Siren | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-402(2)(a) | V7165 | 2 | Fail/Equip Auth Emergency Vehicle With Siren And Flashing / Rotating Red Light | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-402(2)(b) | V7166 | 2 | Fail/Equip Auth Emergency Vehicle With Red Signal Lamps Alternating (Front and Rear) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-402(3) [1] | V7161 | 2 | Fail To Have Both Two Red / Two Amber Warning Lights On School Bus (Front and Rear) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-402(3) [2] | V7162 | 2 | Defective Signal / Warning Lamps On School Bus | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-402(4) | V7164 | 2 | Fail To Have Emergency Service Vehicle With Alternating/Rotating/Flashing Amber Lights | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-402(5) | V7163 | 2 | Fail To Yield ROW/Stop/Proceed W/Caution Past Emergency Signal Equipment - Reasonable & Proper Speed | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-402(7) | V7167 | 2 | Display Unauthorized Blue Light, Lense Or Globe | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-402(8) | V7168 | 2 | Display Unauthorized Green Light, Lense Or Globe | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-402(9) | V7169 | 2 | Display Unauthorized Flashing Headlamps/Backup Lamps | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-403(1) | V7300 | 2 | Mufflers Defective Or Improper - Noise / Smoke, Use Of Cutout / Bypass | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-403(2) | V7301 | 2 | Fail/Prevent Escape Of Excessive Fumes/Smoke From Motor Vehicle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-404 [1] | V7310 | 2 | Fail To Have Rear View Mirror | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-404 [2] | V7311 | 2 | Defective Rear View Mirror - See 200 Feet To Rear | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-405(1) [1] | V7312 | 2 | Fail To Have Motor Vehicle Equipped With Windshield | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-9-405(1) [2] | V7313 | 2 | Fail to Wear Protective Eyewear - Operate Motor Vehicle With No Windshield | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-405(2)(a) | V7314 | 2 | Operate Motor Vehicle With Obstructed Windshield / Side Windows, Etc. | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-405(2)(b) | V7317 | 2 | Operate Motor Vehicle With Defective Or Shattered Windshield | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-405(3) [1] | V7321 | 2 | Defective Windshield Wipers | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-405(3) [2] | V7322 | 2 | Fail To Have Windshield Wipers | MISD | $85 | | $10 | $100 | $35 | N | 0 | | 61-9-511 |
| 61-9-405(4)(a) | V7320 | 2 | Windshield Sunscreening Not Clear/Transparent Below AS1; Improper Color (Red/Amber/Yellow) Above AS1 | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-9-429 46-18-212 |
| 61-9-405(4)(b) | V7323 | 2 | Front Side Window Tinting - Allows Less Than 24% Light | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-9-429 46-18-212 |
| 61-9-405(4)(c) | V7324 | 2 | Rear/Rear Side Window Tinting - Allows Less Than 14% Light | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-9-429 46-18-212 |
| 61-9-406(1) | V7330 | 2 | Operating With Defective Solid Rubber Tires | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-406(2) | V7331 | 2 | Operating Or Moving a Vehicle On Highway With Metal Tires | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-406(3) [1] | V7332 | 2 | Operate Vehicle W/Tires Having Illegal Studs, Etc. | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-406(3) [2] | V7333 | 2 | Operate Vehicle After 5/31 And Before 10/1 W/Stud Tires (Exception School Bus) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-406(5) | V7334 | 2 | Operate Vehicle Without Traction Devices When Required | | $25 | | $0 | $25 | $0 | N | 0 | 0 | 61-9-520 No SC |
| 61-9-407(1) | V7340 | 2 | Fail To Have Veh Equipped With Mud Flaps / Fenders / Splash Aprons As Required | MISD | $60 | | $10 | $25 | $35 | N | 0 | 0 | 61-9-515 |
| 61-9-407(2) | V7341 | 2 | Defective Or Improper Mud Flaps / Fenders / Splash Aprons | MISD | $60 | | $10 | $25 | $35 | N | 0 | 0 | 61-9-515 |
| 61-9-409 | V7359 | | Seatbelts Required In Vehicles Manufactured after 1964 | MISD | $85 | | $0 | $100 | $35 | | 0 | 0 | 61-9-516 |
| 61-9-409(1) | V7360 | 2 | No Seat Belt Front Left/Right Side - Built 1/1/65-1/1/68 | MISD | $85 | | $0 | $100 | $35 | N | 0 | 0 | 61-9-516 |
| 61-9-409(2) | V7365 | 2 | No Seatbelts In Vehicle Manufactured 1968 Or Newer (Each Designated Seating Position) | MISD | $85 | | $0 | $100 | $35 | N | 0 | 0 | 61-9-516 |
| 61-9-409(3) [1] | V7367 | 2 | Fail To Keep Seat Belts In Working Order | MISD | $85 | | $0 | $100 | $35 | N | 0 | 0 | 61-9-516 |
| 61-9-409(3) [2] | V7370 | 2 | Operate Motor Vehicle With Defective Or Removed Seat Belts | MISD | $85 | | $0 | $100 | $35 | N | 0 | 0 | 61-9-516 |
| 61-9-411(1) | V7380 | 2 | Fail To Have Emergency Warning Devices In Vehicle ( Bus/Truck Tractor/1 Ton Or Greater Motor Truck) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-9-411(2) [1] | V7381 | 2 | Operate Vehicle Transporting Explosives / Flammables W/O Elect Signal Or Reflectors | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-411(2) [2] | V7382 | 2 | Possess Flame Device In Vehicle Carrying Explosives /Flammable Liquid | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-412 | V7390 | 2 | Fail To Display Warning Devices - Disabled Vehicle (Passenger Bus / Truck / Trailer / Etc. | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-413(2) | V7400 | 2 | Improper Markings - Vehicle Carrying Explosives | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-413(3) | V7401 | 2 | Fail To Carry 2 Fire Extinguishers - Vehicle Carrying Explosives | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-414(1) | V7055 | 2 | Not Equipped With Chains, Cables, Straps, Webbing To Meet Working Load Limits - Log Trucks | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-414(2)(a) | V7065 | 2 | Fail To Carry 3 Wrappers As Standard Equipment - Log Trucks | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-414(2)(b) | V7066 | 2 | Fail To Have Wrapper Secured By Binder | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-414(2)(b)(iii) | V7054 | 2 | Fail To Secure Leverage Handle Of Binder | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-414(2)(c) | V7064 | 2 | Fail To Have At Least Two Wrappers On Loaded Log Truck | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-414(2)(d) | V7067 | 2 | Fail To Have Both Ends Of Short Logs Secured By Wrapper | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-415(1) | V7141 | 2 | Fail To Have Proper Emblem/Slow Moving Vehicle When Required | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-415(2) | V7142 | 2 | Improper Mounting/Size/Color Of Emblem Denoting Slow Moving Vehicle | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-415(3) | V7143 | 2 | Driver Of Slow-Moving Vehicle Fail/Pull Off Roadway As Required | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-415(4) | V7770 | 2 | Slow Moving Vehicle Fail To Drive To Extreme Right On Four Lane Hwy | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-416(1)(a) | V7600 | 2 | Fail To Carry Flares/Lanterns/Warning Lights | MISD | $85 | | $0 | $100 | $35 | N | 0 | 0 | 61-9-517 |
| 61-9-416(1)(b) | V7601 | 2 | Display Warning Signs That Do Not Meet Specs - Tow Truck | MISD | $85 | | $0 | $100 | $35 | N | 0 | 0 | 61-9-517 |
| 61-9-416(1)(c) | V7605 | 2 | Fail To Carry Fire Extinguisher - Tow Truck | MISD | $85 | | $0 | $100 | $35 | N | 0 | 0 | 61-9-517 |
| 61-9-416(1)(d) | V7603 | 2 | Fail To Display, Secure And/Or Equip Tow Truck With Proper Lights (Red Or Amber) | MISD | $85 | | $0 | $100 | $35 | N | 0 | 0 | 61-9-517 |
| 61-9-416(1)(e) | V7604 | 2 | Fail To Carry Broom And/Or Clean Debris From Road - Tow Truck | MISD | $85 | | $0 | $100 | $35 | N | 0 | 0 | 61-9-517 |
| 61-9-416(1)(f) | V7606 | 2 | Fail To Carry Shovel And/Or Spread Dirt On Oil/Grease - Tow | MISD | $85 | | $0 | $100 | $35 | N | 0 | 0 | 61-9-517 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-9-416(1)(g) [1] | V7607 | 2 | Fail To Carry Extension Cord For Towed Vehicle - Tow Truck | MISD | $85 | | $0 | $100 | $35 | N | 0 | 0 | 61-9-517 |
| 61-9-416(1)(g) [2] | V7671 | 2 | Fail To Display Stop/Turn/Tail Lights On Towed Vehicle | MISD | $85 | | $0 | $100 | $35 | N | 0 | 0 | 61-9-517 |
| 61-9-417(1) | V5708 | 2 | Operating Or Passenger On MC/Quad Without Helmet Under 18 YOA | MISD | $40 | | $5 | $5 | $35 | N | 0 | 0 | 61-9-518(1) |
| 61-9-417(2) | V5712 | 2 | Motorcycle Operator Allow Passenger Under 18 Without Headgear | MISD | $40 | | $5 | $5 | $35 | N | 0 | 0 | 61-9-518(1) |
| 61-9-418 | V5709 | 2 | Operating Without Noise Suppression Device On MC/Quad | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-518(2) |
| 61-9-420 | V7361 | 2 | Fail/Have Child Under 6 Years Old And Less Than 60 lbs. Properly Restrained | MISD | $85 | | $0 | $100 | $35 | N | 0 | 0 | 61-9-423 |
| 61-9-430(1) | V7375 | 2 | Operating MV Reg - 10,000 Lbs W/O Front Or Rear Bumper | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-431 | V7374 | 2 | Fail To Use Signs, Flares, Reflectors, Lanterns, Flag Persons As Required - Tow Truck | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-431(1) | V7602 | 2 | Fail To Place Warning Signs As Required - Tow Truck | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-431(5) | V7610 | 2 | Fail To Place Red Flare/Lantern/Warning Light/Reflector (Hours of Darkness) | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-432 | V7611 | 2 | Operating A Medium - Speed Electric Vehicle Without Proper Lights And Equipment | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-435(1) | V7615 | 2 | Operating A Motor Vehicle With Exhaust System that Emits Noise In Excess Of 95 Decibels | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-503(1) | V7500 | 2 | Fail To Submit Vehicle To Inspection | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-503(2) | V7501 | 2 | Fail To Comply With Written Notice Of Mech Defects | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-9-503(3) | V7502 | 2 | Moving Defective Vehicle Beyond Specified Limits | MISD | $85 | | $10 | $100 | $35 | N | 0 | 0 | 61-9-511 |
| 61-10-102(1) | S2070 | 0 | Exceeding The 102" Width Limit | MISD | $85 | | $30 | $100 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-102(2) [1] | S2069 | 2 | Operate Dual Wheel Tractor 15' Wide And Over W/O Flag Vehicle | MISD | $85 | | $30 | $100 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-102(2) [2] | S2071 | 2 | Operating Implement Of Husbandry Over 100 Miles From Base Without Special Permit | MISD | $85 | | $30 | $100 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-102(2) [3] | S2072 | 2 | Operating Over Width Implement Of Husbandry During Hours Of Darkness | MISD | $85 | | $30 | $100 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-102(2) [4] | S2073 | 2 | Operate In Excess Of 100 Mls On County Road With Impl Of Husbandry Exceeds 12'6" Width W/O Flag Veh | MISD | $85 | | $30 | $100 | $35 | N | 0 | 0 | 61-10-145 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 74*

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-10-102(2) [5] | S2074 | 2 | Operate On Other Than County Road Impl Of Husbandry Exceeds 12'6" Width W/O Flag Vehicle | MISD | $85 | | $30 | $100 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-102(2)(a) | S2083 | 2 | Operating An Implement Of Husbandry Without Lights | MISD | $85 | | $30 | $100 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-102(2)(b) | S2085 | 2 | Hay Mover Over 16'6" W/O Flag Vehicles Interstate Highways | MISD | $85 | | $30 | $100 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-102(2)(c) | S2087 | 2 | Viol Of Day/Night Travel Restrict For Commercial Hay Hauler | MISD | $85 | | $30 | $100 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-102(5) | S2150 | | Fail To Remove Flag Vehicle Signs When Vehicle Not Being Operated As Flag Vehicle | MISD | $85 | | $30 | $100 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-103 | S2075 | | Exceeding 14' Height Limit | MISD | $85 | | $30 | $100 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-104(1) [1] | S2076 | | Exceeding 55' Maximum Single Truck Length | MISD | $85 | | $30 | $100 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-104(1) [2] | S2077 | | Exceeding 55' Maximum Bus Length | MISD | $85 | | $30 | $100 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-104(2)(a) | S2088 | | Exceeding The 53" Maximum Semi-Trailer Length | MISD | $85 | | $30 | $100 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-104(2)(c) | S2089 | | Exceeding The 75' Maximum Length For Combinations Of Vehicles | MISD | $85 | | $30 | $100 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-104(3) [1] | S2079 | 2 | Tow More Than One Vehicle In Combination | MISD | $85 | | $30 | $100 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-104(3) [2] | S2080 | 2 | Drawing More Than Three Motor Vehicles By Saddlemount | MISD | $85 | | $30 | $100 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-104(4) | S2081 | | Tow More Than One Trlr W/Veh Rated Less Than 2000# May Not Exceed Max Length Of 65' | MISD | $85 | | $30 | $100 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-104(5) [1] | S2082 | | Exceeding The 15' Maximum Overhang Limit On Log Trucks (Center Rear Axle To Log End) | MISD | $85 | | $30 | $100 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-104(5) [2] | S2086 | | Exceed The 75' Overall Length Limit For Trucks/Truck Tractors & One Pole Trlr/Semi-Trlr Hauling Logs | MISD | $85 | | $30 | $100 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-107(1) [1] | S2093 | | Exceed 20,000 Lbs Single Axle Weight Limit | MISD | $35 | | $30 | $2,000 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-107(1) [2] | S2094 | | Exceed 34,000 Lbs Tandem Axle Weight Limit | MISD | $35 | | $30 | $2,000 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-107(1) [3] | S2095 | | Exceeding The Max Gross Weight Allowed Any Group Of Axles (Bridge Formula) | MISD | $35 | | $30 | $2,000 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-107(2)(a) [1] | S2097 | | Exceed 11,000 Lbs Single Axle Weight (Exclude Steering Axle) | MISD | $35 | | $30 | $2,000 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-107(2)(a) [2] | S2098 | 2 | Exceeding 500 Pounds Per Inch Tire Width On a Single Axle Equipped With Wide Based Tires | MISD | $35 | | $30 | $2,000 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-109 | S2096 | | Operating Overweight/Dimension Vehicle Or Combination On Hwy W/O Special Permit | MISD | $35 | | $30 | $2,000 | $35 | N | 0 | 0 | 61-10-145 |
| 61-10-123(1) | S2119 | | Exceed Maximum Size Of Haystack Mover (55' Length - 20' Width) | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-10-145(4) 46-18-212 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-10-123(2) | S2120 | 2 | Exceeding 75 Mile Limit (Haystack Movers) | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-10-145(4) 46-18-212 |
| 61-10-123(3) [1] | S2117 | 2 | Fail To Have Two Pilot Cars (Haystack Movers) | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-10-145(4) 46-18-212 |
| 61-10-123(3) [2] | S2118 | 2 | Fail To Have Pilot Cars Properly Equipped | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-10-145(4) 46-18-212 |
| 61-10-123(4) | S2121 | 3 | Exceeding 35 MPH Max Speed Limit For Haystack Movers | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-10-145(4) 46-18-212 |
| 61-10-123(5) | S2122 | 2 | Operating Haystack Mover During Hours Of Darkness | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-10-145(4) 46-18-212 |
| 61-10-123(6) | S2123 | 2 | Operating Haystack Mover On Interstate | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-10-145(4) 46-18-212 |
| 61-10-124(1) | S2124 | 0 | Operate Without Over-Dimensional (Size) Permit | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-10-146(2) 46-18-212 |
| 61-10-124(2) [1] | S2125 | 2 | Fail To Obtain Special Triples Permit | MISD | $535 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-10-145(4) 46-18-212 |
| 61-10-124(2) [2] | S2068 | 0 | Exceed 95 Feet Maximum Length Without Permit | MISD | $535 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-10-145(4) 46-18-212 |
| 61-10-124(2)(f)(I) | S2084 | | Operate Non-Divisible Oversized Load Up To 120' Without Permit | MISD | $535 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-10-145(4) 46-18-212 |
| 61-10-124(4)(a) | S2078 | 2 | Operate Triple Combination Outside The Two Mile Limit Off The Interstate System | MISD | $535 | | $500 | $1,000 | $35 | N | 0 | 0 | 61-10-146(2)(b) |
| 61-10-124(4)(g) [1] | S2067 | 2 | Fail To Follow Conditions Of Triples Permit (See A.R.M. 18.8.517) | MISD | $535 | | $500 | $1,000 | $35 | N | 0 | 0 | 61-10-146(2)(b) |
| 61-10-124(4)(g) [2] | S2128 | 3 | Operating 6-12 MPH Over The 55 MPH Speed Limit For Triples (See A.R.M. 18.8.517) | MISD | $535 | | $500 | $1,000 | $35 | N | 0 | 0 | 61-10-146(2)(b) |
| 61-10-124(4)(g) [3] | S2090 | 3 | Operating In Excess Of 12 MPH Over The 55 MPH Speed Limit For Triples (See A.R.M. 18.8.517) | MISD | $535 | | $500 | $1,000 | $35 | N | 0 | 0 | 61-10-146(2)(b) |
| 61-10-124(4)(g) [4] | S2091 | 2 | Operate With Lighter Trailer In Front Of Heavier Trailer ($5,000 Pounds Difference) | MISD | $535 | | $500 | $1,000 | $35 | N | 0 | 0 | 61-10-146(2)(b) |
| 61-10-128(2) [1st] | S2116 | 3 | Operate Veh In Excess Of Seasonal Wt. & Speed Restrictions Because Of Climatic Conditions - 1st Off. | MISD | $85 | | $10 | $50 | $35 | Y | 0 | 25 Days | 61-10-147 |
| 61-10-128(2) [2nd] | S2116 | 3 | Operate Veh In Excess Of Seasonal Wt. & Speed Restrictions Because Of Climatic Conditions - 2nd Off. | MISD | $235 | | $50 | $200 | $35 | Y | 0 | 100 Days | 61-10-147 |
| 61-10-128(2) [3rd] | S2116 | 3 | Operate Veh In Excess Of Seasonal Wt. & Speed Restrictions Because Of Climatic Conditions - 3rd Off. | MISD | $535 | | $200 | $500 | $35 | Y | 0 | 6 Mo | 61-10-147 |
| 61-10-141(1) [1] | S2100 | 2 | Fail To Obey Direction To Be Weighed (See A.R.M. 18.8.1301) | MISD | $235 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-10-145(4) 46-18-212 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-10-141(1) [2] | S2101 | 2 | Fail To Unload Excessive Weight/Load When Directed To Do So | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-10-145(4) 46-18-212 |
| 61-10-141(2) | S2108 | 2 | Fail To Remove Unloaded Excess Commodities From Highway Right-of-Way | MISD | $145 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-10-145(4) 46-18-212 |
| 61-10-142 [1] | S2113 | | Fail To Carry Special Permit In Vehicle To Which It Refers | MISD | $85 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-10-145(4) 46-18-212 |
| 61-10-142 [2] | S2114 | 2 | Fail To Permit Officer To Inspect Special Permit | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-10-145(4) 46-18-212 |
| 61-10-143 | S2115 | 2 | Fail To Surrender Violated Special Permit To Officer When Ordered | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 61-10-145(2) | S2200 | 2 | Fail To Use/Extend Retractable Axle When Weight Exceeds Legal Max For Fixed Axles | MISD | $35 | | $100 | $100 | $35 | N | 0 | 0 | 61-10-145(2) |
| 61-10-146(1) [1] | S2110 | | Misrepresenting Size Or Weight Of Load When Obtaining Special Permit | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-10-146(1) 46-18-212 |
| 61-10-146(1) [2] | S2111 | | Fail To Follow Conditions And Requirements Of Special Permit | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-10-146(1) 46-18-212 |
| 61-10-146(1) [3] | S2112 | | Operate a Vehicle, Combination Of, Load, Object, Or Other Thing With Size Or Weight W/O Spec Permit | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 61-10-146(1) 46-18-212 |
| 61-10-146(2)(a) | S2109 | | Operating a Vehicle With Weight Greater Than The Maximum Authorized | MISD | $35 | | $30 | $2,000 | $35 | N | 0 | 0 | 61-10-146(a) |
| 61-10-201 | V3000 | | Failure To Pay GVW Fees | MISD | $135 | | $0 | $300 | $35 | N | 0 | 60 Days | 61-10-232 |
| 61-10-206 [1] | V3070 | | Failure To Pay Special Fees On Certain Farm Vehicles | MISD | $135 | | $0 | $300 | $35 | N | 0 | 60 Days | 61-10-232 |
| 61-10-206 [2] | V3071 | | Improper Operation Of a Vehicle Under Special Farm Vehicle Fees | MISD | $85 | | $0 | $300 | $35 | N | 0 | 60 Days | 61-10-232 |
| 61-10-209(1) | V3090 | | Fail To Display Proof Of Payment Of Current GVW Fees - Ref ARM 18.8.429 | MISD | $135 | | $0 | $300 | $35 | N | 0 | 60 Days | 61-10-209(3) 61-10-232 |
| 61-10-209(2) | V3100 | | Operating Vehicle After Expiration Of License Fee Period | MISD | $135 | | $0 | $300 | $35 | N | 0 | 60 Days | 61-10-209(3) 61-10-232 |
| 61-10-211(1) | S3130 | | Fail To Obtain Trip Permit By Non-Resident | MISD | $85 | | $0 | $300 | $35 | N | 0 | 60 Days | 61-10-232 |
| 61-10-211(2) | S3131 | | Violating Mileage Payment Of Trip Permit | MISD | $85 | | $0 | $300 | $35 | N | 0 | 60 Days | 61-10-232 |
| 61-10-212(1) | S3140 | | Fail To Properly Display Trip Permit In Vehicle | MISD | $85 | | $0 | $300 | $35 | N | 0 | 60 Days | 61-10-232 |
| 61-10-212(2) | S3141 | | Operating In State In Excess Of Time Limit Of Trip Permit | MISD | $85 | | $0 | $300 | $35 | N | 0 | 60 Days | 61-10-232 |
| 61-10-213 [1] | S3150 | | Fail To Purchase Trip Permit Immediately Upon Arrival In State | MISD | $85 | | $0 | $300 | $35 | N | 0 | 60 Days | 61-10-232 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61-10-213 [2] | S3151 | | Violation Of Use Of Vehicle Exempted Under 15-6-201 | MISD | $85 | | $0 | $300 | $35 | N | 0 | 60 Days | 61-10-232 |
| 61-10-214(1) | V3170 | | Operating "Exempt" City Vehicle Beyond 15 Mile Limit | MISD | $85 | | $0 | $300 | $35 | N | 0 | 60 Days | 61-10-232 |
| 61-10-214(2) | V3171 | | Violation/Use Of Exempt Vehicle Of Agricultural Worker | MISD | $85 | | $0 | $300 | $35 | N | 0 | 60 Days | 61-10-232 |
| 61-10-214(3) | V3172 | | Operating Dealer Exempt Vehicle In Violation Of Exempt Authorized | MISD | $85 | | $0 | $300 | $35 | N | 0 | 60 Days | 61-10-232 |
| 61-10-232 | S3167 | | Violation Of a Gross Vehicle Weight Licensing Requirement Under Title 61, Chapter 10, Part 2 | MISD | $135 | | $0 | $300 | $35 | N | 0 | 60 Days | 61-10-232 |
| 61-10-233 | S3168 | | Operate In Excess Of Gross Vehicle Weight License | MISD | $135 | | $0 | $300 | $35 | N | 0 | 60 Days | 61-10-232 |
| 61-10-233(1) | S3161 | | Operate Vehicle Whose Gross Laden Weight Exceeds GVW Shown On Owner Certificate | MISD | $85 | | $0 | $300 | $35 | N | 0 | 60 Days | 61-10-232 |
| 61-10-233(2) | S3164 | | Fail To Pay Additional GVW Fees Applicable To Cover Overload | MISD | $85 | | $0 | $300 | $35 | N | 0 | 60 Days | 61-10-232 |
| 61-11-213 | V1203 | 6 | Habitual Offender Operating Motor Vehicle | MISD | $1,035 | | $0 | $1,000 | $35 | Y | 14 Days | 1 Yr | 61-11-213 |
| 61-13-103 | V7363 | | Seatbelt Violation | MISD | | | $20 | $20 | | N | 0 | 0 | 61-13-104 |
| **Title 67** | | | | | | | | | | | | | |
| 67-1-204 | | | Unlawful Flight In Aircraft | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 67-1-205 |
| 67-1-204(4) | | | Operate Aircraft In A Careless Or Reckless Manner | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 67-1-205 |
| 67-1-204(5) | | | Willful And Malicious Use Of Aircraft - Livestock | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 67-1-205 |
| 67-1-204(6) | | | Unlawful Landing Of Aircraft On Private Lands Or Waters | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 67-1-205 |
| 67-1-204(7) | | | Operate/Attempt To Operate/Actual Control Of Aircraft While Under The Influence Of Alcohol Or Drugs | MISD | $385 | | $0 | $500 | $35 | N | 0 | 6 Mo | 67-1-205 |
| 67-1-204(8) | | | Fail To Report Violation Of 67-1-204(7) | MISD | $185 | | $0 | $500 | $35 | N | 0 | 90 Days | 67-1-105 |
| 67-1-211 | | | Alcohol Concentration Standards - Crewmember | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 67-1-205 |
| 67-3-101 | | | Fail To Register | MISD | $185 | | $0 | $500 | $35 | N | 0 | 90 Days | 67-1-105 |
| 67-3-103(1) | | | Fail To Carry Registration | MISD | $185 | | $0 | $500 | $35 | N | 0 | 90 Days | 67-1-105 |
| 67-3-103(2) | | | Fail To Exhibit/Produce Registration | MISD | $185 | | $0 | $500 | $35 | N | 0 | 90 Days | 67-1-105 |
| 67-3-105 | | | Refuse Inspection | MISD | $185 | | $0 | $500 | $35 | N | 0 | 90 Days | 67-1-105 |
| 67-3-201 | | | Fail To Register/License Aircraft | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 67-3-202 46-18-212 |
| 67-3-211 | | | Aircrew Member W/O License, Certificate, Permit | MISD | $185 | | $0 | $500 | $35 | N | 0 | 90 Days | 67-1-105 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 78*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67-5-203 | | | Fail To Acquire Permit (Structure W/I 2 Miles Of Public Airport Or Landing Field) | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 67-6-211 |
| **Title 69** | | | | | | | | | | | | | |
| 69-11-108 | | | Prohibition On Confiscation Of Fuel | MISD | $85 | | $50 | $200 | $35 | N | 0 | 0 | 69-11-108(3) |
| 69-11-207 | | | Authorization For Free Transportation - Common Carrier | MISD | $135 | | $10 | $300 | $35 | N | 0 | 0 | 69-11-207 |
| 69-12-108 [1st] | | | Transport Passengers For Hire W/O Certificate Of Public Convenience And Necessity - 1st Offense | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 69-12-108(2) |
| 69-12-108 [2nd] | | | Transport Passengers For Hire W/O Certificate Of Public Convenience And Necessity - 2nd Offense | MISD | $535 | | $25 | $1,000 | $35 | N | 0 | 0 | 69-12-108(2) |
| 69-12-401 | S4201 | | Unlawful Operation Of A Motor Carrier | MISD | $185 | | $25 | $500 | $35 | N | 0 | 0 | 69-12-108(2) |
| 69-12-403 | S4202 | | Failure To Discontinue Service Upon Order | MISD | $85 | | $25 | $500 | $35 | N | 0 | 0 | 69-12-108(2) |
| 69-12-408(1)(a) | S3180 | | Fail To Display On Sides Of Vehicle Name, Of Persons, Or Corporation | MISD | $85 | | $25 | $500 | $35 | N | 0 | 0 | 69-12-108(2) |
| 69-12-408(1)(b) [1] | S3181 | | Inadequate Markings Of Motor Vehicle In Excess Of 10,000 GVW | MISD | $85 | | $25 | $500 | $35 | N | 0 | 0 | 69-12-108(2) |
| 69-12-408(1)(b) [2] | S3182 | | Fail To Keep Markings Legible | MISD | $85 | | $25 | $500 | $35 | N | 0 | 0 | 69-12-108(2) |
| 69-12-421 | | | Fail To Pay Motor Carrier Fees | MISD | $85 | | $25 | $500 | $35 | N | 0 | 0 | 69-12-108(2) |
| 69-12-611 | S4212 | | Fail To Carry Copy of Lease | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 69-12-108(2) |
| 69-14-626 | | | Prohibition On Extended Obstruction Of Highway Crossings | MISD | $135 | | $25 | $100 | $35 | N | 0 | 0 | 69-14-626(2) |
| 69-14-1204 | | | Stowing Away On Railroad Property | MISD | $285 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 69-14-1204(2) |
| **Title 75** | | | | | | | | | | | | | |
| 75-7-106 | | | Use Of Junked Motor Vehicles As Reinforcement | MISD | $385 | | $0 | $500 | $35 | Y | 0 | 0 | 75-7-123(1)(a) |
| 75-7-113 | | | Violation Of Emergency Notice Procedure | MISD | $385 | | $0 | $500 | $35 | N | 0 | 0 | 75-7-123(1)(a) |
| 75-10-212(2) | | | Littering - Dumping/Leaving Any Garbage/Dead Animal/Refuse/Debris | MISD | $135 | | $0 | $100 | $35 | N | 0 | 30 Days | 75-10-233 |
| 75-10-213 | | | Unlawful Disposition Of Dead Animals | MISD | $185 | | $50 | $500 | $35 | N | 0 | 0 | 75-10-232(1) |
| 75-10-221 | | | Dispose Of Solid Waste Or Operate Solid Waste Management System W/O A License | MISD | $185 | | $50 | $500 | $35 | N | 0 | 0 | 75-10-232(1) |
| 75-10-406 | | | Fail To Obtain, Or Violates Hazardous Waste Permit | MISD | $2,085 | | $0 | $5,000 | $35 | Y | 0 | 6 Mo | 75-10-418 |
| 75-10-418(1)(a) | | | Transports Any Hazardous Waste To An Unpermitted Facility | FELONY | NO BOND | | $0 | $25,000 | $80+ | Y | 0 | 3 Yrs | 75-10-418(2) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 79*

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75-10-418(1)(b) | | | Treats, Stores, Or Disposes Hazardous Waste Without Permit | **FELONY** | **NO BOND** | | $0 | $25,000 | $80+ | Y | 0 | 3 Yrs | 75-10-418(2) |
| 75-10-418(1)(c) | | | Omits Material Information Or Makes False Statement Or Statement/Representation | **FELONY** | **NO BOND** | | $0 | $25,000 | $80+ | Y | 0 | 3 Yrs | 75-10-418(2) |
| 75-10-418(1)(d) | | | Violate Used Oil Or Hazardous Waste Rule Or Regulation | **FELONY** | **NO BOND** | | $0 | $25,000 | $80+ | Y | 0 | 3 Yrs | 75-10-418(2) |
| 75-10-418(1)(e) | | | Transport Hazardous Waste Without A Manifest | **FELONY** | **NO BOND** | | $0 | $25,000 | $80+ | Y | 0 | 3 Yrs | 75-10-418(2) |
| 75-10-505 | | | Fail To Shield/Remove Junk Vehicles | MISD | $135 | | $0 | $250 | $35 | N | 0 | 30 Days | 75-10-542(1) |
| 75-10-511 | | | Fail To Obtain License - Motor Vehicle Wrecking Facility/Graveyard | MISD | $135 | | $0 | $250 | $35 | N | 0 | 30 Days | 75-10-542(1) |
| 75-10-512 | | | Fail To Maintain Records - Wrecking Facility | MISD | $135 | | $0 | $250 | $35 | N | 0 | 30 Days | 75-10-542(1) |
| 75-10-933 | | | Fail To Obtain License - Megalandfill | MISD | $135 | | $0 | $250 | $35 | N | 0 | 30 Days | 75-10-542(1) |
| 75-15-111 | | | Outdoor Advertising Prohibited In Proximity To Highway | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 75-15-134 46-18-212 |
| 75-15-112 | | | Unlawful Advertising | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 75-15-134 46-18-212 |
| 75-15-113 | | | Nonconforming Standards For Permitted Advertising | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 75-15-134 46-18-212 |
| 75-15-122 | | | Fail To Obtain Permit | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 75-15-134 46-18-212 |
| 75-15-131 | | | Fail To Allow Inspection | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 75-15-134 46-18-212 |
| 75-15-211 | | | Fail To Obtain License - Junkyard | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 75-15-134 46-18-212 |
| **Title 76** | | | | | | | | | | | | | |
| 76-13-113 | | | Destruction Of Signs | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 76-13-112 |
| 76-13-121 | | | Fail To Obtain Permit For Burning | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 76-13-112 |
| 76-13-123 | | | Failure To Extinguish Campfire | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 76-13-112 |
| 76-13-124 | V0010 | | Throw/Place Any Lighted/Glowing Substance In/Near Forest | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 76-13-112 |
| 76-13-125 | | | Spark Arresters Required | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 76-13-112 |
| 76-13-601 | S0040 | | Fail To Show Ownership Of Coniferous Tree When Requested (Transporting More Than 5) | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 76-13-601(5) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Title 77** | | | | | | | | | | | | | |
| 77-1-801(1) | | | No Annual Recreational Use License | MISD | $135 | | $50 | $500 | $35 | N | 0 | 6 Mo | 77-1-801(4) |
| 77-1-801(2) | V2055 | | Fail To Display Recreational Use License | MISD | $135 | | $50 | $500 | $35 | N | 0 | 6 Mo | 77-1-801(4) |
| 77-1-806(2) | | | Entry Of Private Property Without Permission | MISD | $135 | | $50 | $500 | $35 | N | 0 | 6 Mo | 77-1-806(2) |
| 77-3-118 | | | Removal Of Minerals And Gems During Preliminary Prospecting Period | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 77-3-410 | | | False Statements Relating to Oil and Gas Leases | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | Y | 0 | 10 Yrs | 73-3-410 46-18-213 |
| 77-3-431 | | | Failure Of Lessees To File Report | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| **Title 80** | | | | | | | | | | | | | |
| 80-3-314 | | | Failure To Report | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 80-3-306(1)(b) 46-18-212 |
| 80-3-321 | | | Fail To Obtain/Renew/Produce Dealer License | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 80-3-306(1)(b) 46-18-212 |
| 80-4-407 | | | Fail To Report - Grain Standards And Storage | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 80-4-429 46-18-212 |
| 80-4-408 | | | Failure To Allow Examination Of Books | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 80-4-429 46-18-212 |
| 80-4-421 | | | License Suspension And Revocation | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 80-4-429 46-18-212 |
| 80-4-501 | | | Failure To Obtain Public Warehouse License | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 80-4-429 46-18-212 |
| 80-4-521 | | | Fail To Maintain Records - Warehouse Operator | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 80-4-429 46-18-212 |
| 80-4-524 | | | Discrimination In Charge By Warehouse Operator | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 80-4-429 46-18-212 |
| 80-4-526 | | | Warehouse Receipts | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 80-4-429 46-18-212 |
| 80-4-533 | | | Loss Of Receipts - Conditions Of Reissue | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 80-4-429 46-18-212 |
| 80-4-601 | | | License Requirements - Commodity Dealer | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 80-4-429 46-18-212 |
| 80-4-725 | | | Sale Or Offer For Sale Treated Product | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 80-4-429 46-18-212 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 80-5-123 | | | Fail To Appropriately Label Containers For Agricultural, Vegetable, Flower, And Indigenous Seeds | MISD | $135 | | $100 | $300 | $35 | N | 0 | 0 | 80-5-136(4)(b) |
| 80-5-130 | | | Fail To Obtain License - Condition Agricultural Seed | MISD | $135 | | $100 | $300 | $35 | N | 0 | 0 | 80-5-136(4)(b) |
| 80-5-133 | | | Fail To Allow Inspection | MISD | $135 | | $100 | $300 | $35 | N | 0 | 0 | 80-5-136(4)(b) |
| 80-5-136 | | | Violate Stop Sale Order | MISD | $135 | | $100 | $300 | $35 | N | 0 | 0 | 80-5-136(4)(b) |
| 80-5-139 | | | Violation Of Rules Of Department Of Agriculture | MISD | $135 | | $100 | $300 | $35 | N | 0 | 0 | 80-5-136(4)(b) |
| 80-5-403 | | | Imported Seed Potatoes - Restrictions | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 80-5-405(4) |
| 80-5-404 | | | Planting Noncertified Seed Potatoes | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 80-5-405(4) |
| 80-6-1105 | | | Fail To Obtain Certification - Alfalfa Leaf-Cutting Bees | MISD | $335 | | $300 | $500 | $35 | N | 0 | 0 | 80-6-1110 |
| 80-6-1107 | | | Restrictions On Importing Bees | MISD | $335 | | $300 | $500 | $35 | N | 0 | 0 | 80-6-1110 |
| 80-6-1108 | | | Restrictions On Rearing, Moving And Trapping Of Bees And Movement Of Equipment | MISD | $335 | | $300 | $500 | $35 | N | 0 | 0 | 80-6-1110 |
| 80-8-201 | | | Fail To Register Pesticides | MISD | $535 | | $100 | $1,500 | $35 | N | 0 | 0 | 80-8-306 |
| 80-8-202 | | | Prohibited Acts | MISD | $535 | | $100 | $1,500 | $35 | N | 0 | 0 | 80-8-306 |
| 80-8-204 | | | Fail To Obtain Applicator's License | MISD | $535 | | $100 | $1,500 | $35 | N | 0 | 0 | 80-8-306 |
| 80-8-207 | | | Fail To Obtain Dealers License | MISD | $535 | | $100 | $1,500 | $35 | N | 0 | 0 | 80-8-306 |
| 80-8-210 | | | Fail To Obtain Nonresident's License | MISD | $535 | | $100 | $1,500 | $35 | N | 0 | 0 | 80-8-306 |
| 80-8-301 | | | Fail To Report Loss Or Damage | MISD | $535 | | $100 | $1,500 | $35 | N | 0 | 0 | 80-8-306 |
| 80-9-201 | | | Fail To Obtain Commercial Feed License And Registration | MISD | $285 | | $100 | $300 | $35 | N | 0 | 0 | 80-9-303(1)(a) |
| 80-9-203 | | | Misbranded Feed | MISD | $285 | | $100 | $300 | $35 | N | 0 | 0 | 80-9-303(1)(a) |
| 80-9-204 | | | Adulterated Feed | MISD | $285 | | $100 | $300 | $35 | N | 0 | 0 | 80-9-303(1)(a) |
| 80-9-205 | | | Prohibitions - Commercial Feed | MISD | $285 | | $100 | $300 | $35 | N | 0 | 0 | 80-9-303(1)(a) |
| 80-10-201 | | | Fail To Obtain Registration - Commercial Fertilizers | MISD | $335 | | $300 | $500 | $35 | N | 0 | 0 | 80-10-303(2) |
| 80-10-202 | | | Fail To Obtain License - Commercial Fertilizers | MISD | $335 | | $300 | $500 | $35 | N | 0 | 0 | 80-10-303(2) |
| 80-10-205 | | | Misbranding And Adulteration | MISD | $335 | | $300 | $500 | $35 | N | 0 | 0 | 80-10-303(2) |
| 80-15-402 | | | Prohibited Activity - Chemical Groundwater Protection Act | MISD | $5,000 | | $0 | $25,000 | $35 | N | 0 | 1 Yr | 80-15-414(1) |
| 80-15-403 | | | Failure To Comply - Chemical Groundwater Protection Act | MISD | $535 | | $100 | $1,500 | $35 | N | 0 | 0 | 80-15-414(2) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Title 81** | | | | | | | | | | | | | |
| 81-2-102 | | | Violation Of A Rule Or Order Of The Department of Livestock | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-21-105 46-18-212 |
| 81-2-103 | | | Adoption Of Rules Of Authority | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-2-113 46-18-212 |
| 81-2-104 | | | Rules - Agreement W/ Federal Government Authority | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-2-113 46-18-212 |
| 81-2-107 | | | Duty To Report Contagious Diseases | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-2-113 46-18-212 |
| 81-2-108 | | | Diseased Animal Not To Run At Large | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-2-113 46-18-212 |
| 81-2-110 | | | Expense Of Cleaning & Disinfecting Carriers Facilities | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-2-113 46-18-212 |
| 81-2-112 | | | Prohibition By Governor On Importation Of Animals | MISD | $335 | | $300 | $5,000 | $35 | N | 0 | 60 Days | 81-2-112(2) |
| 81-2-120 | | | Management Of Wild Buffalo/Bison For Disease Control | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-2-113 46-18-212 |
| 81-2-121 | | | Taking Of Publicly Owned Wild Buffalo/Bison That Are Present On Private Property | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-2-113 46-18-212 |
| 81-2-303 | | | Refusal To Have Livestock Inspected, Tested, Treated Or Vaccinated | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-2-113 46-18-212 |
| 81-2-403 | | | Use Of Sires Not Fit For Artificial Insemination | MISD | $335 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 81-2-502 | | | License Required To Treat Garbage Feed To Swine | MISD | $135 | | $50 | $250 | $35 | N | 0 | 6 Mo | 81-2-511 |
| 81-2-503 | | | Failure To Obtain License - Feed Garbage To Swine | MISD | $135 | | $50 | $250 | $35 | N | 0 | 6 Mo | 81-2-511 |
| 81-2-504 | | | Violation Of Department Rules | MISD | $135 | | $50 | $250 | $35 | N | 0 | 6 Mo | 81-2-511 |
| 81-2-505(1) | | | Fail To Allow Authorized Entry | MISD | $135 | | $50 | $250 | $35 | N | 0 | 6 Mo | 81-2-511 |
| 81-2-505(2) | | | Fail To Keep/Provide Records | MISD | $135 | | $50 | $250 | $35 | N | 0 | 6 Mo | 81-2-511 |
| 81-2-509 | | | Fail To Treat Garbage | MISD | $135 | | $50 | $250 | $35 | N | 0 | 6 Mo | 81-2-511 |
| 81-2-510 | | | Using Garbage Originating On Or Removed From Airplanes | MISD | $135 | | $50 | $250 | $35 | N | 0 | 6 Mo | 81-2-511 |
| 81-2-601 | | | Tuberculin, Permission For Sale/Distribution | MISD | $285 | | $25 | $500 | $35 | Y | 0 | 90 Days | 81-2-603 |
| 81-2-602 | | | Fail To Report Sales Or Distribution Of Tuberculin | MISD | $285 | | $25 | $500 | $35 | Y | 0 | 90 Days | 81-2-603 |
| 81-2-703 [1] | | | Import Livestock W/O Health Certificate Or Import Permit | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-2-708 |
| 81-2-703 [2] | | | Transport Animals Into State W/O Permit | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-2-708 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 81-2-706 | | | Consignment Requirements | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-2-708 |
| 81-2-707 | | | Violation Of Department Rules | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-2-708 |
| 81-3-102 | | | Recording/Brands Required - Game Farm Animals To Be Marked | MISD | $335 | | $0 | $1,000 | $35 | N | 0 | 1 Yr | 81-3-108 |
| 81-3-202 [1] | | | Violation Of Department Rules (Marks & Brands) | MISD | $135 | | $50 | $500 | $35 | N | 0 | 6 Mo | 81-3-231(4) 81-3-231(5) |
| 81-3-202 [2] | | | Violation Of Department Rules Or Orders | MISD | $135 | | $50 | $500 | $35 | N | 0 | 6 Mo | 81-3-231(4) 81-3-231(5) |
| 81-3-203(5) | | | Grazing Permit/Trans Of Strays/Livestock Not Lawfully Under Transporters Control | MISD | $135 | | $50 | $500 | $35 | N | 0 | 6 Mo | 81-3-231(4) 81-3-231(5) |
| 81-3-205 | | | Failure/Pay Fees For Inspection & Livestock Transport Permits | MISD | $135 | | $50 | $500 | $35 | N | 0 | 6 Mo | 81-3-231(5) |
| 81-3-210 | | | Failure To Provide Bill Of Sale Required | MISD | $135 | | $50 | $500 | $35 | N | 0 | 6 Mo | 81-3-231(5) |
| 81-3-211(2) | | | Fail to Have Livestock Inspected/Change Ownership/County Line/ Market/ Possession/Obtain MPC, Etc. | MISD | $135 | | $50 | $500 | $35 | N | 0 | 6 Mo | 81-3-231(5) |
| 81-3-211(5) [1] | | | Fail/Have Cert. Of Inspection When Moving Livestock | MISD | $135 | | $50 | $500 | $35 | N | 0 | 6 Mo | 81-3-231(5) |
| 81-3-211(5) [2] | | | Refusal To Exhibit Cert. Of Inspection To Patrolmen, Etc. | MISD | $135 | | $50 | $500 | $35 | N | 0 | 6 Mo | 81-3-231(5) |
| 81-3-213 | | | Failure To Have Livestock Inspected, Removal From State | MISD | $285 | | $50 | $500 | $35 | N | 0 | 6 Mo | 81-3-231(5) |
| 81-3-215 | | | Failure to Have Inspection - Dead Animals Feedlot | MISD | $185 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-3-232 |
| 81-3-231(3) | | | Failure To Exhibit Inspection Certificate, Permit, Etc. | MISD | $135 | | $50 | $500 | $35 | N | 0 | 6 Mo | 81-3-231(5) |
| 81-3-233 | | | Removal of Livestock From State W/O Inspection - Exception | FELONY | NO BOND | | $0 | $2,000 | $80+ | Y | 0 | 3 Yrs | 81-3-233 |
| 81-4-201 [1] | | | Permit Swine, Sheep, Goats To Run At Large | MISD | $135 | | $0 | $500 | $35 | N | 0 | 0 | 81-4-202 |
| 81-4-201 [2] | | | Livestock Unlawfully Running At Large | MISD | $135 | | $0 | $500 | $35 | N | 0 | 0 | 81-4-202 |
| 81-4-204 | | | Male Equine Animals At Large | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-4-209 46-18-212 |
| 81-4-210 | | | Bulls At Large - Time Period | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-4-213 46-18-212 |
| 81-4-211 | | | Female Breeding Cattle, Purebred Bull To Accompany | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-4-213 46-18-212 |
| 81-4-214 | | | Running Irons Prohibited | MISD | $185 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-4-214 46-15-212 |

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 81-4-217 | | | Takes Or Receives An Impounded Animal | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-4-217(4) 46-18-212 |
| 81-4-218 | | | Failure To Mark Land & Mining Claims In National Forest | MISD | $185 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 81-4-306 | | | Permitting Animals To Run At Large Herd District | MISD | $185 | | $50 | $250 | $35 | N | 0 | 0 | 81-4-306 |
| 81-4-308 | | | Retrieval Impounded Animals - Herd District | MISD | $235 | | $100 | $500 | $35 | N | 0 | 60 Days | 81-4-308 |
| 81-4-309 | | | Unlawful Introduction Livestock - Herd District | MISD | $285 | | $250 | $500 | $35 | Y | 0 | 60 Days | 81-4-309 |
| 81-4-324 | | | Horses Running At Large In A Horse Herd District Prohibited | MISD | $285 | | $250 | $500 | $35 | Y | 0 | 60 Days | 81-4-325 81-4-309 |
| 81-4-401 | | | Livestock At Large In Municipalities | MISD | $185 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-4-402 |
| 81-4-502 | | | Abandoned Horses On Public Range Declared Public Nuisance | MISD | $185 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 81-4-507 | | | Gathering Horses In Roundup District Before Roundup | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 81-4-513 | | | Report Of Roundup Foreman | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 81-4-621 | | | Unlawful Possession Of Any Estray | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 81-5-101 [1st] | | | Moving Livestock From Customary Range - 1st Offense | MISD | $60 | | $0 | $25 | $35 | N | 0 | 6 Mo | 81-5-101(2) |
| 81-5-101 [2nd] | | | Moving Livestock From Customary Range - 2nd Offense | MISD | $285 | | $0 | $250 | $35 | N | 0 | 6 Mo | 81-5-101(2) |
| 81-5-101 [3rd] | | | Moving Livestock From Customary Range - 3rd Offense | MISD | $535 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-5-101(2) |
| 81-5-102 | | | Driving Animals Upon Railroad Track | **FELONY** | **NO BOND** | | $0 | $5,000 | $80+ | Y | 0 | 5 Yrs | 81-5-102 |
| 81-5-103 | | | Abandonment Of Sheep | MISD | $85 | | $100 | $100 | $35 | Y | 3 Mo | 1 Yr | 81-5-103 |
| 81-5-112 | | | Failure To Obtain Sheep Transportation Permit | MISD | $335 | | $0 | $1,000 | $35 | N | 0 | 6 Mo | 81-5-112(2) |
| 81-7-102 | | | Violation Of Rules - Predatory Animals | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 81-7-121 | | | Falsifying Certificates Of Affidavits (Predatory Animal) | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 81-7-122 | | | Penalty For Fraudulent Claims (Predatory Animals) | MISD | $535 | | $0 | $1,000 | $35 | N | 0 | 1 Yr | 41-7-122 |
| 81-7-401 | | | Dogs Harassing, Destroying, Injuring Livestock | MISD | $235 | | $0 | $500 | $35 | N | 0 | 0 | 81-7-401(6) |
| 81-7-403 | | | Dogging Of Livestock | MISD | $135 | | $0 | $500 | $35 | N | 0 | 0 | 81-7-403 |
| 81-7-501 | | | Aerial Hunting Prohibited | MISD | $535 | | $500 | $1,000 | $35 | N | 0 | 0 | 81-7-511 |
| 81-7-502 | | | Violation Of Rule Making Authority (Aerial Hunting) | MISD | $535 | | $500 | $1,000 | $35 | N | 0 | 0 | 81-7-511 |
| 81-7-503 | | | Failure To Obtain Permit | MISD | $535 | | $500 | $1,000 | $35 | N | 0 | 0 | 81-7-511 |
| 81-7-506 | | | Aerial Harassing Of Livestock | MISD | $535 | | $500 | $1,000 | $35 | N | 0 | 0 | 81-7-511 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 81-8-214 | | | Operating An Unlicensed Market Sale | MISD | $285 | | $100 | $600 | $35 | N | 30 Days | 6 Mo | 81-8-216(1) |
| 81-8-231 | | | Duties Of Department (Marketing) | MISD | $285 | | $100 | $600 | $35 | N | 0 | 30 Days | 81-8-216(1) |
| 81-8-232 | | | Fail To Conspicuously Post License/Certificate | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 81-8-251 | | | Fail To Obtain Certificate To Operate Livestock Market | MISD | $285 | | $100 | $600 | $35 | N | 30 Days | 6 Mo | 81-8-216(1) |
| 81-8-256 | | | Fail To Pay Fee To Operate Livestock Market | MISD | $285 | | $100 | $600 | $35 | N | 30 Days | 6 Mo | 81-8-216(1) |
| 81-8-258 | | | Fail To Keep Records & Reports - Livestock Market | MISD | $285 | | $100 | $600 | $35 | N | 30 Days | 6 Mo | 81-8-216(1) |
| 81-8-261 | | | Refuse Authorized Inspection | MISD | $285 | | $100 | $600 | $35 | N | 30 Days | 6 Mo | 81-8-216(1) |
| 81-8-264 | | | Violation Of Satellite Video Livestock Auction Market | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 81-8-271 | | | Operating As An Unlicensed Livestock Dealer | MISD | $335 | | $250 | $1,000 | $35 | N | 0 | 6 Mo | 81-8-279 |
| 81-8-278 | | | Department Access To Livestock Dealer Records | MISD | $335 | | $250 | $1,000 | $35 | N | 0 | 6 Mo | 81-8-279 |
| 81-8-401 | | | Certain Dealings In Baby Animals Unlawful | MISD | $85 | | $0 | $100 | $35 | N | 0 | 30 Days | 81-8-402 |
| 81-8-501 | | | Unlawful Sale Of Registered Livestock | MISD | $185 | | $25 | $500 | $35 | N | 10 Days | 6 Mo | 81-8-502 |
| 81-8-705 | | | Wrongful Use Of Label | MISD | $85 | | $10 | $500 | $35 | N | 0 | 0 | 81-8-705(1) |
| 81-9-111 | | | Failure To Have Hide Inspected | MISD | $185 | | $100 | $500 | $35 | Y | 30 Days | 6 Mo | 81-9-118 |
| 81-9-112 | | | Inspection And Marking Of Hides And Meat | MISD | $285 | | $100 | $500 | $35 | Y | 30 Days | 6 Mo | 81-9-118 |
| 81-9-114 | | | Fail To Report Violations | MISD | $185 | | $100 | $500 | $35 | Y | 30 Days | 6 Mo | 81-9-118 |
| 81-9-115 | | | Unlawful Purchase Of Hide | MISD | $185 | | $100 | $500 | $35 | Y | 30 Days | 6 Mo | 81-9-118 |
| 81-9-201 | | | Meat Establishment License | MISD | $135 | | $0 | $500 | $35 | N | 0 | 0 | 81-9-201(4) |
| 81-9-220 | | | Rules (Slaughter) | MISD | $235 | | $0 | $1,000 | $35 | N | 0 | 1 Yr | 81-9-234(2) |
| 81-9-232 | | | Reg. Of Equine/Game Farm Animal/Rabbit Or Carcasses/ Products | MISD | $235 | | $0 | $1,000 | $35 | N | 0 | 1 Yr | 81-9-234(2) |
| 81-9-234(1)(a) | | | Slaughter Livestock/ Poultry/Prepare Livestock Products/ Poultry For Human Consumption | MISD | $285 | | $0 | $1,000 | $35 | N | 0 | 1 Yr | 81-9-234(2) |
| 81-9-234(1)(b) | | | Sell/Transp/Adulterated/Misbranded/Condemned/Uninspected Meats/Livestock Products/Poultry Products | MISD | $285 | | $0 | $1,000 | $35 | N | 0 | 1 Yr | 81-9-234(2) |
| 81-9-234(1)(c) | | | Falsely Represent Article Been Inspected/Passed/Exempted/Knowingly Make False Statement/Certificate | MISD | $285 | | $0 | $1,000 | $35 | N | 0 | 1 Yr | 81-9-234(2) |
| 81-9-234(1)(d) | | | Sell/Transport Slaughtered Poultry Which Blood/Feathers/Feet/Head/Viscera Have Not Been Removed | MISD | $285 | | $0 | $1,000 | $35 | N | 0 | 1 Yr | 81-9-234(2) |
| 81-9-234(1)(e) | | | Fail To Keep Records Required | MISD | $135 | | $0 | $1,000 | $35 | N | 0 | 1 Yr | 81-9-234(2) |
| 81-9-234(1)(f) | | | Forge Any Official Stamp, Mark Or Certificate | MISD | $285 | | $0 | $1,000 | $35 | N | 0 | 1 Yr | 81-9-234(2) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 81-9-234(1)(g) | | | Use/Alter/Deface/Destroy Any Official Mark/Stamp/Certificate W/O Authorization | MISD | $285 | | $0 | $1,000 | $35 | N | 0 | 1 Yr | 81-9-234(2) |
| 81-9-234(1)(h) | | | Fail To Use/Detach/Deface/Destroy An Official Stamp/Mark Or Certificate | MISD | $285 | | $0 | $1,000 | $35 | N | 0 | 1 Yr | 81-9-234(2) |
| 81-9-234(1)(i) | | | Knowingly Poss. Counterfeit Certificate/Stamp/Label Or Carcass/Parts W/ Counterfeit/Improper Mark | MISD | $285 | | $0 | $1,000 | $35 | N | 0 | 1 Yr | 81-9-234(2) |
| 81-9-234(1)(j) | | | Sell Or Transport An Equine Carcass Or Parts Unless Marked As Required | MISD | $285 | | $0 | $1,000 | $35 | N | 0 | 1 Yr | 81-9-234(2) |
| 81-9-234(1)(k) | | | Buy/Sell/Transport Livestock Products/Poultry Products Not Intended For Human Food Unless Natu | MISD | $285 | | $0 | $1,000 | $35 | N | 0 | 1 Yr | 81-9-234(2) |
| 81-9-234(1)(l) | | | Engage In The Business Of Buying/Selling/Transporting Dead/Dying/Disabled/Diseased Animals | MISD | $285 | | $0 | $1,000 | $35 | N | 0 | 1 Yr | 81-9-234(2) |
| 81-9-301 | | | Unlawful Operation Of Rendering Or Disposal Plant | MISD | $160 | | $50 | $250 | $35 | N | 0 | 0 | 81-9-306 |
| 81-9-302 | | | Violation Of Rules - Power Of Dept To Adopt And Enforce Rules (Slaughter) | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 81-9-313 | | | Dead Or Fallen Animal Records | MISD | $135 | | $50 | $250 | $35 | N | 30 Days | 90 Days | 81-9-317 |
| 81-9-314 | | | Fail To Tag Dead Or Fallen Animal | MISD | $135 | | $50 | $250 | $35 | N | 30 Days | 90 Days | 81-9-317 |
| 81-9-315 | | | Fail To Produce Records | MISD | $135 | | $50 | $250 | $35 | N | 30 Days | 90 Days | 81-9-317 |
| 81-9-316 | | | Fail To Keep Records - Disposal Of Hides | MISD | $135 | | $50 | $250 | $35 | N | 30 Days | 90 Days | 81-9-317 |
| 81-9-402 | | | Hide Certificate - Identification | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 46-18-212 |
| 81-9-411 | | | Operating As A Hide Dealer Without License | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-9-422 46-18-212 |
| 81-20-101 | | | Violation Of Rules Or Order - Poultry Industry - Powers & Authority Of Department | MISD | $135 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-20-103 46-18-212 |
| 81-20-201 [1st] | | | Failure To Obtain Egg Dealer's/Egg Grader's License - 1st Offense | MISD | $85 | | $25 | $75 | $35 | N | 0 | 0 | 81-20-208 |
| 81-20-201 [2nd] | | | Failure To Obtain Egg Dealer's/Egg Grader's License - 2nd Offense | MISD | $185 | | $50 | $200 | $35 | N | 0 | 0 | 81-20-208 |
| 81-20-204 [1st] | | | Certificate Of Candling Or Packing - 1st Offense | MISD | $85 | | $25 | $75 | $35 | N | 0 | 0 | 81-20-208 |
| 81-20-204 [2nd] | | | Certificate Of Candling Or Packing - 2nd Offense | MISD | $185 | | $50 | $200 | $35 | N | 0 | 0 | 81-20-208 |
| 81-20-206 | | | Fail To Notify Purchaser - Grade Of Eggs | MISD | $85 | | $25 | $75 | $35 | N | 0 | 0 | 81-20-208 |
| 81-20-207 | | | Rules To Be Adopted By Dept Of Livestock (Poultry & Eggs) | MISD | $85 | | $25 | $75 | $35 | N | 0 | 0 | 81-20-208 |
| 81-21-102 | | | Operating An Unlicensed Milk Plant | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-21-105 46-18-212 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

| MCA's - Pages 1-97<br>CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 81-22-104 | | | Violation Of Rules & Laws/Standards Of Quality & Sanitation Of Manufactured Dairy | MISD | $285 | | $25 | $500 | $35 | N | 0 | 6 Mo | 81-22-601 |
| 81-22-106 | | | Fail To Furnish Producers Names & Addresses | MISD | $285 | | $25 | $500 | $35 | N | 0 | 6 Mo | 81-22-601 |
| 81-22-201 | | | Fail To Obtain License - Manufactured Dairy Products | MISD | $285 | | $25 | $500 | $35 | N | 0 | 6 Mo | 81-22-601 |
| 81-22-204 | | | Fail To Obtain License - Milk Or Cream Route | MISD | $285 | | $25 | $500 | $35 | N | 0 | 6 Mo | 81-22-601 |
| 81-22-206 | | | Fail To Obtain License - Graders/Weighers/Samplers | MISD | $285 | | $25 | $500 | $35 | N | 0 | 6 Mo | 81-22-601 |
| 81-22-302 | | | Fail To Take & Preserve Samples | MISD | $285 | | $25 | $500 | $35 | N | 0 | 6 Mo | 81-22-601 |
| 81-22-304 | | | Department's Right Of Entry Into Dairy Or Plants For Inspection | MISD | $285 | | $25 | $500 | $35 | N | 0 | 6 Mo | 81-22-601 |
| 81-22-403 | | | Fail Provide Plans for Const/Remodel/Relocate Of Manufacturing Plant | MISD | $285 | | $25 | $500 | $35 | N | 0 | 6 Mo | 81-22-601 |
| 81-22-404 | | | Removal Or Destruction Of Products In Case Of Potential Health Hazard | MISD | $285 | | $25 | $500 | $35 | N | 0 | 6 Mo | 81-22-601 |
| 81-22-405 | | | Labeling Of Cheese Containers | MISD | $285 | | $25 | $500 | $35 | N | 0 | 6 Mo | 81-22-601 |
| 81-22-407 | | | Fail To Comply With Sanitary Regulations - Imported Products | MISD | $285 | | $25 | $500 | $35 | N | 0 | 6 Mo | 81-22-601 |
| 81-22-408 | | | Failure To Have Manufacturer's/ Wholesaler's/Retailer's Names On Package | MISD | $285 | | $25 | $500 | $35 | N | 0 | 6 Mo | 81-22-601 |
| 81-22-409 | | | Adulterating Milk Or Cream Unlawful | MISD | $285 | | $25 | $500 | $35 | N | 0 | 6 Mo | 81-22-601 |
| 81-22-410 | | | Manufacture, Sale Or Importation Of Products Containing Extraneous Fats | MISD | $285 | | $25 | $500 | $35 | N | 0 | 6 Mo | 81-22-601 |
| 81-22-411 | | | Filled Dairy Products Unlawful | MISD | $285 | | $25 | $500 | $35 | N | 0 | 6 Mo | 81-22-601 |
| 81-22-501 | | | Fail To Produce Or Report Records | MISD | $285 | | $25 | $500 | $35 | N | 0 | 6 Mo | 81-22-601 |
| 81-22-602 | | | Deceit In Grade/Measure/Test Of Milk & Cream Unlawful | MISD | $285 | | $25 | $500 | $35 | N | 0 | 6 Mo | 81-22-601 |
| 81-23-104 | | | Violation Board Of Milke Control Rules & Orders | MISD | $385 | | $0 | $600 | $35 | N | 0 | 0 | 81-23-405 Original Jurisdiction In The District Court |
| 81-23-105 | | | Testing Of Milk | MISD | $385 | | $0 | $600 | $35 | N | 0 | 0 | 81-23-405 Original Jurisdiction In The District Court |
| 81-23-201 | | | Fail To Obtain License - Producers/Producer - Distributor/Distributors/Jobbers | MISD | $385 | | $0 | $600 | $35 | N | 0 | 0 | 81-23-405 Original Jurisdiction In The District Court |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 81-30-103 [1] | | | Unlawful Acts - Animals & Animal Facility - Damage Less Than $500 | MISD | $285 | | $0 | $500 | $35 | N | 0 | 6 Mo | 81-30-105(2) |
| 81-30-103 [2] | | | Unlawful Acts - Animals & Animal Facility - Damage Over $500 | FELONY | NO BOND | | $500 | $5,000 | $80+ | Y | 0 | 10 Yrs | 81-30-105(3) |
| 81-30-103(2)(f) | | | Enter Or Remain On Premises Of An Animal Facility | MISD | $135 | | $50 | $500 | $35 | N | 0 | 3 Mo | 81-30-105(1) |
| *Title 87* | | | | | | | | | | | | | |
| 87-1-102(4) | | | Apply For Or Purchase A Hunting, Fishing, Or Trapping License When License Privileges Are Forfeited | MISD | $1,035 | | $500 | $2,000 | $35 | N | 0 | 60 Days | 87-1-102(4) |
| 87-1-125 | | | Violation Of Commission Or Department Orders Or Rules | MISD | $135 | | $50 | $500 | $35 | N | 0 | 0 | 87-1-125 (Restitution - 87-1-111 & 87-1-115) |
| 87-1-208 | | | Fail To Stop At Check Station | MISD | $85 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-1-231(1) | | | Fail To Report Bear, Wolf, Tiger, Mountain Lions, Or Coyote Captured Alive | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-1-231(2) | | | Fail To Tattoo Captive Animals | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-1-231(3) | | | Failing To Report Disposition Of Bear, Wolf, Tiger, Mountain Lion, Or Coyote In Captivity | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-1-803(4) [1] | | | Apply For Or Purchase A License When Privilege Is Suspended Under Wildlife Violator Compact | MISD | $1,035 | | $500 | $2,000 | $35 | N | 0 | 60 Days | 87-1-102(4) |
| 87-1-803(4) [2] | | | Hunt, Trap, Or Fish When Privilege Is Suspended Under Wildlife Compact Violator | MISD | $1,035 | | $500 | $2,000 | $35 | N | 0 | 60 Days | 87-1-102(4) |
| 87-1-803(4) [3] | | | Refusal To Surrender Hunting/Trapping/Fishing Lic When Privelege Suspended-Wildlife Violator Compact | MISD | $1,035 | | $500 | $2,000 | $35 | N | 0 | 60 Days | 87-1-102(4) |
| 87-1-804(3) | | | Apply For License While Suspended For Failure To Comply With Citation - Compact | MISD | $1,035 | | $500 | $2,000 | $35 | N | 0 | 60 Days | 87-1-102(4) |
| 87-2-103(1)(a) [1] | | | Hunt/Trap/Attempt To Hunt/Trap Or Possess Game Animal - Deer/Antelope/Elk/Mtn Lion Without A License | MISD | $535 | | $300 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-2-103(1)(a) [2] | | | Hunt/Trap/Attempt to Hunt/Trap or Possess Game Animal Without A License | MISD | $735 | | $500 | $2,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-2-103(1)(b) | | | Hunt/Trap/Attempt To Hunt/Trap Or Possess Game Bird/Fish, Etc. Without A License | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-2-103(1)(c) | | | Hunt/Trap/Attempt To Hunt/Trap Any Game Animal, Game Bird, Fur-Bearing Animal Or Fish W/O License | MISD | $135 | | $100 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 87-2-103(1)(d) | | | Non-Resident Trap/Attempt To Trap Predatory Animals Or Non-Game Wildlife Without License | MISD | $335 | | $100 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-2-104(1) | | | Apply For, Purchase, Or Possess More Than One License Or Special License | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-2-104(2) | | | Unlawful Use Of Replacement License - Permit Or Tag | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-2-106 | | | Issuing Or Obtaining A Licenses Without Required Documentation Or Information | MISD | $135 | | $50 | $1,000 | $35 | Y | 0 | 6 Mo | 87-2-106(9) |
| 87-2-106(6) | | | Subscribe Or Make Any Statement On Application For License That Is False | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-2-106(9) |
| 87-2-106(7) | | | Apply For Or Purchase Resident License For Non-Resident Use | MISD | $35 | | $100 | $1,000 | $35 | N | 0 | 6 Mo | 87-2-106(9) |
| 87-2-106(8) | | | Affirming To Or Making A False Statement To Obtain A Resident License | MISD | $35 | | $100 | $1,000 | $35 | N | 0 | 6 Mo | 87-2-106(9) |
| 87-2-106(10) | | | Assist Unqualified Applicant In Obtaining A Resident License | MISD | $335 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-2-109 | | | Fail To Possess Or Exhibit License On Demand | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-2-110 | | | Alteration, Attachment, Loan, Transfer License | MISD | $235 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-2-114(1) | | | Unlawful Possession Of A Hunting Or Fishing License Or Permit Of Another | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-2-114(1)(a) | | | Knowingly Carry Or Control Hunting License / Permit Of Another | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-2-114(1)(b) | | | Knowingly Carry Or Possess Resident License / Permit Issued To Non-Resident | MISD | $535 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-2-114(1)(c) | | | Knowingly Carry Or Possess Unlawfully Obtained License / Permit | MISD | $535 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-2-114(4) | | | Knowingly Carry, Possess Or Sell 2 Or More Unlawfully Obtained License/Permit (Commercial Activity) | FELONY | NO BOND | | $0 | $5,000 | $80+ | Y | 0 | 5 Yrs | 87-2-114 |
| 87-2-120 | | | Unlawful Means of Angling Or Fishing | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-2-201 | | | Fail To Purchase Conservation License | MISD | $85 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-2-202 | | | License Agent Failure To Require Proper ID When Issuing A License | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-2-203 | | | Sell License Without Wildlife Conservation License | MISD | $235 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-2-205 | | | Subscribe To Any False Statement In An Application For A Wildlife Conservation License | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-2-411(1) | | | No State Waterfowl Stamp | | $85 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(2)(d) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 87-2-509(2) | | | Fail To Tag, Validate Tag, Attach Tag, Or Tag In Wrong District | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-2-521 [1] | | | Train Dogs On Mountain Lion Or Bobcat Without License - Resident | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-2-521 [2] | | | Train Dogs On Mountain Lion Or Bobcat Without License - Non-Resident | MISD | $535 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-2-604 | | | Fail To Obtain Written Permission To Hunt Or Snare Predatory Animals Or Non Game Wildlife | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-2-806 | | | Violation Of Special Scientific Permit | MISD | $85 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-2-807 | | | Take Migratory Game Birds For Propagation | MISD | $85 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-101(1) | | | Unlawful to Hunt/Attempt to Hunt Any Game Animal Or Game Bird From Self-Propelled Or Drawn Vehicle | MISD | $235 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-101(2) | | | Unlawful To Hunt/Attempt To Hunt Any Game Animal Or Game Bird From Roadway | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-101(3) | | | Hunt/Attempt To Hunt With Spotlight/Artificial Light, Snare, Or Bait (Game Animals, Game Birds) | MISD | $535 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-102 [1] | | | Waste / Abandon Game Animal - Large Game Animal | MISD | $735 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-3-102(6) |
| 87-3-102 [2] | | | Waste / Abandon Game Animal - Game Animal (Elk/Deer) | MISD | $535 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-3-102(6) |
| 87-3-102 [3] | | | Waste / Abandon Game Animal - Other Game Animal | MISD | $335 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-3-102(6) |
| 87-3-102 [4] | | | Waste / Abandon Game Animal - Game Bird Or Fish | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-3-102(6) |
| 87-3-103 [1] | | | Kill, Take, Hunt, Shoot, Capture More Than One Large Game Animal W/O Authorization | MISD | $735 | | $500 | $2,000 | $35 | N | 0 | 6 Mo | 87-1-102(2)(a) |
| 87-3-103 [2] | | | Attempt Kill, Take, Hunt, Shoot, Or Capture More Than One Large Game Animal W/O Authorization | MISD | $635 | | $200 | $600 | $35 | N | 0 | 6 Mo | 87-1-102(2)(c) |
| 87-3-103 [3] | | | Kill, Take, Hunt, Shoot, Or Capture More Than One Game Animal W/O Authorization | MISD | $535 | | $300 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(2)(b) |
| 87-3-103 [4] | | | Attempt Kill, Take, Hunt, Shoot, Or Capture More Than One Game Animal W/O Authorization | MISD | $435 | | $200 | $600 | $35 | N | 0 | 6 Mo | 87-1-102(2)(c) |
| 87-3-103 [5] | | | Kill, Take, Hunt, Shoot, Or Capture More Than One Other Game Animal W/O Authorization | MISD | $335 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-103 [6] | | | Attempt Kill, Take, Hunt, Shoot, Or Capture More Than One Other Game Animal W/O Authorization | MISD | $335 | | $200 | $600 | $35 | N | 0 | 6 Mo | 87-1-102(2)(c) |
| 87-3-104 [1] | | | Unlawful To Hunt Or Fish During Closed Season - Large Game Animal | MISD | $735 | | $500 | $2,000 | $35 | N | 0 | 6 Mo | 87-1-102(2)(a) |
| 87-3-104 [2] | | | Unlawful To Hunt Or Fish During Closed Season - Game Animal | MISD | $535 | | $500 | $2,000 | $35 | N | 0 | 6 Mo | 87-1-102(2)(a) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 87-3-104 [3] | | | Unlawful To Hunt Or Fish During Closed Season - Other Game Animal | MISD | $335 | | $200 | $600 | $35 | N | 0 | 60 Days | 87-1-102(2)(c) |
| 87-3-104 [4] | | | Unlawful To Hunt Or Fish During Closed Season - Game Bird Or Fish | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-105 | | | Unlawful To Import For Introduction Or To Introduce Or Transplant Wildlife | MISD | $335 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-107(1)(a) | | | Fail To Tag Snare Traps | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-107(1)(b) | | | Set Snare Or Traps On Private Property Without Landowner Consent | MISD | $135 | | $50 | $500 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-108 | | | Unlawful To Use Any Recorded Or Electrically Amplified Bird Or Animal Calls Or Sounds | MISD | $335 | | $200 | $600 | $35 | N | 0 | 60 Days | 87-1-102(2)(c) |
| 87-3-109 [1] | | | Attempting To Take Simulated Wildlife Decoy - Large Game Animal | MISD | $735 | | $500 | $2,000 | $35 | N | 0 | 6 Mo | 87-3-109(3) 87-1-102(2)(a) |
| 87-3-109 [2] | | | Attempting To Take Simulated Wildlife Decoy - Game Animal | MISD | $535 | | $300 | $1,000 | $35 | N | 0 | 6 Mo | 87-3-109(3) 87-1-102(2)(b) |
| 87-3-109 [3] | | | Attempting To Take Simulated Wildlife Decoy - Other Game Animal | MISD | $335 | | $200 | $600 | $35 | N | 0 | 60 Days | 87-3-109(3) 87-1-102(2)(c) |
| 87-3-109 [4] | | | Attempting To Take Simulated Wildlife Decoy - Fur Bearer | MISD | $335 | | $100 | $1,000 | $35 | N | 0 | 6 Mo | 87-3-109(3) 87-1-102(2)(d) |
| 87-3-109 [5] | | | Attempting To Take Simulated Wildlife Decoy - Game Bird Or Fish | MISD | $335 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-3-109(3) 87-1-102(1)(a) |
| 87-3-110 | | | Sell Grizzly Bear Part Without Registration | MISD | $735 | | $500 | $2,000 | $35 | N | 0 | 6 Mo | 87-1-102(2)(a) |
| 87-3-111(1) [1] | | | Unlawful Possession, Shipping, Transportation - Value In Excess Of $1,000 | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | N | 0 | 5 Yrs | 87-3-111(6)(b) |
| 87-3-111(1) [2] | | | Unlawful Possession, Shipping, Transportation (Elk, Deer, Antelope, Mountain Lion) | MISD | $535 | | $300 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(2)(b) |
| 87-3-111(1) [3] | | | Unlawful Possession, Shipping, Transportation (Other Game Animal) | MISD | $335 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-111(1) [4] | | | Unlawful Possession, Shipping, Transportation (Furbearer) | MISD | $335 | | $100 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(2)(d) |
| 87-3-111(1) [5] | | | Unlawful Possession, Shipping, Transportation (Game Bird, Fish) | MISD | $335 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-111(1) [6] | | | Unlawful Possession, Shipping, Transportation Of Fish Or Game | **FELONY** | **NO BOND** | | $0 | $50,000 | $80+ | N | 0 | 5 Yrs (Lic Susp - Min 3 yrs/Max Life) | 87-3-111(6)(b) |
| 87-3-112 | | | Possession And Unlawful Use Of Fishing Implements | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 0 | 87-1-102(1)(a) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 87-3-116(1) [1] | | | Outfitting Without A License | MISD | $535 | | $200 | $1,000 | $35 | Y | 0 | 1 Yr | 87-3-116(1) |
| 87-3-116(1) [2] | | | Outfitting Without A License For Consideration Less Than $5,000 | MISD | $1,035 | | $200 | $1,000 | $35 | N | 0 | 1 Yr | 87-3-116(1) |
| 87-3-116(2) [1] | | | Outfitting Without A License | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 5 Yrs | 87-3-116(1) |
| 87-3-116(2) [2] | | | Outfitting Without A License For Consideration In Excess of $5,000 | FELONY | NO BOND | | $0 | $50,000 | $80+ | Y | 0 | 5 Yrs | 87-3-116(2) |
| 87-3-118 [1] | | | Illegal Sale, Purchase, Or Exchange of Unlawfully Taken Wildlife - Restitution Value <= $1,000 | MISD | $535 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-3-118(4) |
| 87-3-118 [2] | | | Illegal Sale, Purchase, Or Exchange of Unlawfully Taken Wildlife - Restitution Value > $1,000 | FELONY | NO BOND | | $0 | $5,000 | $80+ | Y | 0 | 5 Yrs | 87-3-118(5) |
| 87-3-121 | | | Offer Or Give Prize For Taking / Killing Game Animal | MISD | $335 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-123 | | | Use Of Silencers Or Mufflers On Firearms Forbidden | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-124 [1] | | | Unlawful Use Of Dogs For Hunting - Large Game Animal | MISD | $535 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-124 [2] | | | Unlawful Use Of Dogs For Hunting - Game Animal | MISD | $535 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-124 [3] | | | Unlawful Use Of Dogs For Hunting - Other Game Animal | MISD | $535 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-124 [4] | | | Unlawful Use Of Dogs For Hunting - Furbearer | MISD | $535 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-124(1)(d) | | | Permitting Dogs To Harass Hooved Game Animals | MISD | $535 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-124(3)(c) | | | Train Dogs On Mountain Lion Or Bobcat Out-Of-Season | MISD | $535 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-125(1) | | | Drive Off Established Road | MISD | $85 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-125(2) | | | Harass Or Chase Game Animal | MISD | $235 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-125(4) | | | Harass Wildlife With A Self Propelled Vehicle | MISD | $235 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-126 [1] | | | Unlawful Use Of Aircraft Or Boat - Large Game Animal | MISD | $735 | | $500 | $2,000 | $35 | N | 0 | 6 Mo | 87-1-102(2)(a) |
| 87-3-126 [2] | | | Unlawful Use Of Aircraft Or Boat - Game Animal | MISD | $535 | | $300 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(2)(b) |
| 87-3-126 [3] | | | Unlawful Use Of Aircraft Or Boat - Other Game Animal | MISD | $335 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-126 [4] | | | Unlawful Use Of Aircraft Or Boat - Furbearers | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-126 [5] | | | Unlawful Use Of Aircraft Or Boat - Game Bird Or Fish | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-130(1) | | | Taking Wildlife In Defense Of Property Without Department Notification Within 72 Hours | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-130(2) | | | Feeding Wildlife | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 87-3-134 | | | Unlawful Possession Of Motion Tracking Device | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-135 | | | Unlawful Use Of Archery Equipment | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-142 | | | Interfere Or Hinder The Lawful Taking Of A Game Animal | MISD | $135 | | $0 | $500 | $35 | N | 0 | 30 Days | 87-3-143 |
| 87-3-203 | | | Unlawfully Using Small Fish As Bait | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-204(1) | | | Unlawful Methods To Take Fish | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-205(1) | | | Possessing Nets For Fish Taking | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-206(1) | | | Use Explosives And/Or Poisons To Take Fish | MISD | $535 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-207 | | | Unlawful To Place Caged Fish In Public Waters | MISD | $85 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-209 | | | Moving Infected Salmonid Fish Or Eggs | MISD | $335 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-221(1) | | | Import Salmonid Eggs Or Fish Without Permit | MISD | $335 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-222(1) | | | Improper Disposal Of Imported Salmonid Fish Or Parts | MISD | $335 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-301 | | | Unlawful Shotgun Load - Deer Or Elk | MISD | $85 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-302(1) | | | Fail To Wear Hunter Orange While Hunting | MISD | $55 | | $10 | $20 | $35 | N | 0 | 0 | 87-3-302(5) |
| 87-3-304(1) | | | Fail To Get Landowner Permission To Hunt Big Game | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-304(2) | | | Hunt Without Landowner Permission Other Than Big Game - 1st Offense | MISD | $60 | | $0 | $25 | $35 | N | 0 | 0 | 87-3-304(2) |
| 87-3-305 | | | Hunt Or Attempt To Hunt Deer Within City / Town Limits | MISD | $335 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(2)(a) |
| 87-3-306 | | | Destroy Evidence Of Sex In Any Game Animal | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-307(1) | | | Sponsor Game Animal Contest | MISD | $335 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-401 | | | Unlawful Use Of Rifles To Shoot Game Birds | MISD | $185 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-402 | | | Hunt Game Birds Out Of Season | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-403 [1] | | | Violation Of Waterfowl Regs - Before Or After Shooting Hours | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-403 [2] | | | Violation Of Waterfowl Regs - No Federal Stamp | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-403 [3] | | | Violation Of Waterfowl Regs - No State Stamp (See 87-2-411) | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-403 [4] | | | Violation Of Waterfowl Regs - Use Unplugged Shotgun | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-403 [5] | | | Violation Of Waterfowl Regs - Use Rifle On Waterfowl | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-403 [6] | | | Violation Of Waterfowl Regs - Use Steel Shot | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 87-3-403 [7] | | | Violation Of Waterfowl Regs - Hunt Over A Baited Field | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-403 [8] | | | Violation Of Waterfowl Regs - Waste Of Waterfowl | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-403 [9] | | | Violation Of Waterfowl Regs - Closed Season | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-405 | | | Fail To Tag Or Validate Turkey | MISD | $85 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-501(1) | | | Trap Or Hunt Or Attempt To Trap Or Hunt Any Fur-Bearing Animal During A Closed Season | MISD | $335 | | $100 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(2)(d) |
| 87-3-503 | | | Destroy, Open Or Leave Open, Or Partially Destroy A House Of Any Muskrat Or Beaver | MISD | $85 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(2)(d) |
| 87-3-504 | | | Fail To Tag Traps | MISD | $85 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-506 | | | Wasting Or Abandoning Of Fur-Bearing Animals In Traps Or Snares | MISD | $235 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-3-507 | | | Disturb, Destroy, Remove Traps Or Trapped Animals Belonging To Another | MISD | $235 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-4-1002 | | | Fur Farm Without License | MISD | $235 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-4-102(1) |
| 87-4-1014 | | | Unlawful Capture Of Furbearers For Fur Farm | MISD | $535 | | $100 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(2)(d) |
| 87-4-201 | | | Taxidermy Without License Or Violation Of Taxidermy Law | MISD | $285 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-4-302 | | | Fail To Keep Records Of Transactions - Fur Dealers | MISD | $285 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-4-303 | | | Fur Dealers Without Licenses | MISD | $285 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-4-407(2) | | | Operate Alternative Livestock Ranch Without License | MISD | $535 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-4-407(2) 87-4-427(4) |
| 87-4-414(2) | | | Shooting Of Alternate Livestock For Fee Or Remuneration | MISD | $535 | | $0 | $500 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) 87-4-427(4) |
| 87-4-418 | | | Capture, Take, Or Acquire Game Animal For Alternative Livestock Ranch | MISD | $535 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-4-504 | | | Fail To Have Bird Upland Game Bird License Or Bird Stamp When Hunting On Shooting Preserve | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-4-525 | | | Fail To Tag Shooting Preserve Birds (ARM 12.6.1201) | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-4-526 | | | Fail To Keep Shooting Preserve Records | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-4-601(1) | | | Unlawful Sale Of Fish Or Spawn | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-4-603 | | | Fail To Obtain Fish Pond License / Keep Records | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-4-608(1) | | | Unlawful Procurement Of Crayfish | MISD | $85 | | $50 | $500 | $35 | N | 0 | 6 Mo | 87-4-608(3) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 87-4-609 | | | Taking Aquatic Organisms For Commercial Use Without Permit | MISD | $335 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-4-705 [1] | | | Sell Game Bird Without Permit | MISD | $535 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-4-705 [2] | | | Fail To Keep Records Of Sold Animals | MISD | $535 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-4-803 | | | Zoo Or Menagerie Without License | MISD | $235 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-4-804 | | | Unlawfully Obtain Wild Animals For A Roadside Menagerie, Wild Animal Menagerie, Or Zoo W/O Permit | MISD | $535 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-4-903 | | | Game Bird Farm Without License | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-4-915 | | | Field Trial Without Permit | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-5-106 | | | Take, Possess, Transport, Export, Sell, Or Offer For Sale Non-Game Wildlife | MISD | $235 | | $0 | $250 | $35 | N | 0 | 0 | 87-1-102(1)(a) |
| 87-5-201(1) [1] | | | Unlawfully Killing Non-Game Birds | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-5-201(1) [2] | | | Take Or Destroy The Nest Or Eggs Of A Wild Bird | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-5-201(1) [3] | | | Possess Parts Of Non-Game Birds | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-5-203 | | | Hunt, Capture, Kill, Possess, Purchase, Offer Or Expose For Sale, Or Transport A Raptor | MISD | $335 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-5-204 [1] | | | Violation Of Falconry Regulations - Improperly Taking From Wild | MISD | $335 | | $50 | $500 | $35 | N | 0 | 6 Mo | 87-1-125(1) |
| 87-5-204 [2] | | | Violation Of Falconry Regulations - Licensee Possessing More Than 3 | MISD | $335 | | $50 | $500 | $35 | N | 0 | 6 Mo | 87-1-125(1) |
| 87-5-204 [3] | | | Violation Of Falconry Regulations - Sell Or Offer For Sale | MISD | $335 | | $50 | $500 | $35 | N | 0 | 6 Mo | 87-1-125(1) |
| 87-5-204 [4] | | | Violation Of Falconry Regulations - Transfer Bird(s) Without Permission | MISD | $335 | | $50 | $500 | $35 | N | 0 | 6 Mo | 87-1-125(1) |
| 87-5-205 | | | Capture Peregrine Falcon, Bald Eagle, Or Osprey | MISD | $535 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-5-207(1) | | | Restrictions On Use Of Raptors - Flush Or Loose At Big Game | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-5-207(2) | | | Restrictions On Use Of Raptors - Loose At Protected Mammals And Birds | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-5-401(1) [1] | | | Game Preserve | MISD | $285 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-5-401(1) [2] | | | Game Preserve - Carry Firearms | MISD | $285 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-5-401(1) [3] | | | Game Preserve - Discharge Firearm | MISD | $285 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-5-401(1) [4] | | | Game Preserve - Flush/Drive Game Or Birds | MISD | $285 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-5-502 | | | Construct Hydraulic Projects Without Notice | MISD | $135 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 96*

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 87-5-705 | | | Person May Not Import, Possess, Or Sell Exotic Wildlife | MISD | $1,035 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |
| 87-5-711(1) [1] | | | Import For Introduction Any Wildlife (See 87-5-721) | MISD | $735 | | $500 | $5,000 | $35 | N | 0 | 1 Yr | 87-5-721(2)(a) |
| 87-5-711(1) [2] | | | Import Raptors Not North American | MISD | $735 | | $500 | $5,000 | $35 | N | 0 | 1 Yr | 87-5-721(2)(a) |
| 87-5-711(1) [3] | | | Import / Introduce Wildlife Without Permission - Fish | MISD | $735 | | $500 | $5,000 | $35 | N | 0 | 1 Yr | 87-5-721(2)(a) |
| 87-5-711(2) | | | Introduce Fish In Violation (See Penalty 87-5-721) | MISD | $735 | | $500 | $5,000 | $35 | N | 0 | 1 Yr | 87-5-721(2)(a) |
| 87-5-721(2) | | | Intentionally Imports Introduces Or Transplants Fish | MISD | $2,535 | | $500 | $5,000 | $35 | N | 0 | 1 Yr | 87-5-721(2)(a) 87-5-721(2)(b) 87-5-721(2)(c) |
| 87-5-721(3) | | | Unlawful Holding Of Exotic Wildlife | MISD | $1,035 | | $50 | $1,000 | $35 | N | 0 | 6 Mo | 87-1-102(1)(a) |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 97*

# CODE
# OF
# FEDERAL
# REGULATION
# (CFR)

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *CFR* | | | | | | | | | | | | | |
| 61-10-154 -- Violation of Motor Carrier Safety Standards | | | | | | | | | | | | | |
| 107.62 | V4463 | 2 | No HM Certificate Of Registration Aboard Vehicle | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 171.2 [1] | V4429 | | Motor Carrier In Non Compliance With 49 CFR Hazardous Materials Regulations - First Offense | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 171.2 [2] | V4429 | | Motor Carrier In Non Compliance With 49 CFR Hazardous Materials Regulations - Second Offense | MISD | $585 | | $25 | $1,000 | $35 | N | 0 | 0 | 61-9-512 |
| 171.2 [3] | V4429 | | Motor Carrier In Non Compliance With 49 CFR Hazardous Materials Regulations - Third Offense | MISD | $735 | | $25 | $1,000 | $35 | N | 0 | 0 | 61-9-512 |
| 171.2A | V4463 | 2 | Failure To Comply With HM Regulations | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 171.3 | V4463 | 2 | Not Transporting HW In Accordance With Regulations | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 171.4 | V4463 | 2 | Marine Pollutant Requirements | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 172.2 | V4463 | 2 | General HM Shipping Paper Violations | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 172.200A | V4412 | 2 | No HM Shipping Paper In Possession As Required | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 172.201 | V4463 | 2 | General Entry Violations On HM Shipping Papers | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 172.201D | V4463 | 2 | No Emergency Response Number On HM Shipping Papers | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 172.202 | V4463 | 2 | Violations Of HM Shipping Paper Basic Description | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 172.203 | V4463 | 2 | Violations Of HM Shipping Paper Additional Description | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 172.204A | V4463 | 2 | Shipper's Certification Missing On HM Shipping Papers | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 172.205 | V4463 | 2 | No/Improper HW Manifest As Required | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 172.3 | V4430 | | General HM Marking Requirement Violations | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 172.301 | V4430 | | Non-Bulk Package Marking Requirements - General | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 172.302 | V4430 | | Bulk Package Marking Requirements - General | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 172.303A | V4430 | | Prohibited HM Marking On Package | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 172.4 | V4459 | | Labeling Requirement Violations - General | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 172.400A1 | V4459 | | No HM Label On Package | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 172.406A | V4459 | | HM Labels Not Placed As Required | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 172.5 | V4460 | 2 | Placarding Requirement Violations - General | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 172.502A1 | V4460 | 2 | Prohibited Placarding Violations | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 172.502A2 | V4460 | 2 | Sign/Device To Be Confused With Placard | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |

*~See Statute for 2nd or Subsequent Offense~*

SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)

$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 172.504A | V4443 | 2 | Vehicle Not Placarded As Required | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 172.516 | V4460 | 2 | Placard Not Visible Or Displayed Properly | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 172.516C6 | V4460 | 2 | Placard Damaged, Deteriorated, Or Obscured | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 172.6 | V4463 | 2 | Emergency Response Information Not Available | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 172.7 | V4463 | 2 | Training Of HM Employees | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 173.24B | V4447 | 2 | Failed To Meet General Package Requirements | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 173.24B1 | V4442 | 2 | Release Of HM From Package/Cargo Tank | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 173.24C | V4444 | | Unauthorized Package/Cargo Tank | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 173.24F1 | V4447 | | Closures For Packages/Cargo Tanks Open Or Leaking | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 173.29 | V4447 | | Transporting Empty Packages/Cargo Tank With Residue | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 173.33A | V4447 | | Cargo Tank General Requirements | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 173.34 | V4447 | | Cylinder Qualify, Markings, Retest Violations | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 173.35A | V4447 | | Intermediate Bulk Container Requirements | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 177.804 | V4452 | 2 | Failed To Comply With FMCSR's | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 177.816 | V4452 | 2 | Driver Training Requirements | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 177.834 | V4452 | 2 | General Loading/Unloading Requirements | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 177.834A | V4452 | 2 | Packages Not Secure In/On Vehicle | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 177.834C | V4452 | 2 | Smoking While Loading/Unloading | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 177.834G | V4452 | 2 | Failed To Prevent Relative Motion | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 177.834I | V4452 | 2 | Attendance Of Cargo Tank (Loading Or Unloading) | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 177.835 | V4452 | 2 | Improper Transport Of Explosives (Class 1) | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 177.838 | V4452 | 2 | Improper Transport Of Class 4, 5 Or Division 4.2 | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 177.839 | V4452 | 2 | Improper Transport Of Class 8 | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 177.84 | V4452 | 2 | Improper Transport Of Class 2 | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 177.841 | V4452 | 2 | Improper Transport Of Class 6.1 Or 2.3 | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 177.848D | V4452 | 2 | Prohibited Load/Transport/Storage Combination | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 177.848F | V4452 | 2 | Class 1 Load Separation Or Segregation | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 177.87 | V4452 | 2 | HM Regulations For Passenger Carrying Vehicles | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 178.245 | V4445 | | Requirements For Spec 51 Portable Tanks | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 178.255 | V4445 | | Requirements For Spec 60 Portable Tanks | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 178.27 | V4445 | | Requirements For 101/102 IM Tanks | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 178.32 | V4445 | | General Cargo Tank Specifications Requirements | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 178.337 | V4445 | | 330/331 Cargo Tank Specification Requirements | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 178.338 | V4445 | | 338 Cargo Tank Specification Requirements | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 178.345 | V4445 | | 406/407/412 Cargo Tank Specification General Requirements | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 178.346 | V4445 | | 406 Cargo Tank Requirements | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 178.347 | V4445 | | 407 Cargo Tank Requirements | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 178.348 | V4445 | | 412 Cargo Tank Requirements | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 178.35 | V4445 | | General Requirements For Spec Cylinders | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 180.405 | V4446 | | Qualification Of Cargo Tanks | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 180.405J | V4446 | | Cargo Tank Withdrawal Certification | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 180.407C | V4446 | | Cargo Tank Periodic Test And Inspection | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 180.415B | V4446 | | Cargo Tank Test Or Inspection Markings | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 382.115 [1st] | V4419 | | Motor Carrier In Non-Compliance With Drug And Alcohol Testing Regulations - 1st Offense | MISD | $385 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 382.115 [2nd] | V4419 | | Motor Carrier In Non-Compliance With Drug And Alcohol Testing Regulations - 2nd Offense | MISD | $635 | | $25 | $1,000 | $35 | N | 0 | 0 | 61-9-512 |
| 382.115 [3rd] | V4419 | | Motor Carrier In Non-Compliance With Drug And Alcohol Testing Regulations - 3rd Offense | MISD | $835 | | $25 | $1,000 | $35 | N | 0 | 0 | 61-9-512 |
| 383.3 [1st] | V4420 | | Motor Carrier In Non Compliance With Commercial Drivers License Regulations - 1st Offense | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 383.3 [2nd] | V4420 | | Motor Carrier In Non Compliance With Commercial Drivers License Regulations - 2nd Offense | MISD | $485 | | $25 | $1,000 | $35 | N | 0 | 0 | 61-9-512 |
| 383.3 [3rd] | V4420 | | Motor Carrier In Non Compliance With Commercial Drivers License Regulations - 3rd Offense | MISD | $685 | | $25 | $1,000 | $35 | N | 0 | 0 | 61-9-512 |
| 387.3 [1st] | V4421 | | Motor Carrier In Non Compliance With Insurance Requirements - 1st Offense | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 387.3 [2nd] | V4421 | | Motor Carrier In Non Compliance With Insurance Requirements - 2nd Offense | MISD | $485 | | $25 | $1,000 | $35 | N | 0 | 0 | 61-9-512 |
| 387.3 [3rd] | V4421 | | Motor Carrier In Non Compliance With Insurance Requirements - 3rd Offense | MISD | $685 | | $25 | $1,000 | $35 | N | 0 | 0 | 61-9-512 |
| 387.31F | V4409 | 2 | No MCS-90/MCS-82 Form (Foreign Passenger Motor Carriers) | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 387.7F | V4409 | 2 | No MCS-90/MCS-82 Form (Foreign Motor Carriers) | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 100*

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 390.17 | V4471 | 2 | Use Of Electronic Devices For Texting By A CMV Operator | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 390.21 | V4451 | 2 | No DOT/MVI Number/Name Of Company On Vehicle | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 390.3 [1st] | V4422 | | Motor Carriers In Non Compliance With 49 CFR Part 390 - 1st Offense | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 390.3 [2nd] | V4422 | | Motor Carriers In Non Compliance With 49 CFR Part 390 - 2nd Offense | MISD | $335 | | $25 | $1,000 | $35 | N | 0 | 0 | 61-9-512 |
| 390.3 [3rd] | V4422 | | Motor Carriers In Non Compliance With 49 CFR Part 390 - 3rd Offense | MISD | $535 | | $25 | $1,000 | $35 | N | 0 | 0 | 61-9-512 |
| 391.1 [1st] | V4423 | | Motor Carrier In Non Compliance With 49 CFR Part 391 - 1st Offense | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 391.1 [2nd] | V4423 | | Motor Carrier In Non Compliance With 49 CFR Part 391 - 2nd Offense | MISD | $335 | | $25 | $1,000 | $35 | N | 0 | 0 | 61-9-512 |
| 391.1 [3rd] | V4423 | | Motor Carrier In Non Compliance With 49 CFR Part 391 - 3rd Offense | MISD | $535 | | $25 | $1,000 | $35 | N | 0 | 0 | 61-9-512 |
| 391.11B1 | V4401 | 2 | Driver Under 21 (Interstate) Under 18 (Intrastate) | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 391.11B2 | V4450 | 2 | Non English Speaking Driver | | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 391.11B5 | V4403 | 2 | No CDL For Type Of Vehicle Being Operated | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 391.15A | V4406 | 2 | Driver Disqualified Under 391.11 Or 391.15 | MISD | $335 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 391.41A | V4402 | 2 | No Or Improper Medical Certification In Drivers Possession | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 391.45B | V4402 | 2 | Medical Certificate Expired | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 391.49J | V4404 | 2 | No Medical Waiver In Drivers Possession | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 392.1 [1st] | V4424 | | Motor Carrier In Non Compliance With 49 CFR Part 392 - 1st Offense | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 392.1 [2nd] | V4424 | | Motor Carrier In Non Compliance With 49 CFR Part 392 - 2nd Offense | MISD | $335 | | $25 | $1,000 | $35 | N | 0 | 0 | 61-9-512 |
| 392.1 [3rd] | V4424 | | Motor Carrier In Non Compliance With 49 CFR Part 392 - 3rd Offense | MISD | $535 | | $25 | $1,000 | $35 | N | 0 | 0 | 61-9-512 |
| 392.16 | V4450 | 2 | Driver Failing To Use Seatbelt | MISD | $25 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 392.2 | V4456 | | Driver Not Obeying Local Laws | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 392.22 | V4462 | 2 | Failing To Display Warning Devices | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 392.3 | V4405 | 2 | Driver Ill or Fatigued | MISD | $235 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 392.4 | V4407 | 2 | No Driver Shall Be On Duty And Possess/Be Under The Influence Of/Or Use Drugs Or Other Substances | MISD | $660 | | $25 | $500 | $35 | N | 0 | 0 | 61-8-714 61-9-512 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## APRIL 2010

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 392.5 | V4408 | 2 | No Driver Shall Use Alcohol, Be Under The Influence Of Alcohol, Within 4 Hours Of Going On Duty | MISD | $660 | | $25 | $500 | $35 | N | 0 | 0 | 61-8-714 61-9-512 |
| 392.60 | V4450 | 2 | Unauthorized Passenger | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 392.7 | V4450 | 2 | Driver Daily Inspection Of Vehicle/Equipment | | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 392.71A | V4448 | 2 | Using/Equipping CMV With Radar Detector | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 392.9 | V4436 | 2 | Load Not Secured (Spare Tire, Dunnage, Etc.) | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.100 | V4410 | 2 | No/Bad/Inadequate Load Securement | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.1 [1st] | V4425 | | Motor Carrier In Non Compliance With 49 CFR Part 393 - 1st Offense | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.1 [2nd] | V4425 | | Motor Carrier In Non Compliance With 49 CFR Part 393 - 2nd Offense | MISD | $335 | | $25 | $1,000 | $35 | N | 0 | 0 | 61-9-512 |
| 393.1 [3rd] | V4425 | | Motor Carrier In Non Compliance With 49 CFR Part 393 - 3rd Offense | MISD | $535 | | $25 | $1,000 | $35 | N | 0 | 0 | 61-9-512 |
| 393.11 [1] | V4435 | 2 | No Light Or Reflector On Proj Load (Night) | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.11 [2] | V4435 | 2 | No/Improper Reflectors | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.11 [3] | V4435 | 2 | No/Inoperative Clearance Lamps | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.13 | V4435 | 2 | No/Improper Reflective Sheeting | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.19 | V4435 | 2 | No/Inoperative Turn Signals | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.201 | V4439 | 2 | All Frame Violations | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.201A | V4439 | 2 | Frame Cracked, Broken, Bent, Loose | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.201B | V4439 | 2 | Cab Securement To The Frame | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.201D | V4439 | 2 | Loose Accessories Mounted On Frame | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.203 | V4451 | 2 | Cab And Body Violations | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.205A | V4441 | 2 | Wheel/Rim Cracked Or Broken | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.205B | V4441 | 2 | Stud/Bolt Holes Elongated On Wheels | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.205C | V4441 | 2 | Wheel Fasteners Loose And Or Missing | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.207A | V4438 | 2 | Axle Positioning Parts Defective/Missing | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.207B | V4438 | 2 | Sliding Axle Locking Pins Broken/Disengaged | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.207C | V4438 | 2 | Leaf Spring/Assembly Defective | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.207D | V4438 | 2 | Coil Spring Cracked/Broken | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.207E | V4438 | 2 | Torsion Bar Cracked/Broken/Bent | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.207F | V4438 | 2 | Air Suspension W/Excessive Air Leak Or Deflated | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 393.209(d) | V4437 | 2 | Loose / Worn Joints On Steering System | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.209A | V4437 | 2 | Broken/Unsecured Steering Wheel | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.209B | V4437 | 2 | Excessive Steering Wheel Lash | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.209C | V4437 | 2 | Steering Column Loose/Unsecured | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.25F | V4435 | 2 | No/Inoperative Stop Lamps | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.28 | V4435 | 2 | Wiring Protection Inadequate | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.30 | V4451 | 2 | Battery Installation Improper | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.41 | V4431 | 2 | Vehicle Not Equipped W/Parking Brake As Required | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.42 | V4431 | 2 | Vehicle Not Equipped W/Brakes As Required | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.42B | V4431 | 2 | Vehicle Not Equipped W/Front Wheel Brakes | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.43 | V4431 | 2 | Tractor Protection Valve Inoperative | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.43A | V4431 | 2 | Breakaway Device For Tractor | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.43D | V4431 | 2 | Breakaway Device For Trailer | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.44 | V4431 | 2 | Front Brake Line Protection On Buses | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.45B [1] | V4431 | 2 | Brake Hose And Tubing Chaffing / Kinking / Unsecured | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-[1] |
| 393.45B [2] | V4431 | 2 | Brake Hose And Tubing In Contact With Exhaust | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.45B [3] | V4431 | 2 | Improper/Leaking Brake Hose/Tubing Connection | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.47 | V4431 | 2 | Inadequate Brake Lining | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.48A | V4431 | 2 | Inoperative Brakes | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.51 | V4431 | 2 | Low Air/Hydraulic Warning Device | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.60 | V4451 | 2 | Windshield Condition | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.62 | V4451 | 2 | Escape Window Not Marked On Bus | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.65 | V4434 | 2 | Fuel Tank System Requirements | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.65B | V4434 | 2 | Improper Location Of Fuel System | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.65C | V4434 | 2 | Improper Fuel Tank Securement | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.65F | V4434 | 2 | Improper Fuel Line Protection | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.67 | V4434 | 2 | Fuel Tank Requirement Violations | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.67C7 | V4434 | 2 | Fuel Tank Filler Cap Not Secure Or Missing | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.67C8 | V4434 | 2 | Improper Fuel Tank Safety Vent | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.70C | V4432 | 2 | All Other Coupling Device Violations | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.70D | V4432 | 2 | No/Improper Safety Chains/Cables For Full Trailer | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 393.71 | V4432 | 2 | Coupling Device Violations/Driveaway Towaway | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.75A | V4440 | 2 | Tire Fabric Exposed | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.75A1 | V4440 | 2 | Tire Ply Or Belt Material Exposed | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.75A2 | V4440 | 2 | Tire Tread And/Or Side Wall Separation | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.75A3 | V4440 | 2 | Tire Flat Or Audible Air Leak | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.75B | V4440 | 2 | Tires On Front Wheels Less Than 4/32 Tread Depth | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.75C | V4440 | 2 | Tires Other Than Front Wheels Less Than 2/32 Tread | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.75D | V4440 | 2 | Regroove/Recap/Retread Tires On Front Axle of Bus | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.75E | V4440 | 2 | Regrooved Tires On Front Axle Of Truck/Truck-Tractor | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.75F | V4440 | 2 | Weight Exceed Tire Capacity Rating/Under Inflated | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.76 | V4451 | 2 | Sleeper Berth Requirement Violation | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.77 | V4451 | 2 | Cab Heater Violations | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.78 | V4458 | 2 | Windshield Wiper Inoperative | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.79 | V4451 | 2 | Cab Defroster Inoperative | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.80 [1] | V4461 | 2 | Rear Vision Mirrors Inadequate/Broken | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.80 [2] | V4432 | 2 | Fifth Wheel Coupling Device Violations | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.81 | V4451 | 2 | Horn Inoperative | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.82 | V4451 | 2 | Speedometer Inoperative | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.83A | V4433 | 2 | Improper Exhaust Location | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.83B | V4433 | 2 | Exhaust Discharge Near Fuel Tank / Filler Tube | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.83C | V4433 | 2 | Improper Exhaust System - Bus - Gas | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.83D | V4433 | 2 | Improper Exhaust System - Bus - Diesel | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.83E | V4433 | 2 | Exhaust System Discharge Not At Rear Of Cab - Truck | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.83F | V4433 | 2 | Improper Exhaust System Repair | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.83G | V4433 | 2 | Exhaust Leaking At Under Cab Or Sleeper | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.83H | V4433 | 2 | Exhaust System Not Secured Properly | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.84 | V4451 | 2 | Cab Floor Condition | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.86 | V4451 | 2 | No/Improper Rear End Protection - Rear Bumper | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.87 | V4411 | 2 | No/Improper Flag On Projecting Load | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.88 | V4451 | 2 | TV Screen In View Of Driver | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.90 | V4451 | 2 | No/Inadequate Bus Standee Line | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 393.9H | V4435 | 2 | No/Inoperative Head Lamps | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.9T | V4435 | 2 | No/Inoperative Tail Lamps | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.91 | V4451 | 2 | Bus - Improper Aisle Seats | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.93 | V4451 | 2 | Vehicle Not Equipped With Seatbelts | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.95A | V4451 | 2 | No/Discharge Fire Extinguisher | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 393.95F | V4462 | 2 | No Emergency Warning Device (Triangle Reflectors) | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 395.1 [1st] | V4426 | | Motor Carrier In Non Compliance With 49 CFR Part 395 - 1st Offense | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 395.1 [2nd] | V4426 | | Motor Carrier In Non Compliance With 49 CFR Part 395 - 2nd Offense | MISD | $385 | | $25 | $1,000 | $35 | N | 0 | 0 | 61-9-512 |
| 395.1 [3rd] | V4426 | | Motor Carrier In Non Compliance With 49 CFR Part 395 - 3rd Offense | MISD | $535 | | $25 | $1,000 | $35 | N | 0 | 0 | 61-9-512 |
| 395.13D1 | V4453 | 2 | Operating CMV After Driver Placed OOS | MISD | $385 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 395.15G | V4457 | 2 | Onboard Recording Info Not Available | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 395.3A1 | V4413 | 2 | 11 Hour Driving Rule - Property Carriers | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 395.3A2 | V4414 | 2 | 14 Hour Driving Rule - Property Carriers | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 395.3B | V4415 | 2 | 60/70 Hour Rule | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 395.5A [1] | V4467 | 2 | 10 Hour Driving Rules - Passenger Carriers | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 395.5A [2] | V4468 | 2 | 15 Hour Driving Rule - Passenger Carriers | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 395.8 | V4450 | 2 | General Form And Manner Log Violations | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 395.8A | V4416 | 2 | No Log Book In Possession | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 395.8E | V4418 | 2 | False Log | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 395.8F1 | V4417 | 2 | Log Not Current | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-F-512 |
| 395.8K2 | V4416 | 2 | Not In Possession Of 7 Previous Days Logs | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 396.1 [1st] | V4427 | | Motor Carrier In Non Compliance With 49 CFR Part 396 - 1st Offense | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 396.1 [2nd] | V4427 | | Motor Carrier In Non Compliance With 49 CFR Part 396 - 2nd Offense | MISD | $385 | | $25 | $1,000 | $35 | N | 0 | 0 | 61-9-512 |
| 396.1 [3rd] | V4427 | | Motor Carrier In Non Compliance With 49 CFR Part 396 - 3rd Offense | MISD | $535 | | $25 | $1,000 | $35 | N | 0 | 0 | 61-9-512 |
| 396.17 | V4451 | 2 | No/Expired Periodic Annual Inspection | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 396.3A | V4451 | 2 | Vehicle Maintenance (General) | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 396.3A1B | V4431 | 2 | General Brake Violations | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

# MONTANA SUPREME COURT BOND SCHEDULE
## *APRIL 2010*

| MCA's - Pages 1-97 CFR's - Pages 98-106 | UVC Code | Points | MCA Description | Degree | (Recommended) Bond **Includes Surcharge | Court Specified Bond | Min Fine | Max Fine | Surcharges | Must Appear | Min Jail | Max Jail | Penalty Section |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 396.3A1BA | V4431 | 2 | Brake Out Of Adjustment | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 396.3A1BC | V4431 | 2 | Brake - Air Compressor Violation | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 396.3A1BD | V4431 | 2 | Brake Drum Defective | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 396.3A1BH | V4431 | 2 | Brake Hose/Tube Damage Or Leaking | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 396.3A1BL | V4431 | 2 | Brake Air Pressure Loss | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 396.5B | V4451 | 2 | Grease And Oil Leaks | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 396.9C | V4454 | 2 | Operating CMV After Vehicle Place OOS | MISD | $385 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 397.1 [1st] | V4428 | | Motor Carrier In Non Compliance With 49 CFR Part 397 - 1st Offense | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 397.1 [2nd] | V4428 | | Motor Carrier In Non Compliance With 49 CFR Part 397 - 2nd Offense | MISD | $385 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 397.1 [3rd] | V4428 | | Motor Carrier In Non Compliance With 49 CFR Part 397 - 3rd Offense | MISD | $685 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 397.1B | V4452 | 2 | Driver Not In Compliance With Part 397 | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 397.11A | V4452 | 2 | Operating HM Vehicle Within 300FT Of Fire | MISD | $385 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 397.13 | V4452 | 2 | Smoking Within 25FT Of HM Vehicle | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 397.17 | V4452 | 2 | No Tire Inspection On HM Vehicle | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 397.19 | V4452 | 2 | No Instruction/Documents With Explosives | MISD | $135 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 397.3 | V4450 | 2 | Driver Not Obeying State And Local HM Laws | MISD | $385 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 397.5 | V4452 | 2 | Driver Not Attending HM Vehicle | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 397.67 | V4452 | 2 | HM Routing Violations | MISD | $385 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 397.7 | V4452 | 2 | Parking Of HM Placarded Vehicle - Violations | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |
| 398.6 | V4449 | | Violation Hours Of Service - Migrant Workers | MISD | $285 | | $25 | $500 | $35 | N | 0 | 0 | 61-9-512 |

**61-9-512. Violation of Rules -- Penalty.** (1) Any violation of any rules adopted by the department is a misdemeanor.

(2) A person convicted of a violation of any standard adopted pursuant to 61-10-154 shall be fined not less than $25 or more than $500 for the 1st offense and not less than $25 or more than $1,000 for each subsequent offense.

(3) The penalties provided in subsection (2) apply to any motor carrier that is a corporation subject to the standards adopted pursuant to 61-10-154. The penalties may be imposed against:

(a) a director or officer of the corporation;

(b) any receiver, trustee, lessee, agent, or person acting for or employed by the corporation; or

(c) any broker of property or officer, agent, or employee of the broker.

*~See Statute for 2nd or Subsequent Offense~*
SURCHARGES -- $35 (Misd-$15, Tech-$10, MLEA-$10)
$85 (Misd-$15, Tech-$10, Vict Wit-$49, Vict Wit Admin Fee-$1, MLEA-$10)

*Page 106*